CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 21-00041 DKW |
|---|---|
| Plaintiff, | UNITED STATES' SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| WILLIAM WONG, | Date: December 1, 2022 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Derek K. Watson |

UNITED STATES SENTENCING STATEMENT

The United States has no objections or additions to the Draft Presentence Report in the above-captioned matter.

DATED: August 12, 2022, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  */s/ Craig S. Nolan*
CRAIG S. NOLAN
Assistant U.S. Attorney

MICHAEL NAMMAR
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically by CM/ECF</u>:

    Megan K. Kau                  E-mail: mk@megkaulaw.com

    Attorney for Defendant
    WILLIAM WONG

<u>Served by Electronic Mail</u>:

    Derek Kim                     Email: Derek_Kim@hip.uscourts.gov
    Senior U.S. Probation Officer

    DATED: August 12, 2022, at Honolulu, Hawaii.

                                           */s/ Dalia Malig*
                                           U.S. Attorney's Office
                                           District of Hawaii