Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
American Savings Bank Tower
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:   (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
WILLIAM WONG

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 21-00041 DKW |
| | ) | |
| Plaintiff, | ) | DEFENDANT WILLIAM WONG'S |
| | ) | SUBMISSION OF SUPPORT LETTERS |
| vs. | ) | FOR SENTENCING; CERTIFICATE OF |
| | ) | SERVICE |
| WILLIAM WONG, | ) | |
| | ) | **SENTENCING DATE:** |
| Defendant. | ) | DATE:      July 27, 2023 |
| | ) | TIME:      10:30 a.m. |
| | ) | JUDGE:   Hon. Derrick K. Watson |
| | ) | |

## DEFENDANT WILLIAM WONG'S
## SUBMISSION OF SUPPORT LETTERS FOR SENTENCING

Defendant  WILLIAM  WONG,  by  and  through  his  Attorney,  William  A.

Harrison, Esq., hereby submits support letters from the following:

1.   Aguilar, Joseph
2.   Baraquio, Bernadette
3.   Chan, Mary (Wong)

4. Cohen, Adrian
5. Conlee, William
6. Dong, Steven
7. Fung, Louis
8. Furukawa, Randall
9. Hadar, Nodie & Sam
10. Hew, Daniel
11. Higa, Calvin
12. Higa, Cheryl
13. Higa, Stephan
14. Hightower, Marian Wong
15. Ho, Rowland
16. Keamo, Anne I.W.
17. Kim, Daniel
18. Kim, Jenelle M.O.W.
19. Kim, Rylan (narrative essay)
20. King, Pastor Anthony
21. Kugiyama, Keith
22. Kunimitsu, Gay S.
23. Kunimitsu, Ronald
24. Kurihara, Ricky
25. Lai, Dr. James
26. Lai, Joyce Haseyama
27. Lau, Howard
28. Lee, Adam
29. Lee, Jackson
30. Leu, Lester K.M.
31. Maeda, Ronald
32. Martin, Maydean
33. Matsuda, Paul & Nakahara, Vicki
34. Mitsuda, Abe E.
35. Miyahira, Nadine
36. Motozu, Miki
37. Myrland, Janyce
38. Nakamoto, Candi
39. Nakamoto, Jared
40. Nakamura, Shea
41. Nakamura, Warren T.
42. Natsusako, Minami
43. Palama, Dr. Francine Park

44. Paresa, Cathy
45. Petersen, Natasha
46. Saiki, Tad
47. Shimada, Ryan
48. Shinko-Higa, Rev. Clarence
49. Sokoloski, Stan
50. Suzuki, Lori
51. Takashige, Chris
52. Tanaka, Ryan
53. Tanijo, Ronald
54. Tanijo, Scott
55. Tengan, Jill
56. Unknown sender
57. Wong, Dominic W.K.
58. Wong, Kendall
59. Wong, Lori-Ann
60. Wong, Mai
61. Wong, Myrna
62. Wong, Richard
63. Yamamoto, Iris (Endo)
64. Yamasaki, Marvin
65. Yasuda, Issei
66. Yasuda, Kyoko
67. Yoshida, Luann
68. Yoshioka, Katie
69. Young, Carrie Ann
70. Young, Franklin S.H.
71. Young, Maynard
72. Zimmerman, Andrew

DATED:  Honolulu, Hawaii, July 20, 2023.

Law Offices Of:
HARRISON & MATSUOKA

   /s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
WILLIAM WONG

Joseph Aguiar



4/8/21

To the Honorable Judge Derrick K. Watson

I did not know Bill Wong when he came to my house in December of 2011. I had never met him or spoken to him. He came to my house because his son-in-law, Daniel Kim, asked Bill if he could help us out with our bathroom addition.

My wife and I bought a house in Kaneohe in 2009. It was an older home with only one bathroom. We were ready to start a family but we really wanted a second bathroom before we had kids. We couldn't afford what any of the contractors were quoting us. I shared that story with my friend Daniel and he said that he would talk to Bill Wong about helping us out.

Bill came out to our house and asked us what we wanted to do. We explained our plans, Bill took some measurements, and then he told us he would work on it. Bill went on to draw our plans, get our permit, and set us up with a good contractor. Bill did this at no charge. Daniel told Bill that we needed some help, and Bill was there for us.

My wife and I are teachers at Hawaii Baptist Academy. We don't make a lot of money. Without Bill's generous gift of time and knowledge, we would have never have gotten a second bathroom for our home. I've gone back to Bill several times over the years for his advice on building projects at our home. He is always helpful even when I'm paying someone else to do the work.

I've read the news and I understand what Bill is accused of. He made a mistake but I promise you it was not with greed or selfish ambition in mind. He was doing what he has always done, help people.

I hope that the court takes into consideration the blessing that Bill has been to our family. He has and will continue to be an asset to this community. Please have compassion on him during the process.

Thank you for your time and have a wonderful day.

Sincerely,

Joseph Aguiar
808-228-2157
jaguiar49@hotmail.com

**WW000508**

# BERNADETTE BARAQUIO

808.351.0528 | bbaraquio@hawaii.rr.com

June 10, 2021

Honorable Judge Derrick K. Watson
United States District Judge

Dear Honorable Judge Derrick K. Watson,

My name is Bernadette Baraquio, a veteran journalist of nearly 25 years and former reporter/anchor for KHON2 news. I am also an Executive Producer of the Living Local TV series on KFVE and am currently working at the University of Hawaii at Manoa as a Creative Director for the College of Social Sciences.

It is a pleasure to write this reference letter on behalf of William Wong, my next-door neighbor. I have known Bill since 2013 when I first moved to Alewa Heights. He and his family welcomed me with warm hospitality, food and tropical flowers to plant in my garden. Over the years, I have come to know him as a kind, soft-spoken, gentle, generous and humble human being with a strong dedication to his family and community. He is a hard-working, highly-reputable architect, who would leave for work at dawn every morning and return at sunset; yet always find time to wave a friendly hello and good evening. Whether he's babysitting, barbecuing in the backyard or fixing things around the house, he has demonstrated special qualities of what it means to be a good father, husband and granddad. He is also a charitable volunteer, donating his time, talent and skills to help his church and other non-profits secure design services and funding for various construction projects. During my continuous battle with breast cancer, he and his wife have shown compassion and concern by dropping off ready-made meals for my kids so I wouldn't have to cook during my chemo weeks. He and his sons have also graciously helped me install a desperately needed storage shed to help me keep large loose items during hurricane preparations. Random acts of kindness like these show his true character of neighborly aloha.

Despite a temporary lack of judgment in this particular case, Bill remains an upstanding citizen who simply made a wrong choice and is now willing to make amends for his mistakes. I pray you will grant him mercy and leniency during sentencing so he can continue giving back to society in meaningful ways.

Warmest Aloha,

Bernadette Baraquio

WW000675

**Shena Edrada**

| | |
|---|---|
| **From:** | Megan Kau |
| **Sent:** | Friday, February 25, 2022 11:31 AM |
| **To:** | Shena Edrada |
| **Subject:** | Fwd:  character later for William Wong |

Mahalo,



(808) 864-8896

Please excuse any typos.
Sent via the Samsung Galaxy Note20 5G, an AT&T 5G smartphone

**From:** Mary Chan <mchan808@gmail.com>
**Sent:** Friday, February 25, 2022 10:40:15 AM
**To:** Megan Kau <mk@megkaulaw.com>
**Subject:** re: character later for William Wong

To the:   Honorable Judge Derrick K. Watson, US District Judge

From: 

emai:  mchan808@gmail.com
808-222-2818

Dear Honorable Judge Derrick Watson,

my name is Mary Chan, younger sister (2 years) of William Wong.  I am age 70 @ present.

I would like to express my view of William's character & describe what it was liking growing up  & living together in the same household.

I totally understand Wm's struggle as a immigrant from China @ a tender age of 12 & I being 9/10 years old.  we had to adapt to a new language & learn to live in a whole different culture & country, unable to speak a word of English.

somehow we did alright  through the opportunities American offered us.  we both graduated from UH college w/ degrees (Wm w/  architectural & I in Education) and become successful business entrepreneurs & productive members of society.

1

**WW000799**

I run a small family restaurant along w/ my husband for the last 47 years called 'Mililani Restaurant'. we have about 35 employees.

this is my view of Wm from the inside looking out. we were raised in a household pretty much w/o a father figured. our father left China to come to America in search for a better future. we were age 5 & 7 then.    our dad migrated first to HI  before we were finally petitioned  over, all the while sending back money to support the family. our dad saved enough money to buy a home here in Liliha area.

once we were reunited, we saw little of our father. he worked 3 jobs as a cook & kitchen helper to make ends meet. my mother was basically a homemaker, supporting the newly births that was conceived here. we are 10 & 12 years apart from  the 2nd set of siblings, a sister (Marian Hightower now age 60)  & brother (Richard Wong age 58).

Five years later after settling in America, our father passed away @ age 45 from nose cancer . Wm was about 17 years old & I was about 15.  the younger siblings were ages 5 & 3.   my mom had to work 2 jobs to support the 4 children. Wm & I immediately became guardians of our younger siblings as well. my mom was unable to communicate to them in english and she herself being  severely hearing impaired as well.

  Wm & I did not have much of a social life as other teenagers. we were shy & introverted.   Wm took on side jobs pumping gas & I was working in the pineapple cannery & also part time counter person. we also worked at our father's food restaurant business helping out for a couple years till he fallen ill from cancer. we were ages 13 & 15 then.

we supported ourselves through HS & college. my mom eventually remarried 2 years later  (distant relative from HK).  she was in search of financial & family support for her younger children of ages 3 & 5.  but this 2nd marriage also  brought on other family problems that lead to a divorce 10 years later.

Wm & I  were pretty much grew up independently on our own. we d/n communicate much w/our mother due to her hearing problems & language.  even though we did not have much verbal expression in the household,  Wm & I knew our role as mentors for our younger brother & sister.   we tried to give them as much support as we could in guiding them in the right path. my younger brother is now working as an architect & sister is now living on her own.

I know the younger brother Richard  is close to Wm and looks up to him as his mentor.   while growing up I also so looked up toward Wm as the rock in the family.  I knew once father passed, he held a deep responsibility in looking out after the family.  as a teenager,  he is thrown w/ the burden to find work & help support the family financially.

I'd remember one incident growing up as a preteen of 12/13, I wanted to follow Wm around everywhere he went.  He would allow me to tag along  walking down to the library or museum in Kalihi area and afterwards would stop in the mall & buy our lunch.  our mom would give us each $1.  for lunch.  I clearly remembered then thinking how nice & caring Wm  was to me, to allow  having a kid sister to tag along.  what would his friends think as I thought to myself.

all of us siblings  had a reserved upbringing.  we did not speak much to each other or to our mother.  but we  all know the love was there among each other.  we did not have much relative/friend support either.  all we had was each other, to support each other.

sometimes its the unspoken language that  tells a whole lot about a person.  though Wm and I do not communicate much in words, we know in our  hearts how much our mom cared, loved & sacrificed for us.  we understood the  importance of family & taking care of each other, looking after our mother & younger siblings.  we felt a sense of duty & obligation to  hold up the family together.  we know the sense of right & wrong, good & evil.

I think growing up  in our family environment made Wm & I survivors .  we are quiet thinkers & introverted people.    we are  humble, ordinary, law abiding people trying to support our families & live an  normal life.

2

WW000800

Wm is a prideful, private, quiet, very humbling kind of person.  he has unconditional love for his family.   I'd  never known him to take drugs/smoke or do criminal acts of stealing/ violence, or deliberately participate in an unlawful act.  it was a misstep in judgment if it did happen.

he was more a giver than taker.  he is  more comfortable  in reaching out to help others but is too humble to ask for help when in need.

in his adult life, he'd asked me once to lend some financial help 'cause his food business venture was in the mist of a downfall.  he felt the importance of meeting up his obligation of payroll to his employees.  he used my  donated funds to pay his workers firstly before clearing his debtors. I  thought that was noble of him to take that action, taking care of his employees.

in summary, I know Wm is not a malice person.  he's kind,  caring & giving to his family & friends.  he's recent run in w/ the law does not constitute him to be  a repeated offender/criminal.   for whatever weakness at the moment he did not act responsibly & has fallen short from grace.  he has admitted his wrongdoings & has showed remorse.  that's the lesson he has to learn to live with.  I think  admitted to his wrongdoing is the right direction to healing &  self reflection.

Honorable Judge Derrick Watson, I am hopeful you will  show leniency to Wm' s case & allow him to  serve his penalty minimally.   he has shown to be  an important asset to his community and I am utmost confident he will continue to be a productive individual for  his family as well his community.

I feel strongly  that no man is born perfect or behave with 100% flawless actions.  we are all human  & have made errors in our lifetime.  we all  have  fallen to shortcomings of temptation / greed, but  we are also  taught grace & forgiveness  of God.   I pray you will show Wm mercy in your decision making & would give him a second chance.  the family needs him.

as a family member, I'm proud of Wm &  will continue to support him in spite of  the outcomes of this case.   thank you for  the opportunity to share my story re Wm character.    I am hopeful the rulings coming down will be fair & just.

respectfully yours,

Mary (Wong) Chan

3

**WW000801**

Mr. Adrian Cohen



April 8, 2021

Honorable Judge Derrick K. Watson
c/o Megan Kau, Esq.
820 Mililani St, Suite 701
Honolulu, Hawaii 96813

To the Honorable Judge Derrick K. Watson,

I am writing to urge leniency in the sentencing of my architect and a friend, Mr. Bill Wong.

I have known Mr. Bill Wong for more than 8 years since I first did a drafting work for him. He and I are aware of the gravity of the crime he has been convicted of, but it is still hard for me to wrap my head around. This is not the man I know, and I would like to give you a perspective that shows that he is more than the sum of his actions besides the nature of his crime.

Mr. Bill Wong has given me a second chance in life by allowing me to work as a draftsman in his company and he has always been there for me. He wants me to be a better person and he supplied the knowledge I needed to make a detailed permit set. I learned how to address the comments from DPP because he mentored me on how to do it in a correct manner. I owe my knowledge in Architecture from Mr. Bill Wong.

Mr. Bill Wong has been a committed owner of Jenken Architecture and he is at work before 7am and sometimes leaves late in the afternoon. He does his best to deliver the permitted drawings to the clients on time. He helps everyone who comes for help in getting their permit. I heard that he also goes home and cook dinner every day. Mr. Bill Wong does not know how get mad. He supports his employees.

In my conclusion, Mr. Bill Wong has become a better individual from the experience that is bestowed upon him. I am sure that he will be making a better judgment from now on. I want to thank you in advance for giving leniency to Mr. Bill Wong.


Sincerely,


_____
Adrian Cohen
Architectural Draftsman
Jenken Architecture


**WW000501**

Dear Honorable Judge Derrick K. Watson,
United States District Judge,

My name is William Ka'ae'amoku Conlee, and I would like to describe the relationship I have with Mr. William W.W. Wong. Bill as he is more commonly known, is the Architect, founder, and respected leader of our company. I have continuously worked with him for more than 10 years, and have also come to know his wife, children, and young grandchildren. He is a major role model to me, and a very positive influence in my life. In addition to mentoring me in my intellectual and professional growth, it is through him that I am eligible to take the Architect Registration Examination (ARE). Among my personal goals, one of them is to complete the ARE this calendar year and continue working with him well into the future.

Like Bill, I was raised in a very loving family rooted in the Christian faith, and believe all things are made possible through Jesus Christ. Growing up here on the windward side of Oahu, my childhood hobbies included skateboarding, surfing, and building/flying radio-controlled aircraft. I enjoyed studying detailed drawings of things to better understand how they work. That's how I knew at a fairly young age that I wanted to become an Architect. In the years that followed, I took drafting courses in high school, actively participated in our drafting club, and was a member of the nationally recognized Vocational Industrial Clubs of America (VICA). Upon graduation, I was accepted into Texas A&M University, where I studied Environmental Design. During my time there, I continued to learn the history and process of architecture, and was a proud member of the Texas Chapter of the American Institute of Architecture Students (AIAS). After receiving my Bachelor's of Environmental Design, I returned to Hawaii to be with my family, and to begin my chosen career. Through the grace of God, that is when I met Bill Wong.

Bill Wong is a very comforting and friendly man. I distinctly recall my first day of work with him. It was a mid-summer morning in 2011 when Bill welcomed me to his office. His big smile, peaceful demeanor, and pleasant conversation immediately put me at ease in this new environment. He offered me fresh coffee and pastries, gave me a tour of the office, and introduced me to the rest of his team. I still see that behavior in Bill every single day. More recently, from my workspace, I can hear him amusing his youngest grandson throughout the day. Also, at the onset of new projects, Bill customarily introduces us to the client(s), providing us the opportunity to begin the dialog necessary to achieve the client's goals.

Bill Wong is a very knowledgeable and patient man. I regularly thank God not only for his understanding of architectural form and function, and the international and residential building codes; but also for his ability to communicate our responsibility toward the public's health, safety, and welfare in our daily work. He directly oversees our progress toward successful project completion, and is always happy to share his insights from lessons he has learned through decades of professional practice. In all of

AUG 0 5 2021 ( USPS )

WW000700

the responsibilities he has given me through the years, I know I may openly ask for his guidance in any challenging situation. His wisdom continues to fuel my passion to learn.

Bill Wong is a very warm and generous man. Our office has always been a very relaxed and casual environment. As a work family, we spend much of the year together, and enjoy taking time out to celebrate major holidays, employee birthdays, and moments of significant personal achievement. For these special days, Bill brings all of us together with large spreads of delicious food. He acknowledges the event(s) with enthusiasm and support, then leads us in a prayer of thankfulness and continued good health. Afterward, we usually spend the rest of the day just hanging out together.

Bill Wong is a very loving and understanding man. With work-schedule flexibility, he has continually accommodated numerous employees pursuing their higher education, as well as those who are raising children of their own. Bill has been very supportive of my desire to spend more time with my mother during the last few years of her life. He allowed me to regularly leave the office in the early afternoon to prepare home-cooked meals to take to the hospital before nightfall. My family would spend the evenings sharing the foods she liked while we watched her favorite television shows. When my mother passed away two years ago, Bill not only offered me his family's sincere prayers and condolences, but also relieved me of my project duties until such time I was ready to continue with my responsibilities.

In my daily prayers, I am always thankful for Bill's unfaltering dedication to, and the physical energy he continues to put forth to elevate his client's and staff-member's needs above his own. There are many times that Bill and I have job-site meetings to monitor project progress, and after we complete the work, he likes to provide lunch from his favorite local eateries. This is always a time that we trade stories about the simple joys in life before returning to the office. As someone with a great deal of respect and gratitude for Mr. William W.W. Wong and his family, I continue to pray for their good health and happiness, and for your leniency in the decision of his case during this time of their lives.

With Much Mahalo, and Aloha,

William F. Conlee 8/9/21

WW000701

Mr. Steven M.F. Dong



April 22, 2021

Honorable Derrick K. Watson

Judge, United States District Court, Hawaii

Thank you for allowing me to submit this letter on behalf of Mr. William W.W. Wong. Allow me to first introduce myself briefly. My name is Steven Dong and I am a 67 year old, retired GS-15 Federal Government Employee and fourth generation Hawaii resident, who has known Mr. William Wong, better known as "Bill" since December 1980 when we were both hired a week apart to serve with 15th Air Base Wing, Civil Engineering Squadron (15th ABW CES) at Hickam Air Force Base as young budding Architects & new Federal Civil Service Employees GS-9.

We worked together with the U.S. Air Force at Hickam and eventually found ourselves, later both working for Naval Facilities Engineering Command, Pacific Division (NAVFAC PAC). I continued to serve with this Command for the remainder of my Federal service and eventually retired with over 34 years creditable Federal Service. During this timeframe, I held a few noteworthy positions including Manager Construction Management Systems; Head Tropical Architectural Section; Head of Design & Engineering OICC Southwest Pacific in Makati-Philippines; Director of Base Realignment and Closure (BRAC); Head & Business Line Manager for Navy Public Works ($4B Program) and lastly as Deputy Director Guam Program Management Office (GPMO) a $10B Program to build a new Marine Base on Guam, consolidate assets in Okinawa, Hawaii & Australia. I am the recipient of a BFA; Masters Degree in Architecture; Masters Degree in Planning; Graduate NAVFAC's Executive Management Development Program (EMDP); Graduate University of Hawaii/Harvard's partnered Advance Management Program (AMP); and recipient of the Superior & Meritorious Civilian Service Medals among various other honors. I am a Hawaii resident, married with one daughter & four fine grandkids who now occupy most of my life.

I've known Bill for 40+ years and have known him always to be a soft spoken, kind honest man with high levels of professionalism. I consider Bill and his wife Myrna friends, having known them for many years since starting Federal Service. A dedicated family man, with very strong family values. An extremely hardworking provider to his

wife Myrna and family and a man who is always there to help others.  Bill is well liked in the professional community, and by his former team mates in Air Force, Navy and Army.  As we have gotten older, we have lost contact a bit focusing on our respective families.  That said Bill is the type of person you can count on if you ever needed help.  That's in-grained in Bill's personality.  I know Bill works hard to support his family and is the principal and sole "bread winner" through the years in support of his family.

I do recall Bills thoughtfulness and professionalism that while we worked at NAVFAC, as Bill volunteered and was always helping others.  One such example is that Bill helped mentor, tutor and oversee young military junior officers seeking to study for and attain their professional Architectural license.  He did not have to do it, but he did so anyway to help new budding Architect achieve their dreams.  Bill not only worked for the Air Force, Navy (NAVFAC Pac) but also with the Army's Pacific Ocean Division (POD).  Bill has had a long distinguished career in Federal Service having designed and completed critical noteworthy facilities in McMurdo Station Antarctica (on-time & on target) with visits to the ice.  New innovative and challenging work in a harsh unforgiving environment, Bill sacrificed time with his young family to perform duties wherever the Government sent him.

I remember one special award winning design that Bill led right here in Hawaii, the Navy's Meteorological Building, with innovative use of natural lighting in reducing energy consumption and initial and long term cost savings to the Government.  Bill was actually unfairly criticized upon completion of the design and the use of glass block by his supervisor at the time.  Being an honorable man, Bill's strong pride and code of ethics then led him away from NAVFAC to the waiting arms of the Army Pacific Ocean Division who welcomed him.  Bill told me at the time, he did not want to stay where he was unappreciated and quietly left NAVFAC.  In my opinion, Bill was unjustly and unfairly criticized by a poor supervisor who was not an Architect and did not know much about Architectural Design..  In a note of irony, that very same supervisor later "accepted for the Command" the award for the professional inspired work that Bill created and accomplished.   I remember that very well as the day the Navy lost a fine outstanding Architect to our Army brothers who were extremely happy to have him.

During the entire time I have worked with and known Bill, he has been nothing less than a hardworking professional , honest, honorable with a strong devotion to both his profession, his quality of work and family.  Work took Bill to various countries throughout the Pacific-Rim, including the Philippines during a times of uncertainty, civil unrest, & coup-e-tat's and frankly danger.  It was during this timeframe some of

**WW000613**

our fellow NAVFAC Pac, Associates & friends lost their lives in performance of their duties. New Peoples Army (NPA) were willing to commit acts of extreme violence to achieve their goals. Despite this, Bill's dedication to duty and stead-fast resolve, enabled his projects and tasks to be completed successfully. I personally respect him and all the others willing to go into "harms-way" to get the job done. It is something we never expected as plain "Civil Servants" and least of all, as Architects.

I mentioned that Bill is very much a family man, after retiring from a distinguished Federal career, I know he started an Architectural business called JENKEN using the first three letters of his children name Jenelle and Kendall, which shows his strong devotion to family. I believe Bill wanted the business to be an example of his professionalism, as well as his legacy to his children. A business created by their father and named after his children.

It is hard for me to believe that Bill is involved in any type of "Pay to Play" as the media put it. I've always known Bill to be is a strong devoted family man, ethical, professional, with a superb career with the Federal Government. I do not know of the circumstances of the case, and only see what is reported in the news. I understand Bill pleaded guilty in Court. I can not imagine what stress and pressure that must have been factors there. I do hope and pray the court will be lenient with Bill in sentencing, considering his past Service to the Federal Government and to the community.

Respectfully and Sincerely yours,

Steven Dong, Retired.

**WW000614**



# FUNG ASSOCIATES INC.

architecture ■ preservation ■ planning ■ interiors

May 18, 2021

The Honorable Judge Derrick K. Watson



SUBJECT:   William Wong

Aloha Your Honor:

My name is Louis Fung, President of Fung Associates Inc., a 23-year-old local architectural firm in Honolulu providing design services for government and private clients. I have previously served as President of AIA Honolulu, President of AIA Hawaii State Council, Region Director of the Northwest and Pacific Region, and AIA National Strategic Council.

Within the context of our professional engagement and acquaintance, Mr. Bill Wong has always been an honest professional and a family-oriented person.

Our office started engaging Mr. Wong in 2017 for certain residential projects for permit services with the Department of Planning and Permitting. Between 2017 and 2020, Mr. Wong helped us on three separate residential projects. Those permits were approved between four to six months, not impressively fast, but the advice we received from Mr. Wong and his group was always trustworthy and professional. The overall impression of his office to us is professional and well-disciplined.

Mr. Wong and I have since then became friends on Facebook. Although neither of us are frequent Facebook users, his postings are always of family members and family activities nature. Our conversations when we met were always circled around family matters and kids.

While I believe what Mr. Wong did was wrong, his professional integrity and his honor with family still stand with me.

Thank you for your kindest consideration of this letter.

Sincerely,

Louis Fung, AIA

Tel: (808) 941-3000 ■ Fax: (808) 941-0900 ■ funghawaii.com

WW000658

April 17, 2021

From:  Randall H. Furukawa
      2211 Lime Street
      Honolulu, Hawaii  96826

Subj:  William Wong Character Letter

To:  The Honorable Judge Derrick K. Watson
     United States District Judge

My name is Randall Furukawa.  I am a lifelong resident of Honolulu, Hawaii.  I am a retired architect, having worked 10 years in the private sector, followed by a 36 year career as a Federal Department of Defense civil service architect at Base Civil Engineering, Hickam AFB and Naval Facilities Engineering Command Hawaii, Pearl Harbor.

I have known William Wong for about 50 years...as a classmate, friend, co-worker and family member.  Bill and I are brothers-in-law.  As classmates in the School of Architecture at University of Hawaii and workers at Group Architects Collaborative & Base Civil Engineering, HAFB, I always knew him as being very personable, easy-going and well-liked by fellow students and co-workers.  He got along with everyone.  At the same time, he was also very focused and determined to do well in school and his job, attributes which carried over throughout his professional career.

In the early 1980's, Bill worked at Base Civil Engineering, HAFB.  At that time while I was in the private sector, he encouraged and motivated me to give Federal Government employment a try, in which I applied and was hired as an architect at Hickam also...a decision that I have never regretted.

His contributions to the community and caring for others is displayed in his actions.  He has done many design and construction drawings for buildings, new homes & renovations and often times does not request, nor expect payment for his services.  He does it because he wants to help people out and knows that construction and delays are costly.  In spite of heavy workloads and demanding deadlines, he commits himself to doing the best job he possibly can, in an expeditious manner.  If he has any character flaws, it's that Bill has a big heart and unselfishly gives of himself so much to others and very often doesn't get compensated for his work, only receiving gratitude in return for his efforts.

Always putting others ahead of himself, Bill is very helpful on a technical level as well as humane level.  He freely shares with me his architectural expertise, design/technology ideas & his knowledge of building code requirements.

**WW000514**

Bill is a very hard worker and very result-driven!  One often wonders if he sleeps at night, as he is constantly working at his profession and on DIY home projects.

He values "Family" as a high priority in his life.  Bill always made sure his family was taken care of and provided for.  JENKEN Architecture even bears the names of his two children, Jenelle & Kendall, who he loves dearly.  Whenever we see him, he'd stop what he was doing and would engage in conversation which often revolved around his biggest joy...his grandchildren.  His face lights up with a great big smile when he talks about his grandchildren, as he slides through his cell phone photos of them.

Bill is a God-fearing man.  Bill & Myrna organized and arranged gatherings on special occasions like Thanksgiving and Christmas at their place, cooking all day, providing the main dishes for family and friends to enjoy.  Christmas 2019 family dinner in his office was special!...Bill led us in prayer about the significance of the season, and about family commitment to helping and caring for each other, no matter how busy & stressful our individual lives were.  That evening was memorable because his prayer message galvanized our family chain and made it even stronger!  You could see it in his face that he was extremely happy, seeing the family coming together, laughing with Santa & the grandkids...Everyone enjoying themselves!

Bill has always been a great cook!  Always sharing his dishes with family members and friends.  Example:  Preparing "Jai" at Chinese New Year...He would deliver or call family and friends to come over to pick up some food to take home.  People who know Bill are well aware that he spends a lot to buy ingredients out of his own pocket and shares huge potfuls of his cooking with others.  We as family and friends are the fortunate recipients of his boundless generosity and kindness.

His compassion, his drive and his sacrifices to care for family and friends is a reflection of his own personal story of his early upbringing, the struggles and hardships...Coming to Hawaii as part of a non-English speaking immigrant family, losing his father and becoming the head & main provider for his family at a young age.  The life lessons and tribulations that Bill experienced, are by far, over and beyond my own personal experiences!  Bill's youth and adult life is a story of overcoming the challenges and obstacles stacked up against him.  It's a testament to his character, motivation and perseverance.  This is the Bill Wong that many people do not hear about and would never come to truly appreciate!

In all the years knowing Bill, I have never witnessed him getting into trouble with the law.  This stormy misstep, as serious as it was, was just so out of character and inconsistent with who Bill is.  For whatever injudicious actions he is responsible for, we truly know who he really is and know that he is genuinely remorseful for his actions and fully aware of the consequences he faces.  Bill has admitted openly and honestly, without hesitation, that what he did was totally wrong.  As family, we will always love him and support him.

WW000515

Throughout the many years prior, Bill has been an upstanding citizen in our community and has touched so many people through his work, projects, sharing his knowledge and serving others.

We have so much Love and Aloha for our Bill!  We humbly pray that Bill will be treated fairly with Mercy.  It will enable him to refocus on God's Word, move forward on a righteous path and make a more positive impact as a productive, moral & honest citizen in our community.


Very Respectfully Submitted,


Randall H. Furukawa
808-728-6776
Email:  randall.furukawa@gmail.com

WW000516

Honorable Judge Derrick K. Watson, United States District Judge

June 4, 2021

Dear Sir:

Our names are Nodie Namba-Hadar and Sam Hadar.  We have a company that specializes in home building and renovation, and have been working with Bill Wong for over fifteen years. During this time, he has helped us on several projects to draft plans and get them correctly routed through the DPP and various other departments.  Obtaining a building permit is a complicated and often confusing process, and Bill has always been professional and supportive in this. Beyond that, he has been generous with his time and advice, always available by phone for a quick consultation or to answer a question.

Bill Wong is a decent, helpful, hardworking man, and his service has always been affordable, honest, and without the greed or outrageous costs typically associated with this industry.  For this reason we were shocked to hear that there were allegations of misconduct against him, and would not be surprised that they came about because he came into, and had to work within, an already dysfunctional system.

Our neighbor recently asked us for a recommendation to get a building permit for her daughter-in-law's grandmother.  They were trying to renovate her run-down house as quickly as possible in order to minimize displacing and upsetting the elderly frail woman, but were having a hard time figuring out how to do this.  It was Bill to the rescue—he came down right away to look at the property and got the bureaucratic ball rolling so that they could start fixing up the place. They were able to move grandma back in to a bright clean new home in record time, and big-hearted Bill even gave them a small discount off of his reasonable fee!

We hope that this letter has helped to give you an insight into Bill's good character, and that it will aid you in making a fair judgment in his case.

Thank you for your time and attention.

Aloha and Mahalo,

JUN 0 8 2021

**WW000628**

22 April 2021

To the Honorable Judge Derrick K. Watson



SUBJECT: Character Letter for William Wong

Dear Sir,

I am Daniel Hew, a retired GS-13 Program Analyst who served in Japan with the US Army Corps of Engineers for 16 years and the US Army Japan for 20 years. I returned to Hawaii after serving 36 years in Japan in 2016. During my time with the Corps of Engineers, I heard many favorable things about Bill Wong. His hard work, his customer care, his dedication to the government and his family were among the things I heard about him. It was not until September 2008 when my father passed away and in my time of sorrow, I needed trustworthy advice and guidance on how to repair, renovate, and prepare my father's house into a rental unit that I called Bill Wong.

Bill Wong and members of his family visited our home and provided very trustworthy advice and guidance in taking care of my father's old house. I trust Bill then and now. Bill visited our house on 5 separate occasions in 2008, 2009, 2016 and each time provided valuable recommendations for my limited budget. I am forever grateful for his advice and help during my time of sorrow and need. Bill was there to truly help me. I met other contractors and during the 2008-2009 Great Recession so they were quite desperate for jobs. Out of the 5 teams I interviewed, I trusted Bill Wong the most because I felt that Bill Wong was a family man and had values similar to my own as a Federal employee. Bill Wong was not out to take advantage of me. He took the time to analyze my house issues and provided recommendations to fix them. I did not contract with Bill Wong as I had to return to my job in Japan.

I have not yet completed all renovations, but I very clearly remember Bill Wong's recommendations and advice. Bill Wong became our trustworthy friend because of his customer care, selfless service, and high sense of urgency for our family. He is a kind and true gentleman that can help people.

I understand his conviction for violation of the law, but I still truly trust Bill Wong. I believe his remorse for his incorrect judgement and decisions. Bill Wong is a good person and family man. He is not a threat to society and I believe he was attempting to best help his customers and not take advantage of them.

Very Respectfully,

Daniel Hew

808-392-0164

MAY 0 3 2021

WW000610

Calvin Higa


May 27, 2021

Re: William Wong

To: The Honorable Judge Derrick K. Watson

I have know Billy Wong since my freshman year in Mckinley High School. I was saddened and surprised to hear about his recent case as he has always been helpful, generous and upright person. We met at a service oriented club called the Key Club and became good friends. The four years we did a lot of volunteer service projects. After we went to the University of Hawaii and went into different colleges. He studied hard in getting his Architecture degree and had visions in bettering himself and to help his family that was struggling.

Billy worked hard in providing for his family and was able to provide his two children with quality education  There were eight of us from the club that kept in touch thru weddings and parties and funerals. He provided a place for our high school gang get togethers thru the years. Even when I went thru a divorce, he and his wife would drop-off  food to my work place. He was always giving and was not boisterous of his achievements.

In addition to our friendship, he is an upstanding member of the church were he donated his expertise helping them build a gym. While it is unfortunate that he has made some bad choices thus subjecting himself to this case. While surprised to hear about the severity of misconduct, he understands and regrets his wrong decisions.

Billy's company (Asia pacific Architecture Consultants) was a much needed helping hand for the Department of Planning and Permits. Had there not been a tremendous backlog, I'm sure Billy would not have resorted to go the unlawful path.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Billy Wong a family man, honorable friend and a good human being.

Sincerely,

Calvin Higa

JUN 0 3 2021 (USPS)

WW000621

June 10, 2021

To the Honorable Judge Derrick K. Watson,

My name is Cheryl E. Higa and I am a teacher at Hawaii Baptist Academy.   Previous to teaching, I was the Director of Supplemental Programs at H.B.A.

I have known Mr. William Wong since 2007 when he was introduced to me by his son-in-law Daniel Kim.  Mr. Wong was the architect who worked on the plans to enclose the lanai at our townhouse and contracted the work to completion.

In working with Mr. Wong, I found him to be generous with his time and skills with people who have a relationship with those in his family.  During my first meeting, he walked through my entire home and listened to everything I hoped to do with our home which was not limited to just the lanai.  Knowing now that time is limited and precious, I appreciate that he spent his personal hours generously and patiently listening to and talking through the possibilities.  He answered every question and worked around my schedule.  Mr. Wong also worked with our limited budget. He was interested in helping rather than making a profit.

Providing for his family is a priority to Mr. Wong. I witnessed this as I watched him interact with his son, Kendall and son-in-law Daniel.  They usually accompanied him at his meetings with us as he was intentionally training and mentoring them in the business.  He would explain to them how and what to measure, what needed to be done,  as well as point out the intricacies of how the townhouse was built. He would do this with purpose and the same patience he used with me.  I believe this was Mr. Wong's provision for his family-- teaching them skills of the business. It was obvious that his love for the family ran deep and that this was one of the ways he expressed it.

It was extremely sad to find out that Mr. Wong has been charged in federal court and convicted for a violation of a law.  Because of his love for his family, I know that he deeply regrets the mistakes that led up to this.  His utmost concern for his family would definitely lead to violations like this never happening again.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mr. William Wong to be an honorable and good, contributing member of society.

Sincerely,

Cheryl E. Higa

Cheryl E. Higa

**WW000677**

July 18, 2023

To The Honorable Derrick K. Watson,

I met Uncle Bill through his son Kendall a little over 20 years ago. Kendall and I worked together at the same spot and became good friends with a number of shared interests. During that time, Kendall and I were just out of high school and truly thought we were the adults our Hawaii Driver's Licenses said we had become. My first interaction with Uncle Bill was in witnessing Kendall being dropped off at work. I said hi and joked about Kendall being dropped off at daycare. Little did I realize that this was just the beginning of the kindness and unfailing patience I would witness Uncle Bill had for those in his life.

Uncle Bill would go on to regularly bring food for Kendall at work. He would always pack extra so Kendall could share some with us. As Kendall and I hung out outside of work, we took up golfing. Uncle Bill would offer us bottled water and Gatorade to take with us. These were just small examples of Uncle Bill making sure we were taken care of.

Of course, Uncle Bill's generosity extended far beyond bottled drinks. In 2010, my parents house was served a warning notice from the DPP for encroachments of their house. Despite the fact that we had evidence of this being grandfathered prior to the sale of the property, given the dilapidated state of the house, my parents opted to knock down and rebuild their house. Uncle Bill leveraged his knowledge and resources to quickly get our issue resolved, then rebuilt our house at his cost. This saved my parents half the cost of the second nearest bidder and allowed my parents to live comfortably in a new structure.

I moved away from Hawaii for a few years, but always kept in touch with Kendall. When my wife and I made the decision to move back to Hawaii, we were concerned about what our employment situation would look like, especially with 2 young children in tow. Kendall assured us not to worry, because Uncle Bill would find us something to do if needed. That simple reassurance gave us confidence that we had a backup plan should things not work out with our jobs upon our move back.

In 2017, Uncle Bill would go on to assist me and my wife in getting our house project kicked off as well. I had no clue where to begin, but Uncle Bill took the time to meet with us on several occasions and provided us with his guidance and expertise in constructing our home. He walked us through the steps we would need to take and what to expect from the process. During this housing boom however, it was difficult to get responses from anyone. Uncle Bill provided professional contacts for various stages of construction who never failed to take the time to respond to us and provide the services we needed. It was clear that Uncle Bill had positively impacted many of his colleagues. Although Uncle Bill was no longer building houses, he was always available to assist with anything that I needed.

Uncle Bill has always been focused on helping others. He has pushed for all those around him to succeed, whether it's an outing to the park or a new business venture. It is sad knowing that he is going through these court proceedings in the twilight years of his life, especially with how much he has given to those around him. I truly hope the courts find it within their grace to recognize the good Uncle Bill has done for the community.

Sincerely,

Stephan T. Higa

February 22, 2022
The Honorable Judge Derrick K. Watson
United States District Judge
████████████████
████████████████

Dear Honorable Judge Watson:

My name is Marian Wong Hightower. I am a younger sister to William W.W.Wong. I wanted to write a letter to you on my brother's behalf.

My father died when I was around 6 years old. GoGo (that's Chinese language for big brother Bill), being the eldest, helped my mother take care of me and my youngest brother, Richard. We had a hard time, struggling to buy food. My mother cooked simple foods. GoGo worked at the gas station and would bring home his paycheck for my mother to buy whatever foods at Chinatown.

My brother has a good and loving heart. He loves not only his siblings, but I saw and know, that through the years, he's been a loving husband and father towards his own family. He is that kind of person, always helping anybody who needs his help. He never expected us to give him back money for all he spent.

While I was at McKinley High School, I struggled with my school work. GoGo hired a tutor to help me understand my work, and deal with my learning disabilities. He never gave up on me, no matter how hard it was for him.

I am a Christian, and feel happy to know that my brother loves the Lord, just like me. I am also happy that his whole family, including his grandchildren, know and loves Jesus Christ too.

I am very sad about what my GoGo has done. I don't really understand all that happened, but I know his heart is not greedy, or a man that takes advantage of anybody. I've seen many people take advantage of his good heart, and would keep on taking whatever they could from him, to benefit themselves.

Although I have difficulty putting my feelings in a letter, I just want you to know that my GoGo works hard at being that person anybody could go to in times of need.

Thank you.

Sincerely,



Marian Wong Hightower
████████████████

MAR 01 2022 (USPS)
MAR 04 2022

**WW000802**

Rowland I. Ho

██████████████
██████████████

March 15, 2021

To:
The Honorable Judge Derrick K. Watson
United States District Judge

Dear Honorable Judge Derrick K. Watson,

My name is Rowland I. Ho and I reside in Alewa Heights area of Honolulu, Hawaii.  I am a retired
DOD Military/Civil Servant of 40 years; 4 years with the United States Air Force and 36 years
with the Base Engineering at Hickam Air Force Base Hawaii.  I have known William Wong as a
co-worker at Hickam AFB and close friend for about 40 years since 1980.  We and our families
have attended together a Christian church named Grace Fellowship Hawaii and I would like to
attest to his moral character and up standing integrity as a friend!

I have worked together with Bill on several projects on Hickam AFB.  One that comes to my
mind was a kitchen fire that damaged a occupied housing unit on base.  We were sent there to
assess the damages, Bill as the Architect, Irene as the Mechanical Engineer, and I as the
Electrical Engineering Tech.  We met the occupant at the unit, went inside, and the first thing
the occupant said to us was that he was not at fault and that he did not intentionally set the
fire.  Bill as a professional he is said, "We are not here to Judge you or determine what caused
the fire, but are here to assess damages, make a cost estimate, make plans and drawings to
renovate the damaged areas of your unit and to make it a clean and livable space for you and
your family to enjoy again."  I was impressed myself that Bill had compassion for this person and
not to pass judgement against him!

We were, in those years working together, were sent to high-ranking Colonel's and General's
houses on the Base to accomplish many kinds or renovations and Bill always acted as a
professional Architect as one would be.  Always concerned to the best job and looking for an
end result for the occupant!

Bill was always a well-liked person in the Base Engineering Office when we did work together at
Hickam. I never knew anyone in the office who had a dislike or grudge against him.  We all were
a well diversed group of people from all walks of life, all different level of educations, all races,
all ages; Secretaries, Clerks, Planners, Draftspersons, Construction Inspectors, Surveyors,
Engineer Technicians, Architects, Mechanical Engineers, Electrical Engineers, Civil Engineers,
and Structural Engineers.  No one that I knew did not like or had anything against Bill!

**WW000498**

Bill and his wife Myrna have left me to care many times for their house, yard, and pet dogs and bird in past, when the whole family left the Islands for a vacation trip, which goes to show how close we are as trustworthy friends. I have done the same likewise, so knowing Bill and Myrna are not just passing relationships.

Bill has said that he has tremendous remorse for what he has been involved in with the Honolulu Department of Planning & Permitting and admitted that it was wrong. He is a broken man from this, and I myself feel a tremendous amount of hurt for Bill and his family! I know of no other incident(s) that Bill has done that would jeopardize his upholding and trustworthy character. He is a kind and generous person to all!

I Pray that Our Almighty God is a God of Just and Mercy and the Judgement that Bill will endure by the Courts will be Fair and with Mercy! In God We Trust!

Respectfully Submitted,
Rowland I. Ho
808-595-8011 (Hm)
808-779-2528 (cell)

WW000499

 

**COLDWELL BANKER REALTY**

*Anne I. W. Keamo*

ABR, AHWD, CIPS, CRB, CRS, e-PRO, GRI, SFR, SRES
REALTOR®, Vice President | RB-10025
Coldwell Banker Realty

C. 808.371.5409 | E. annek@cbrealty.com
W. AnneKeamo.com

May 25, 2021

To:   The Honorable Judge Derrick K. Watson United States District Judge

Re:   William Wong

Dear Your Honor Watson:

My name is Anne I. W. Keamo who is a realtor for 47 years with Coldwell Banker Realty. Some of my highlights in my life is that I have served as a State Director for the Hawaii Association of Realtors and 2003 President of the Honolulu Board of Realtors of over 4,000 members. On May 17,1984, Properties Unlimited was established with 32 agents. As Broker/Owner and President of the company for 27 years, it gave me the experience of being well versed in the operations of a business and by doing so, learned how to help my clients purchase by budgeting.

As a 47 year veteran, my ultimate goal as a realtor is to SERVE my clients to the best of my ability seasoned by my years of experience. I am dedicated to their real estate needs in fulfilling their dreams and expectations.

I have known William Wong since February 5, 2005 and had two real estate transactions with him and his wife Myrna. On May 24, 2006, they purchased 84-930 Lahaina Street, Waianae, HI 96792 and sold that same property on January 23 2020. The transaction went very smoothly and William was always very agreeable to my suggestions during the whole transaction. I have also helped two of his children purchase properties which were in close proximity to his home. Jenelle (daughter) & Daniel Kim purchased 1147 Kaumailuna Place, Honolulu, HI 96817-1517 on September 4, 2007. Kendall (son) and Mai Wong purchased 1326 F Alewa Drive, Honolulu, HI 96817 on August 25, 2017.

What does this tell you about William? He is a family man and would do anything for his family. First of all, he wanted his children to be in walking distance to his home and he helped them purchase and build and rebuilt their homes with the best materials and the best design. I know him as a loving husband, father and grandfather who provided for his family. Practically every night they all ate together, William, Myrna, Daniel, Jenelle, Rylan(12 years), Camryn(5 years), Kendall, Mai, Mackenzie (18 months) and Mikayla (who will be born in June 2021). These dinners were either purchased but majority of the time cooked by chef William. This close- knit family ate together, pray together and will always stay together. He and Myrna are the foundation of a traditional family bound with so much aloha. In appreciation of my help, I had the opportunity to be invited to one of the Wong's special dinners and it was fabulous and very heartwarming to see the family's loving interaction.

Owned by a subsidiary of Realogy Brokerage Group LLC.

JUN 0 3 2021   (C5)

**WW000618**



 

*Anne I. W. Keamo*

ABR, AHWD, CIPS, CRB, CRS, e-PRO, GRI, SFR, SRES
REALTOR®, Vice President | RB-10025
Coldwell Banker Realty

W. AnneKeamo.com

William is very knowledgeable and a professional about his work. Many times I would call him with many real estate questions about zoning, etc. He was always very quick in his responses to me and very accurate. He was always willing, able, generous with his time, and always had a twinkle in his eye and a smile on his face. He was very soft spoken, honest and caring. He even went to the same doctor like my husband.

I feel that William should not be convicted. He is a very fair person but was forced to pay to survive for his family. His actions was not for himself but to help everyone else get their permits on time.

Sincerely yours,

Anne I. W. Keamo
REALTOR®

Owned by a subsidiary of Realogy Brokerage Group LLC.

**WW000619**

Daniel Kim


16 Jul 2023

Honorable Judge Derrick K. Watson
Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, HI  96850

Re:  Character Letter for William Wong


To the Honorable Judge Watson,

My name is Daniel Kim and I am a teacher at Hawaii Baptist Academy. I am writing
this character letter on behalf of my father-in-law, William Wong.
I first met my father-in-law when I started dating his daughter, Jenelle, back in 2002
when I was invited to dinner at his house. My first impressions of him were that he
was a quiet and reserved individual. He didn't say much, yet he made me feel
comfortable and welcomed. He had cooked dinner that night, and I noticed that he
did not take any food for himself until he was sure everyone else had a full plate and
was already enjoying themselves. As soon as everyone was finished eating, Bill
started cleaning. He refused to let anyone help and insisted that we "get out of his
way" so he could get to scrubbing his pots and dishes. After dinner, he quietly
slipped back into his home office and got back to his work. I left their house later
that night, and Bill was still working in his office. Right off the bat, I could tell that
this is a man who values his family and puts others before himself. Bill had worked
a full day of work, came home and cooked dinner, cleaned up, and then got right
back to his work. It's been 20 years since that first dinner, and Bill has not changed.
He still cooks for his family regularly, he still makes sure everyone eats before he
does, and he still insists on cleaning up by himself when everyone is finished.

When I was 24 years old, I lost my mother to cancer. I was devastated. I had just
finished college and was beginning my career as a teacher. Being so young, I was
lost. I didn't know how to cope with her passing, much less survive in this world
without her. My parents were immigrants from Korea, and while my mother had
assimilated into the American culture, my father had not. He barely spoke English
and had relied on my mother for so many things in this country. My sister was living
on the mainland at the time, so after my mother passed, I was left having to pick up
the pieces at home. At 24 years old, I struggled to navigate through life without my
mother to help guide me. I needed to take care of my father, yet I could barely take
care of myself. When I met Bill, I realized that we came from similar backgrounds.
We are both immigrants-he from China, and me from Korea. We both had very

humble beginnings, with our parents working so hard and struggling to make a better life for their children. Both of us lost a parent at a young age to cancer-he was 16, I was 24. What amazed me beyond belief was learning how Bill was able to pick himself up from such devastation for the sake of his family. He was still in high school when his father passed away, yet he somehow managed to take on several jobs to help his non-English speaking mother take care of her three other children. There was no time to feel sorry for himself or let his grief take over, because his family needed him to be strong and to carry them through the hardships. The burden of his family's welfare was entirely on him, and he was determined to ensure that no one was left behind. He was a father figure to his two younger siblings and made sure they were always taken care of and got the education and healthcare they needed. Failure was never an option, so he made sure he finished college and established a career for himself. When Bill started his own family, he worked even harder so that they would never know the struggles that he himself had to endure. I have never met a more selfless, dedicated, generous, and loving person in my life.

Over the years, I have observed my father-in-law in many different capacities: as a husband, father, brother, grandfather, friend, and employer of his company. The one trait that always stands out is his selflessness. Bill is a quiet man who has spent his entire life taking care of other people. After Jenelle and I got married in 2005, I stepped away from my teaching job for a few years because I was burning out. Bill saw how stressed I was, so he offered me a job working at his firm. I was nervous at first because I had zero experience in the design and construction field, but Bill reassured me that he could teach me everything I needed to know. He blindly gave me a chance for a fresh start, which I so desperately needed at the time. During the five years that I worked for JENKEN Architecture, I realized that I was not the only person he took in; he actually hired countless others who were down on their luck. He offered jobs to a friend of mine who had been laid off and needed work, to his nephew and his niece who were looking for entry level jobs during their summer breaks, to friends who had retired and were looking for part-time work to supplement their retirement pay, and to church members who could not find work elsewhere. He even hired an ex-convict once because he believed in giving people second chances.

During my time in the office, I went out to the jobsites with Bill and his son Kendall, where we collected data and put together fee quotes for clients. Bill has always been able to sustain his business without advertising his services and based primarily on recommendations from past clients or word of mouth, so almost every meeting we had with a new client was like meeting up with friends. He treated everyone with respect and kindness, and he took the time to learn about their personal lives, which in retrospect was probably not exactly good for the business in terms of financial gains. While I believe two of Bill's most admirable qualities are his compassion and his empathy for others, I would also say that those are his greatest weaknesses with respect to the financial success of his business. Bill would draft his proposal after the site visits, and almost every single time Kendall and I would review the fee quote we would get into an argument with Bill about how his

fees were simply too low. We barely made any profit to sustain ourselves, but we could never convince Bill to adjust his fees. He would always tell us that we need to take care of people, and he was adamant about us not asking for anything more than that, particularly when the client was not very well off or expressed any kind of hardship. There were even a few occasions when he decided to provide his services at no cost, because the client simply could not afford much. As such, there were many months when Bill was not able to make payroll or pay rent. To avoid any hardship on his employees, Bill, Kendall, and I sacrificed our paychecks. Kendall and I took out money from our personal savings accounts to help with the bills and keep the company afloat on multiple occasions. Despite our own struggles, Bill would remind us of how fortunate we still were, and how important it was to take care of other people.

As a boss, Bill always made it a priority to take care of his employees. He not only provides snacks and drinks in the office, but he also used to cater lunch for the entire team once a week. His workers had no idea how much in debt this man was, because he was always so generous and thoughtful at work. He values his employees, and he takes care of them like they're an extended part of his own family. My wife, who doesn't work at the company, got to know all his workers because Bill would include everyone in our family's social gatherings. I've seen him give employees cash out of his own pocket because he knew they were short that day. He's allowed friends of friends who were down on their luck and needed a safe place to stay to temporarily sleep in the office overnight at times. He's paid random people to do small tasks like wash his car or run an errand for him just because he knew they needed the money. No one outside of our family knew that his credit cards were maxed out because he was short on cash himself. No one knew that we all drew from our personal savings accounts to cover the deficit month after month. No one knew that Bill cashed out his retirement to make sure his employees were taken care of. No one knew any of that because Bill always chose to quietly put everyone else before himself.

During my time at JENKEN, I witnessed firsthand the struggle architects and engineers have with the Department of Planning and Permitting. The time it took to get a permit approved was extremely lengthy, which resulted in severe consequences for both homeowners and other small businesses involved in the process. People trying to sell their homes were forced to pay additional months of mortgage payments while waiting for their permits to be issued. New homeowners had to make mortgage payments on unconstructed houses because of delays in the permit process. Small businesses suffered; architects, drafters, engineers, and contractors were all put on hold due to the long wait periods. Companies were forced to lay off employees due to the long wait for permits, which resulted in a loss in clientele. The City & County of Honolulu, which was very understaffed and not equipped to handle the volume of permits, scrambled to come up with solutions to speed up the process. Bill stepped up and worked directly with George Atta, Arthur Challacombe, and Timothy Hiu (the then Deputy Director of the DPP) to help establish the Third Party Residential Reviewer partnership, in order to help

expedite the permits.

In an attempt to help the city come up with an immediate solution to get permits approved faster, Bill worked with and helped the DPP to create the Third Party Residential Reviewer partnership. By doing so, the city was able to avoid costs in hiring and training new employees. On his own dime, Bill flew to the mainland to take a test (Hawaii did not have a test available at this time) to become a certified Third Party Residential Reviewer in 2015. After passing that test on the mainland, the DPP in Honolulu created its own test. Bill took and passed that test as well. He became Hawaii's very first Third Party Residential Plans Reviewer, doing business as Asia Pacific Architectural Consultants (APAC). He pays an annual fee to the city to maintain his Third Party Residential Reviewer status.

In addition to helping to kick start the Third Party Residential Review in Honolulu, Bill also volunteered to educate the public on the new programs the city was trying to implement in an attempt to speed up the permit process, such as ePlans submittals (electronic plans, vice hard copy submittals), Third Party Residential Review, and Bill 64 (expedited process for building permits for one-and two-family dwellings). Bill gave numerous presentations to the American Institute of Architects Honolulu Chapter, local realtor groups, banks, mortgage companies, and many homeowners and contractors to help promote the DPP's efforts in addressing the long wait times and tremendous backlog in the issuance of residential permits. It was clear that both the public and the city had problems that needed to be addressed. Bill stepped in to help everyone including homeowners, architects, contractors, realtors, mortgage companies, as well as the City & County of Honolulu. When my son was born, I left JENKEN and went back to my teaching position. Even though I was no longer directly affiliated with the company, I could see that things never did really change for the better. Bill still struggled to get his permits approved in time, and the family continued to pull from our own resources to cover the financial shortfalls whenever JENKEN failed to generate enough monthly income to cover rent and payroll. Bill worked so hard, as he always did. He was the first one out of the house in the mornings, and he was the last one out of the office at the end of the day. He would return home and still insisted on cooking dinner for all of us; providing hot meals and spending quality time together ever day is really his greatest joy. It saddens me tremendously to see what a toll this entire ordeal has taken on him. These days, I notice that he doesn't eat as much as he used to. Often at dinner, he will just sit and watch the rest of us eat. He tells us he's not hungry, so he will sit there and just watch us enjoy his cooking. The grandkids entertain him the entire time with their stories and their antics, while he just sits there and soaks it all in.

As a father to two young children myself now, I admire Bill's work ethic and desire to care and provide for his family. He works tirelessly for the sake of his wife, his children, his grandchildren, and his community. I reflect on my own life, and I remember how impossible it was for me to even pull myself out of bed in the months and perhaps even the years after my mother passed. How Bill managed to

immediately get up on his feet and push through when his father died for the sake of his mother and young siblings is unfathomable to me. Then to go on without his father to guide him and become such a huge contributor to society and raise a family of his own-he truly is the epitome of a hard-working immigrant living the American dream, and he is exactly the role model I want to have in my children's lives. He clearly made some mistakes along the way, for which I know he deeply regrets. If he had to do it all over again, he would have made better choices. I know his heart breaks for his grandchildren. None of them know what is going on, and every single one of them considers their Gung Gung to be their most favorite person in the world. He has told me that if he could go back in time and do things differently, he would do it in a heartbeat. Just imagining his life without his grandchildren around him all the time is tearing his heart apart, and I can see that pain in his face every time we sit together at dinner.

I truly believe Bill would make a good candidate for probation. He is beyond remorseful for his actions and regrets the toll this entire ordeal has taken on his family (not to mention his health). He is a soft spoken, kindhearted man who continues to give back to the community in the many little ways he still can, with a particular soft spot for the underdogs and the less fortunate. A few weeks ago, we were out at dinner. When we were done, we noticed that Bill had slipped outside without saying a word to the rest of the family. When we caught up with him, we realized that he had quietly walked to Foodland to buy the homeless man and his dog sitting outside the restaurant some food and bottled water. He does things like this all the time, and he never tells anyone about it. He told me once that he knows what it is like to be poor and struggling. He knows what it's like when no one will give you a chance because of your past. He knows what it's like to work hard to achieve success, and he knows what it's like to have to make sacrifices for the sake of one's family. He's been there. His struggles have made him the most empathetic person I know, and he continues to live this way even as he's drowning himself. I have been so blessed to be a part of this family that Bill has built. We are all better people because of him, and I pray that the court will find mercy and grace for us all.

Respectfully,

Daniel Kim



16 Jul 2023

Honorable Judge Derrick K. Watson
Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96850

To the Honorable Judge Derrick K. Watson,

My name is Jenelle Kim, and I am Bill Wong's daughter. I've been putting off writing this letter for as long as I could, because I had no idea of where to begin. For the past 43 years, my dad has been my hero. He came to this country as a 9-year old immigrant. His parents did their best to build a better life for their four kids. When his father passed away from cancer in 1967, his mother found work as a kitchen help to make ends meet, but she did not speak English, so her ability to provide for the family was limited. Dad took on jobs in high school pumping gas to help his mother out with the bills and to put food on the table. As the oldest of four children, Dad was forced to grow up quickly. At 16 or 17 years of age, he not only contributed financially, but he helped raise his two youngest siblings. When he and my mother started dating in high school, his younger brother and sister were often in tow. He always made sure they had food to eat and clothes to wear.

Dad's first language was Chinese. Because of this, he struggled in school, both socially and academically. He worked very hard to earn his grades, and he never gave up. Growing up, he would always tell us that we didn't have the be the smartest kid in the class; if we worked hard and never gave up, we could do anything we wanted to do. And Dad is the hardest worker I know. He worked multiple jobs to give my brother and me a private school education, and then to put us both through college. He would come home from his day job with the federal government, then work nights teaching drafting classes at Honolulu Community College. Eventually, he started up his own architectural firm and took on side jobs just to make ends meet. As busy as his schedule was, he still somehow found time to show up for all our baseball and softball practices and games, as well as my piano recitals. As late as I would stay up every night doing homework, Dad was up later. He was always the last to go to sleep at night, and he was the first to wake up. I would wonder how he was able to function every single day, knowing he was only getting maybe three hours of sleep every night at best. I have a full-time job and two young children of my own now, and I have absolutely no idea how he managed to push through back then.

When I was in college, Dad decided to open a sushi restaurant. I told him he was crazy. He was still working full time during the day as a General Engineer with the US Army Pacific Hawaii and running his architectural business at night. Adding this to his plate sounded absurd and impossible, but Dad was adamant about doing this to support his family. He poured everything he had into starting that business up, both financially and physically. He would go to the fish auctions early in the mornings, open the restaurant for the chef, then head to Ft. Shafter for work. As soon as he was done with work, he'd head

back to the restaurant, where he'd work until closing at 10:00 every night. Then he'd come back home and work on his architectural projects.

The restaurant closed after about a year. The financial strain that was put on our family was tremendous. My parents filed for bankruptcy, and we spent the next several years trying to recover from the loss. Dad finally retired from civil service in 2012 and was able to put all his efforts into growing his architectural firm. During these rebuilding years, Dad's humble heart never changed. He didn't have much money left to his name, but that never stopped him from trying to help others who needed it more. I've seen Dad randomly give money and food to homeless people on the street. I've seen him hand over $100 to friends who were down on their luck-more so than he was. Once, he had hired a young lady to work in his office. She showed up for one day of work, then disappeared. After multiple attempts to get in touch with her, she finally showed up again, but only to ask for her paycheck. Instead of being furious with her (like the rest of us were), he gave her the money he owed her for her one day of work, plus another $100. When we confronted him about it later, he said he felt sorry for her. She was a young, single mother, who just couldn't get it together. It took a while for the rest of us to catch up with his level of compassion, but looking back, I could not be prouder of my dad for having such a kind, forgiving heart.

Dad never hesitated to offer jobs to anyone who needed it, regardless of their skill level. He's mentored many young aspiring architects on his own time, even though many of them eventually moved on and left his firm. When my cousins or family friends needed entry-level jobs, he was the first to offer them paid internships in his office, no experience required. As an employer, he has a soft spot for people looking for second chances. He's hired ex-convicts looking for a fresh start in life, and the trust and kindness he's invested in them has helped them rebuild their lives. He regularly provides his architectural services at discounted rates to clients who are in a bind financially, and he's been known to provide pro-bono services from time to time as well. He has also helped countless Chinese General Contractors in Hawai'i's construction industry by translating for them and mentoring them when the language barrier proved too difficult for them to break through themselves. If he knows a contractor or even another architect is struggling and in need of work, he will farm jobs out to them and allows them to keep 100% of the profit.

Dad always puts others before himself. There have been several months when he couldn't make payroll. I know for a fact that he forfeited his paycheck on those months just to make sure his employees were taken care of. The reason I know this is because whenever that happened, he would borrow money from my brother and me to help him get through the month and pay his bills.

Dad continued to make significant monetary donations to our church over the years. In 2012, he volunteered his time and resources to design their new gymnasium, which is currently being used for both the church and their school. Despite his own hardships, he felt compelled to give back to God and the community.

In 2013, Dad volunteered to go to American Samoa with a team to do an assessment on the Siona Church in Leone Village.  There were no existing architectural plans for the 180-year-old church, so the team needed to complete the assessment, identify structural issues, and propose repair solutions.  He spent a total of four days in American Samoa recording the architectural measurements and creating plan layouts and sectional developments.

In 2016, Dad volunteered his time and resources once again, this time to help Isle de Jean Charles, Louisiana receive about $92.6M in grants from the Department of Housing and Urban Development (HUD) as part of a $1B National Disaster Resilience Competition (NDRC).  Through NRDC, HUD offered to provide funding for resilient housing and infrastructure projects to states and communities that were impacted by major disasters between 2011 and 2013.  Isle de Jean Charles is a coastal tribal community that was at extremely high risk of disaster, due to the climate change challenges that have contributed to powerful ocean storm inundations that have eroded the island.  Dad volunteered for months to put together a funding proposal package that allowed the Tribe to build a new sustainable, culturally appropriate community in a safe environment.  The package included scoping and design documents, as well as cost estimates.  Thanks to their efforts, the project received the full amount that the State of Louisiana requested on behalf of the Tribe.

My parents would host holiday gatherings with the extended family throughout the year, and he would cook most of the food for all 25 of us.  At Christmastime, he would go to Costco and buy door prizes for everyone.  He's cooked and delivered dinners for so many friends and family over the years, I've lost track.  So many of our loved ones have battled illnesses or financial difficulties, and Dad has been right there to comfort them with hot meals and prayers.  He knows firsthand how difficult it is to struggle in this life, so he always makes it a point to help however he can.

My dad has always been there for me growing up.  When I moved away to Boston and Oregon for college, Dad knew how homesick I was, so he made every excuse to fly out and visit me whenever he could.  He always says, "life is short, and family is so important."  As busy as he was, and as strapped for money as he may have been, he somehow always found a way to spend time with us and make memories.  My own children are 14 and 8 years old now.  As a grandfather, Dad has been there from Day 1.  He shows up to every baseball and soccer game, and he takes advantage of every moment he has to spend with his grandkids.  Not only that, but he constantly looks for ways to make our lives better somehow.  Once, he came to my house for dinner, but instead of just relaxing on the couch, he noticed that the desk we had set up for my daughter to use for her online classes lacked adequate lighting.  He went home that night, found an extra lamp for her to use, and brought it over right away so she could use it the next day.  When my mom's dog was diagnosed with lupus, he built a shelter for him so the sun would not hit him directly.  He's constantly fixing up his house so it will be safe for my mom as she's getting older.  He finds ways of redirecting the water drainage, so she won't slip when she's watering her plants, and he installed handrails and non-skid mats everywhere, so she won't fall when going down the stairs outside.  During the COVID pandemic, the kids were missing their visits to the pool.  Dad bought an inexpensive inflatable pool and built a make-shift awning for them so they could play in the water safely, without getting sunburned.  He also built a make-shift gazebo so we could all enjoy family meals together outside.  These days, his favorite activity is just spending time with his family and

watching the grandkids grow up.  My kids and my brother's kids all adore him so much, and they know he loves them with all his heart.  That truly is his biggest reward in this life.

Watching Dad go through this ordeal has been painful.  I've seen him struggle to outwardly keep things together for our sake, but I can tell he's stressed.  He has acknowledged multiple times that what he did was wrong, and he is beyond remorseful for his actions.  He's told us how sorry he is for what he's done, and for what we are all going through now.  I am saddened to see how broken he is and how great a burden he's shouldering, when he spent his entire life working so hard to rise from the ashes and to provide a decent life for all of us.  He lost a lot of weight, and he doesn't eat or sleep much anymore.  Mom tells us he often has nightmares at night.  He tries to be strong, like he's always been for us.  I know his business is struggling now too, with all the negative publicity.  What amazes me though, is that through it all, Dad's humble heart remains the same.  I've seen him pay random folks outside his office $20 to wash his car, for no other reason than just that "he needs the work."  He still cooks dinner for our entire family almost every single night, and he continues to bless our neighbors and our extended family with home cooked meals as well.  Everything he has done in this life has been for the benefit of others.  His priority has always been his family and his friends, although he is the type of person who would give you his last dollar if you needed it, regardless of if he knew you or not.  He is generous to a fault, and he continues to live his life with humility and grace despite whatever adversity comes his way.

I have noticed significant changes in the way dad lives his life these days.  He treasures every single minute he spends with his family, now even more than ever.  He's happy to just sit and watch the grandkids be silly and have fun.  He clings firmly to his faith in Jesus, and he is appreciative of everything God has done for him in his life, despite whatever mistakes he made.  Dad's a lot quieter and introspective these days.  I know the burden of the stress is taking its toll on him both physically and emotionally; there are many nights at the dinner table where all he wants to do is just sit there and watch the family eat his cooking.  He will say that he doesn't have an appetite and won't eat anything at all.  He just enjoys being surrounded by his family.  It is my humble opinion that dad would make an excellent candidate for probation.  He has the gentlest, kindest, most caring heart of anyone I know.  He's acknowledged his mistakes, and he's worked hard to get himself back on an honest path.  He is already a broken man, yet despite his struggles, he continues to contribute so much to his family, his friends, and the community at large.  He has the kindest, most caring heart of anyone I know, and I am so proud and blessed to call him my dad.

Very Respectfully,

KIM.JENELLE.MEE
OI
WONG.12419795
51

Digitally signed by
KIM.JENELLE.MEE OI
WONG.1241979551
Date: 2023.07.16
21:32:35 -10'00'

Jenelle M.O.W. Kim

Rylan Kim #13
Mrs. Roble
October 28, 2020

# Making Memories
Personal narrative essay

My parents, sister, grandpa, and I went on an East Coast road trip in the summer of 2018, and it was awesome. Two days before we left Honolulu, my grandpa bought me my very first camera to help me document every single moment of our vacation, which I had been looking forward to since my parents booked the airline tickets. The camera was blue and black, and just about the coolest thing I had ever owned. It was the best gift I had ever been given, because I love American History. This historical trip was a once in a lifetime dream come true for me, and my grandpa knew that I would never want to forget any part of it.

One of the best parts of our two week road trip took place on our second day in Washington D.C., July 10th, 2018. The day started when we all woke up at 7:00 a.m. to have a "Talk Story" session with Hawaii Senator Mazie Hirono in her Senate office. It was about a 30 minute drive from our hotel to her office. Along the way, we passed several monuments and a few important-looking buildings, and even though we weren't up close for a better shot, I took pictures of them anyways. We were supposed to meet Senator Hirono at 9:00 a.m., but she was running late because she was being interviewed on CNN. As my family and I sat in chairs and waited patiently for Senator Hirono, her staffers brought us snacks and turned on the monitors so we were able to watch her on live television. It was pretty amazing to watch our senator from Hawaii on national television, and my eyes were glued to the screen.

"I wonder how it feels it be a politician and to constantly be debating about decisions that could entirely change our nation," I said as I munched on a delicious bagel and grabbed a smooth plastic bottle of sweet apple juice and took a sip. My three-year-old sister was as pestering as a mosquito. She was tired after traveling so far from home, and still hadn't gotten used to the time difference.

"When is she coming?" she whined for the billionth time as she tiredly grabbed and missed her small pack of crackers.

"Soon, Cami," my mother re-stated with a hint of annoyance in her tone. "She will get here soon." I gave my sister a sip of my apple juice, and she wiggled her way up on to my lap. My mom handed her an iPhone to play with, which she gladly took. Suddenly, the senator burst through the doors in a hurry, and immediately apologized.

"Sorry I'm late!" she said, out of breath. She sat down at the conference table, and greeted us all with a smile. "So where is everyone from? What brings you to Washington, D.C.?" We went around the room and introduced ourselves. She talked about the President of the United States, and shared her views on the events happening in the news. After about an hour, it was time to go. We shook hands, and then we all took a picture together with my new camera.

"Can you please take several shots?" I asked the aide who snapped the photo, while doing my best to hold a nice smile on my face. I wanted to make sure this moment was captured well, because I had never met an actual U.S. Senator before.

We then said goodbye to the Senator,  hurried into a cab, and headed to the White House for a scheduled tour. The second we entered the White House, I was an ant. The place was huge and to also know that we were walking in the same footsteps as 41 of our Presidents (the original White House was destroyed by the British in the War of 1812 during the presidency of James Madison) really amazed me. I took pictures of the Presidential Library, which was used for teas, meetings, and press interviews, and snapped a few shots in the East Room, where state dinners, concerts, receptions, weddings, and press conferences happen. This was also where the bodies of Presidents Abraham Lincoln and John F. Kennedy lay in state after their assassinations. We ended the tour by taking pictures in the same spot where the President stands and waves to the press.

After the White House tour, we hopped into another cab, and quickly visited the Smithsonian National Museum of American History. We did not have a lot of time there, because we needed to get back to the Senate for our personal tour of the U.S. Capitol. At the museum, the first thing we saw was the Batmobile. It was so cool! I had to get a picture of it. But as I reached into my pocket, my camera was not there. A bit of panic set in. I checked my other pocket, but that was empty too. I ran to tell my parents, who immediately searched all our bags and my sister's stroller. Nothing. The camera was gone.

After attempting to re-trace our steps, we figured out that I had probably left it in the cab on the way to the museum. I couldn't believe it. My eyes nearly popped out of their sockets, my heart dropped, and my mouth fell wide open. I had just lost the only way I could document this amazing trip. I also felt a cloud of guilt, shame, dejection, and anger at myself for being such an irresponsible idiot. My hands and my entire body started quivering. Even when I screamed *"No!"* in my head, the only thing that actually came out of my mouth was a weak and soft whisper. I kept hoping that this was all a dream and that we were still in the hotel room, and I was having a nightmare. Nope, I wasn't. I was devastated beyond imagine.

 I had taken so many pictures at the White House that day, and so many pictures of the scenery and monuments that we had seen. Now all of that was lost, never to be found again. I felt sick. My parents were infuriated with me for losing such an expensive piece of equipment, not to mention all the valuable photos we had taken up until that point in the trip. I wanted to run away and hide. It felt like I had ruined the entire vacation, and we were only two states into our five states tour.

My grandpa, seeing how upset I was, pulled me aside. Even in my miserable state, I could tell he wasn't intending to scold me, but instead was trying to comfort me. He had compassion in his eyes, and his face was forgiving. He looked sad, as though he could feel my pain himself. His arms pulled me into a huge hug, which I totally didn't expect. In a soft, gentle tone, he told me calmly that even though it's important that we learn to be responsible for our belongings, we all make mistakes.

"Cameras can be replaced," he reassured me. "Don't forget, we still have more than half the trip to look forward to. Let's just enjoy the rest of our trip, okay?" That made me feel so much better. I remember thinking at that moment how thankful I was to have my grandpa. He always seems to know how to make things better.

After a quick run through the museum, we headed back for our tour of the U.S. Capitol. By this time, we were able to put the whole camera incident behind us, and start enjoying ourselves again. Excitement kicked back in as soon as we got to the Capitol building, where we met with our tour guide. He took us on an underground subway system that connected the U.S. Capitol to all three of the Senate Office Buildings and one of the four House of Representatives office buildings. As we were touring the Capitol, we ran into and met Vice President Mike Pence in the hall. As it turned out, he had just finished an interview with CNN, and we happened to walk

right past his office where they interviewed him. The CNN crew was breaking down their setup. One of the men waved at me. "Come here, buddy." I looked at my parents and our tour guide.

"Go ahead, it's fine," said the tour guide. The CNN crew invited me to sit in Pence's chair and pretend to be interviewed myself. My mom took pictures with her phone as I did my best to look as vice-presidential as Mike Pence.

As we left the Vice President's office, we ran into Senator Tammy Duckworth in the halls. She smiled at me and nodded hello as she whizzed past us in her wheelchair. While I certainly wished I still had my camera with me for this part of the day, I realized that a smile was beginning to form both on my face and inside of me. It had almost felt like that a cloud of sadness, anger at myself, and hurt had just evaporated into nothing at all. Instead of my drooping body still remembering the fresh loss of my camera, I straightened my body more and flushed the memory of the loss down the drain. I sparked a conversation with my family about the places and people we had seen so far and how fun it had been learning all about American history.

"Thank you, mom and dad, for bringing us on this trip!" I said.

"You're welcome, son. Let's enjoy the rest of our trip, okay?" My mom hugged me, and I knew that all was forgiven. She took pictures for me with her phone so I would still have all the memories to take home with me.

When the day was finally over, my parents took me to Best Buy, where my grandpa bought me another camera. This time, he also made sure that this new camera had a strap, so I could tether the camera to myself. For the rest of the trip, I made sure I never lost sight of my new camera, as I digitally documented the rest of our incredible East Coast adventure together with my parents, my little sister, and my awesome grandpa.



**Huikala**
BAPTIST CHURCH

July 8, 2023

Honorable Derrick K. Watson
Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

Your Honor,

My name is Anthony King and I am the pastor of Huikala Baptist Church in Honolulu. I have had the privilege of knowing William Wong and his wife, Myrna since November 2022 and have served as their pastor and spiritual advisor. During their time with our congregation, William has consistently demonstrated his commitment to his faith and his dedication to serving others.

William has been an exemplary family man, leading by example and instilling strong moral values in his children and grandchildren. Every Sunday morning, he gathers his entire family together for worship at our church. This act of bringing his loved ones to worship God showcases his deep sense of faith and the importance he places on spiritual growth within his family.

Beyond his role as a family man, William's presence and actions within our church have been a source of inspiration and encouragement to many. He is always on the lookout for opportunities to serve and support others, and his desire to lend a helping hand is an encouragement to me. Whether it's giving a hug or a handshake to a newcomer, or simply offering a word of encouragement to a regular attender, William consistently goes above and beyond to show kindness to those around him. His warm smile, genuine concern, and willingness to listen have endeared him to many within our church family.

Furthermore, William's unwavering faith in God and his commitment to living a life of integrity are evident in both his words and actions. While his past actions were criminal in nature, William has been forthright and honest and has never sought to conceal or mislead about his dealings in the situation, whether with me or when assisting with law enforcement personnel. He has sought to be an honest man that walks with integrity. From the beginning of our relationship, William has been up front and honest with me about past mistakes he has made and has a desire to use this part of his life to help others to strengthen their faith in God. I have prayed with William on multiple occasions, as his legal issues

808.371.9096 · http://huikala.org
Anthony King, Pastor

have placed a great strain upon him, his family and his marriage. However, William has kept his faith in God strong and has sought to lead his family well through this difficult time.

I have prayed for you, Your Honor, by name that you would offer up mercy in this situation and give probation. This would allow William to feel the repercussions of his poor judgment, yet at the same time have the opportunity to have an influence on his family and his church family. Probation would also keep his family from financial ruin. As the sole provider for his wife Myrna, she would be left with no income, destitute and helpless in the last years of her life. The Wongs, who have been so generous and kind to so many others throughout their entire lives, would now be dependent upon the charity of others to simply survive. I have prayed with William and Myrna about this specifically, and while we know God will provide, I ask you to please consider the huge ramifications of this decision.

As I pray for the Wong family daily, I pray also for you, that you would have wisdom, discernment and a heart for this family during this time.


With Aloha,

Pastor Anthony King


████████████████████████ 808.371.9096 · http://huikala.org
Anthony King, Pastor

**To Honorable Judge Derrick K. Watson,**

**United States District Judge,**

Hello, my name is Keith Kugiyama. I am an auto mechanic for about 20 years and I've owned my own repair shop for about 2 years.  I've known Bill Wong for about 15 years now. I became close with his son as we hung out often. Eventually I got to know more of the family including Mr. Wong. My first impression of him was that he was quiet and reserved but had a warm smile. When I got to talk to him, he was easy going and a very kind hearted man. I already knew that he took care of his family and the people around him. He was a hard worker and provided for his family. He did what he could to help out whoever and with whatever they needed. As a family they did a lot together. They went out to eat as a family and often invited me to come along. When I had my car show events Mr. Wong would bring the whole family and come hang out. Even though I knew that they weren't really into cars, he still brought them out to support. And they always had a good time, especially with his grandkids. Mr. Wong is truly a good man who has a genuine heart. Although he was charged with this crime, I still truly feel the same about how kind and generous he is. All he wants is to do what he can to help others and to hopefully make people happy. Most of all, he worked so hard all his life to provide for his family that he deeply loves.

Sincerely,

Keith Kugiyama

WW000694

To the Honorable Judge Derrick K. Watson
United States District Judge

Re: Character of William Wong

My name is Gay Kunimitsu. I met Bill about 50 years ago when my husband returned to further his education at the University of Hawaii, School of Architecture, where Bill was also attending. We became friends. My husband and I have shared many milestones in Bill's personal life...his graduation from college, his marriage to his high school sweetheart, his certification of being a license architect, his business ventures, the birth of his two children and three grandchildren, and other personal events. And, our friendship continues to this day.

Thank you for allowing me the time to share my thoughts about Bill in the hopes that you will see Bill in a positive light.

I believe, Bill's parents played an important part of who Bill is. I believe his parents were proactive in their decision to leave China with two young children. With their limited English speaking abilities, they accepted the fact that they would have to endure hardships to have a better quality of life. I think Bill learned by observing how his parents lived that he developed his core values. He is genuinely courageous, hardworking, compassionate, responsible, and selfless.

As a former elementary school teacher, I can understand the hardships Bill went thru, and the perseverance he needed to learn English as a second language. When Bill arrived from China at the age of 12, there were no special education classes to support students with limited English speaking ability. Today, he uses his bilingual ability to benefit others with a heartfelt desire to serve and to be helpful. He quickly steps up to do thoughtful things. He helps me communicate at restaurants by speaking and ordering special Chinese cuisine. I saw him kindly and respectfully speaking with his mom and other people that speak English as their second language. I'm told he uses his language ability to translate and clarify issues for clients too.

WW000643

I learned that Bill lost his dad when he was 17 years old. His youngest sibling was only 7 years old. With Bill's unwavering love for his family and sense of responsibility, he worked to help support his family. During his college days, my husband, Bill's college classmate, says Bill many times gave up "party times." In those difficult down times, I witnessed Bill doing things to meet the needs of his growing siblings. He did it all without boasting and he never showed me signs of bitterness or self-pity. I really respect Bill for his goodness.

In the few times that I met his mother, her ways would leave me with genuine warmness despite little verbal communication. Bill, too, is like that! Despite being more of a reserved person, his caring and thoughtful ways shines through in the smallest ways. He greets people with a gentle smile and acknowledges our presence. He is quick to make me and others feel welcomed and cared about. I have never heard people "bad mouthing" Bill and I have not heard, nor seen Bill mistreating others.

Bill is truly courageous and enterprising. He is not afraid to face challenges and the long hours of work involved. In his younger years, he worked tirelessly supplementing his income by teaching night classes at Honolulu Community College while still being employed full time during the day. He even started an architectural firm. I was excited to see him involved in helping college students develop their architectural skills. Bill ventured into a sushi restaurant business and he often would start his day before sunrise to get fresh fish for his customers. To provide his best for his family, I watched Bill with the support of his wife, move places of residence four times until he was able to beautifully design his own home. I am aware of Bill freely giving of his time and architectural skills to help family, friends, and even church organizations. Bill never gives up striving to do his best, often sacrificing himself.

Bill loves his family and despite his long working hours, he knows the importance of quality time with them. He shows what is important to him by being committed to nurturing and supporting his children's learning and schooling experiences. Along with his wife, I'm told that Bill attended all parent-teacher school conferences while their

WW000644

children were growing up and I was able to witness their involvement in their children's extra-curricula activities. Today, his children are both successful college graduates and Bill has extended his involvement to his grandchildren's activities. Even after a hard day's work, Bill gathers his family together to share time and a meal that he, himself cooks.

Bill has expressed his sorrow for the unlawful choice he made. I am emotionally crushed to hear about his criminal charge, but, I stand firm in my belief that Bill is a decent, selfless person who loves his family and strives to work sincerely for the good of others. I believe all human beings make mistakes and if we can admit them and learn from them, our world would be a better place. I pray that good results will come about.

Sincerely,

Gay S. Kunimitsu

To the Honorable Judge Derrick K. Watson
United States District Judge

Subject:  Character of William Wong (Bill Wong)

My name is Ronald Kunimitsu, a retired architect, who has been a friend of Bill
Wong for over 50 years.  We first met as classmates at the University of Hawaii,
School of Architecture.  Through the years I have witnessed Bill graduate from
UH, get married, obtain his Architectural license, start a family, work as a civil
service employee with the Federal Government at Naval Facilities Engineering
Command and Army Corps of Engineer, teach drafting at Honolulu Community
College night classes, start two Japanese restaurants, establish an architectural
business, start a construction company and earn a certification from the City
and County of Honolulu as a Third Party Residential Review company.

I see Bill as a high achiever, always trying to better himself. To me, he was
impacted by the death of his father when he became the head of his family at
the early age of 17. Many times Bill was not around in the design studio where
fellow students gathered to work on architectural projects.  I learned with time,
that Bill worked while going to school to help raise his younger siblings, yet he
turned in his design projects meeting deadlines.  I admire Bill because he had
great design solutions, good grades and was praised by the design instructor.
I believe his strong character to accept challenges was molded each time he
experienced how tough life was and how he persevered.

I did several architectural projects with Bill when he worked with the Navy.  He
was efficient, accommodating and knowledgeable in supplying me with data
enabling me to complete projects.  On one particular project, I accompanied Bill
for a day on Midway Atoll.  We worked to inspect the buildings that the Navy
was planning to upgrade.  Bill was the Navy's project manager who was
responsible for coordinating everything, even the flight arrangements.  Flights
occurred only one time a week in and out of Midway.  I was concerned that we
might be stuck on Midway for a week, but Bill knowledgeably carried out
detailed plans to enable us to complete our task and make our flight back.

To me, it was important for Bill to care and to provide for his family. To do this he
gave up a secure job working as a civil servant to take up new challenging
ventures.  He got into sushi restaurant businesses.  When that didn't work out,
he took other opportunities to better himself.  He started an architectural firm
along with a construction company.  His honestly and desire to help others fuel
the growth of the companies.  He made sure that what he contracted or
promised is carried out.  His business philosophy, I think, is shaped by his past

WW000646

experiences of hardships. I know he has helped countless number of people to realize their dreams as they renovate, remodel, or build a new home. Bill understands and knows the need to have complete plans and specifications to obtain permits.

Bill told me that he was asked by the City and County of Honolulu to apply for a Third Party Residential Review Certificate. It would certify him to review plans for permits. It was already known that the City's Department of Planning and Permitting (DPP) was faltering in processing permits. Sometimes getting a permit processed would take more than 6 months. It presents a huge burden on the homeowners. When homeowners decide to improve or build a new home, they engage a design professional and a contractor to develop construction plans and a cost to build. After the design and cost are established, the permit process is started. But, because it sometimes takes longer than six months to get an approved permit, the cost of construction has gone up, sometimes 30% or more. Who pays for the increase? Not the City. So many times the homeowners need to scale back to be within their budget. At that time, their dreams are shattered. Bill studied and took courses to get certified. He wanted a way to reduce the review time in the permit process.

Although Bill has admitted his mistake and has pleaded guilty to criminal charges, I believe, Bill did what he did to help homeowners. Knowing Bill, he is an honest person who strives to meet his commitments.

Sincerely,

Ronald Kurimitsu

WW000647

Ricky Kurihara

████████████████
████████████████
808-479-7788

April 8, 2021

Honorable Judge Derrick K. Watson, United States District Judge
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

Re:  Character Reference for William Wong

Honorable Judge Watson,

I am sad with a heavy heart to write this letter on behalf of William "Bill" Wong.

My name is Ricky Kurihara, I was fortunate enough to meet Bill when he was a part time architect in the early 2000's. I owned a security company named Elite Security Systems and sold it in 2009.

Bill changed our lives, we received a notice of violation from DPP for not obtaining the required permit, I instructed the carpenters to tear down what they just built, our carpenter introduced me to Bill who calmly assisted us to become compliant with the building department.

A new construction or renovation is a "life changing" event for most people, Bill has helped so many friends and family change their lives beginning with the architectural designs, drawings and permitting.

I have seen and am aware of the principles on which Bill has built his life; generosity, willingness to help others with professionalism. In business and life, we choose to work with people that we "like" and "trust" Bill has always been likeable, and his personality is calm and eager to keep all his customers happy.

Bill is like a tree, he stands for so many of us, I have witnessed the fruits of his labor, the shade and strength he provides as he helped change so many lives.

The lapse in good judgement by Bill is certainly regretful, I hope that sharing my observations will assist you in making the appropriate decision in this case. Thank you for your consideration.

Sincerely,

*Ricky Kurihara*
Ricky Kurihara



**GREGG T. KOKAME, MD • JAMES C. LAI, MD • SARAH READ, MD • RAYMOND WEE, MD**
*Excellence through Compassionate Clinical Care and State of the Art Research*

**RETINA CONSULTANTS** OF HAWAII

~ Tel: (808) 487-8928, Fax: (808) 487-3699
Tel: (808) 523-6131, Fax: (808) 531-4374
Maui Clinic and Kauai Clinics (877) VIT-RET1 (848-7381)

*Clinical Studies since 1993*

**Surgical**
· SST: Submacular Surgery Trial
· ARGUS II Retinal Prosthesis
· CIP-SMD-201601: Brachytherapy

**Macular Hole**
The Macular Hole Study Group

**Wet-Macular Degeneration**
· Visudyne™: VAM Trial
· Macugen™: EOP1012
· Lucentis™: MARINA, FOCUS, SAILOR, HORIZON, HARBOR,
· AGN-150998: REACH
· siRNA: COBALT, QUARK
· Eylea™: VIEW1
· VisTA: Visudyne + Kenalog
· Lucentis™ ± Visudyne™: DENALI
· isoNEP: Lpath
· RTH 258: HAWK
· AGN-150998: CEDAR
· DE-120 35-002: VAPOR 1
· CLHA510X2201A: LHA510
· REGN910-3: ONYX
· OHR-1601: MAKO
· SB11-G31
· RTH 258: MERLIN

**Dry-Macular Degeneration**
· Acucela: ENVISION CLARITY
· Lampalizumab: CHROMA
· Lampalizumab: OMASPECT
· OPH2003B: Zimura

**Diabetic Retinopathy**
· Intravitreal Triamcinolone vs Laser: DRCR.net
· Vitrectomy for DME: DRCR.net
· Avastin™ for DME: DRCR.net
· Macugen™: EOP1013
· Lucentis™: RISE
· POSURDEX ± laser for DME
· siRNA: Degas for DME
· Rapamycin: DIAMOND
· Eylea™: VISTA 1009
· iCo-007: IDEAL for DME
· AGN-150998: PALM for DME
· Iluvien: PALADIN for DME
· REGN910-3: RUBY
· GR40349: YOSEMITE

**Polypoidal Choroidal Vasculopathy**
· Lucentis™: PEARL ,PEARL- 2
· Eylea™: EPIC
· OPH2006: Zimura

**Genetic Studies**
· Asian-AMD Genetic Predisposition
· MaculaRisk

**Vein Occlusion (CRVO/BRVO)**
· Suprachoroidal CLS-TA: SAPPHIRE
· Suprachoroidal CLS-TA: TOPAZ

**Vitreomacular Traction/Adhesion**
· Jetrea™: ORBIT

COPY

March 3, 2022

Re:    Mr. William Wong

To Whom It May Concern:

Mr. William Wong is a patient of ours at the Retina Consultants of Hawaii. I saw him for the first time in March of 2021. At that point, he had been referred to me for evaluation and management of a branch retinal vein occlusion of the right eye. Since then, he has been enrolled in a national clinical trial examining a new treatment agent for branch retinal vein occlusion. This requires him to come to our office on a monthly basis to undergo testing and treatment for his condition. He has been making good progress during his treatment period. He will continue to be enrolled in this study for several more months.

The risk factors for branch retinal vein occlusions include age, high blood pressure, diabetes, and high cholesterol. He is working with his primary care physician, Dr. Sharon Lawler, to make sure that all of these are well controlled.

During the time that I have been taking care of Mr. Wong, I have always been struck by his friendly demeanor. He has always treated our staff with the utmost courtesy. Please do not hesitate to contact our office with any questions. I am happy to answer further questions that you may have regarding his condition and prognosis.

Sincerely,

James C. Lai, M.D.

JCL:smc

COPY

cc:    Megan K. Kau
       Derek Kim

**Shena Edrada**

| | |
|---|---|
| **From:** | Megan Kau |
| **Sent:** | Monday, June 7, 2021 9:05 PM |
| **To:** | Shena Edrada |
| **Subject:** | Wong (all doc) Fwd: Character Reference Letter for William Wong |

Mahalo,



mk@megkaulaw.com
(808) 864-8896

Please excuse any typos.
Sent via the Samsung Galaxy Note20 5G, an AT&T 5G smartphone

**From:** Joyce Lai <joyceinvog@yahoo.com>
**Sent:** Monday, June 7, 2021 8:19:14 PM
**To:** Megan Kau <mk@megkaulaw.com>
**Subject:** Character Reference Letter for William Wong

June 7, 2021

The Honorable Judge Derrick K. Watson
United States District Judge

My name is Joyce Haseyama Lai, I am a retired small business owner. I have known William "Bill" Wong since our days as classmates at McKinley High School, class of 1968. In high school it was clearly evident that Bill was of good character as displayed with the type of friends he kept company with, boys that were considered to be the good guys. Bill's wife, Myrna was also a member of our graduating class.

Through the years our paths would cross when Bill's daughter, Jenelle and our daughter, Carrie Ann would meet at Punahou School and form a lasting friendship. I would always hear of Bill's commitment to his family, tirelessly working long hours to provide for them. It seemed that lacking determination to succeed was not part of Bill's DNA. So, it is not surprising that he continued on this path after retiring from civil service employment.

If Bill's focus to help those in need whether in his business dealings or community efforts is undermined by his conviction for a violation of the law, it would be a travesty for someone who has readily accepted responsibility and admitted to being guilty of this infraction thus, eliminating the need for a trial. His action of pleading guilty displays Bill's true honest character.

I am hopeful that the court would consider leniency upon sentencing.

1

**WW000672**

Respectfully Submitted,

Joyce Haseyama Lai

**WW000673**



PH (808) 942-9100



## SHIGEMURA, LAU, SAKANASHI, HIGUCHI AND ASSOCIATES, INC.

Howard K.C. Lau

Craig H. Sakanashi

Wayne K. Higuchi

Beverly Ishii-Nakayama

April 13, 2021

Honorable Judge Derrick K. Watson
United States District Judge

RE: Letter of Character Reference for **William Wong**

Dear Judge Watson:

My name is Howard Lau and I am a licensed structural engineer and President of my own structural engineering firm, Shigemura, Lau, Sakanashi, Higuchi and Associates. I have known Bill Wong and his family personally for over 50 years now.  In this entire time, Bill has always presented himself to be an honest, hard-working, family man of very high integrity.

Like Bill, my parents too were immigrants from China who always stressed that hardwork would always reward you in the end.  Whether by necessity because his father died young or because of the strong work ethic instilled in him by his parents, I could see how extremely hard Bill worked thru the years juggling his job as an architect with the federal government, working on his own private projects and then also, for one brief 2 year period, even running a restaurant at the same time no less.  All of this back-breaking effort was just to give his children a better education at private schools and to simply put food on the table for his family.  If he was ever to have been accused of having enriched himself illegally, I would have seriously questioned that as I have never seen him living a lavish lifestyle, driving fancy cars, or flaunting any wealth.

I pray that you can extend Bill some leniency in your sentencing as I know he has already paid a heavy price knowing how his one really bad moment of poor judgement has already ruined his entire lifetime of an otherwise impeccable hard-working clean life.  I count myself as one of many others in the community who can vouch that Bill was, otherwise, a model for hard work, honesty and integrity.

Sincerely,

Howard K.C. Lau, S.E.
President
Shigemura, Lau, Sakanashi, Higuchi and Associates, Inc.
Consulting Structural Engineers

CONSULTING STRUCTURAL ENGINEERS

**WW000641**

April 14, 2021

Dear Judge,

I have known Bill since 2007 when I was introduced to him as an architect and owner of a third-party review company. I have a real estate developer who has done around 200 units in Honolulu and have used Bill and his company on at least 10 projects as architect or third party.

Bill introduced me to a general contractor who I still use to this day and Bill has always been willing to help with NO strings attached. In all of my dealings with Bill it has been very positive, friendly and professional. Bill has never asked me to pay extra to expedite permits or anything along those lines. In every transaction I simply paid a fee for his services and there was no discussion of any payments or suggestions of payments to speed things up.

Bill is a good family man and I have met his family through working with their company. They are close and tightknit and my interactions with them have been excellent and honest.

I don't know the details of the case.  If Bill made a mistake, which it seems like he did, I am sure that he would acknowledge it and look to move forward. I would say that he is the type of person to learn his lesson after a serious case like this one.  It would probably be open to creative ways of restitution or to make things right. As a trained architect maybe he could draw structures for nonprofits or temporary homeless shelters.

I am sure that Bill wants to make up for his mistakes in a way that fixes the damage that has been done. I have never known Bill to be the type to flash around or talk about money or flaunt anything.  From what I know Bill is always working hard at his office in Mapunapuna and money does not seem to be his driving goal in life.

Please consider it creatively for Bill to make up for his mistakes. He has much to offer the community and his contribution to our community can be great over the coming years. Possibly Bill could use his language skills to help others in some way that serves the community in a large way.

Thank you for the consideration and Aloha!
Adam Lee
(808) 630-6103

ADAM @ FIGHTCLUB.com

Jackson Lee

████████████████████

███████████████

RE:  William W. Wong character reference letter

April 08, 2021

Honorable Judge Derrick K. Watson,

My name is Jackson Lee and I have worked for William Wong from 2009 to present and hopefully I will continue to work for or with him in the future.  I have grown close to him and his family over the years, including his wife and son Myrna and Kendall wong whom also work at APAC LLC..

From the moment I started working with Bill he has treated me with the utmost respect and kindness.  I started with no experience in the construction/Architectural business but he gave me a chance anyway.  It didn't feel like a job, it felt like a college course because he would take everyone to the job site from time to time to teach us everything from architecture to construction, this was also all on the clock so he was basically paying us to learn.  Bill would teach everyone that asked, he would take the time to explain something until you understood it to its entirety, again this was all on the clock but he didn't care he thrived on it and encouraged you to get better.  Since he paid everyone to go on these field trips, productivity was down and he had a hard time meeting payroll from 2012 to 2014 but he never complained and found a way to pay everyone in the office. I never intended to stay for over 3 years, but here I am, 47 years old, 12 years later, still indebted to him for what I can do today, I know lots of others can say the same.

Throughout the years I've seen Bill do countless jobs for free, just a couple of months ago there was a Hawaiian family that consisted of a husband and wife, the husband had lots of health problems and they were struggling to make ends meet.  Their nephew just robbed them of around 180k of their life savings and ran off somewhere.  To make matters worse they got issued a violation stating that they did construction without a permit.  They then met with Bill, they both brokedown and asked for help because the violation could turn into a lein on their property if they did not address it immediately. Bill just told them not to worry then proceeded to work weekends also using his resources to get them a permit to end the violation, weeks of work, no charge, free. This is just one example of his big heart, with the world coming down on him he does

this while not even telling anyone, I believe I am the only one that knows of this because I was in the meeting.

If there is someone who is down and out, he will help, either for free or the charges would almost be nothing. I can fill up 20 pages with examples of his philanthropy. He did not do what he did for greed, he is not rich, he does not have or own anything extravagant, he is known as someone to go to for help. Which is why everyone is taking this case so hard, we all know Bill Wong and we do acknowledge that what he did was wrong but he did it for mostly the right reasons.

The construction business is brutal in Hawaii, you have to be the quickest and the cheapest in order to get jobs on this island. Even then, most clients would be calling almost everyday to rush us along, half the job would be to respond to clients with status reports. Bill would always have to get creative in order to expedite the permits, and we always met resistance with the building department, it was well known that the city employees were underpaid, overworked, and the facilities and system was ancient. It was widely known that people had to pay to play but Bill refused to play at the time. It was only until we moved in 2017 from our Nimitz location to Kakaako with almost triple the rent, in my opinion he did it for the employees, I also live across the street. We also had a staff of around 9 people, mostly people with families that need insurance, with rent tripled, that's a lot of pressure to keep the bill's paid. Again there is no excuse for what he did but I would like you to understand that Bill is like a second father to all of us and he did it to keep us all employed especially during COVID-19, we all have been ok during this time because of him.

Bill Wong is not a criminal, he comes to work at 6:30 am everyday and leaves after everyone else to go home to work even more and even cook for his family. We all call him the same thing a "people pleaser" he would always give you the answer that makes you smile even if it's the wrong answer. This is probably what got him into this situation, if you go to him and ask for something, you'll probably get it. Does this type of person deserve to be treated like a criminal I may ask, my opinion is that he is not. You need more Bill Wong's around if you ask me.

Please feel free to contact me if you have any further questions.

Jackson Lee
Permit Expeditor
808-393-3999

WW000504

**LEU OKUDA & DOI**
ATTORNEYS AT LAW
A LAW PARTNERSHIP

LESTER K. M. LEU
GARY Y. OKUDA
KARYN A. DOI
LANSEN H. G. LEU
DANIEL K. KIKAWA

TELEPHONE (808) 538-1921   FACSIMILE (808) 523-9585
WWW.LEU-OKUDA.COM

LESTER@LEU-OKUDA.COM
GARY@LEU-OKUDA.COM
KARYN@LEU-OKUDA.COM
LANSEN@LEU-OKUDA.COM
DANIELK@LEU-OKUDA.COM

June 1, 2021

The Honorable Judge Derrick K. Watson
United States District Court District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

Re: **William Wong**

Dear Honorable Judge Watson:

Aloha, my name is Lester K. M. Leu. I am lifelong resident of Hawaii and licensed attorney in the State of Hawaii since 1981. This is the first time that I have written such a letter. I have known Mr. William Wong ("Bill") for the last 11 years in a professional capacity and as a friend.

Bill has always been honest and true to his word both professionally and as a friend. He never makes excuses for his actions and always owns up to his actions. I was surprised and disappointed when I learned of Bill's crime. He has been extremely remorseful and ashamed of his actions and has taken full ownership of his actions. He has lost his business and faces revocation of his architect's license. Without violating the attorney client privilege, Bill always had a strong passion to represent his clients and do his best to achieve the goals of his clients' requests. For Bill to have committed this crime, there must been an extreme frustration and despair that left him so vulnerable to achieve his client's requests.

I can best summarize Bill's character when I witnessed him and his family at the old Horatio's restaurant in the Ward Village having dinner (Bill did not see me). Bill had gathered all his family including spouses of his children and led them in grace to bless the food and gave thanks for their blessings. I will always respect Bill for giving grace and thanks so openly in this crowded restaurant.

There can be no excuse for one who has been convicted of a crime, but the punishment should also be fair and just. If your Honor has any discretion under the Federal guidelines, I ask that Bill be given full consideration for leniency.

Thank you.

Very truly yours,

LESTER K. M. LEU

JUN 0 4 2021 (USPS)

**WW000624**

To The Honorable Judge Derrick K. Watson
United States District Judge

My name is Ronald Maeda and a longtime friend of William (Bill) Wong. I'm currently a retired Architect of 4 years. I have known Bill since 1969, over 52 years. I first met Bill at the University of Hawaii while attending Architectural classes at the Manoa campus. We have been good friends since that time. All the years I have known him, I have seen and experienced his kind and faithful attitude toward his friends and family. I have never seen him angry or lose his temper and he had the most mature attitude out of all our college classmates. During our college days, I was always impressed with Bill's hard working and ambitious spirit. He worked hard during his college years to support his mother and siblings. He was a very reliable and responsible person, even with his work responsibilities he was able to complete his class assignments and architectural design projects on time and he did it exceptionally well. I remember one of the instructors commenting that Bill had exceptional design talent. I also remember him, after class was over, leaving to go to work, across the street from the Architectural School to work at the University Lab School and would sometimes join us in our design project sessions later in the evening after his work. He was a hard and dedicated worker and student. He would tell me about his family responsibilities, but he never felt sorry for himself. I had a lot of respect for him because he always had a positive attitude and kept himself focused on what needed to be done, take care of his family and complete his education.

Around 1973, Bill traveled with a group of us on a trip to Europe with the University of Hawaii Art and Architecture Tour. As a group we had a lot of fun and good memories as friends. Bill especially was kind, courteous and respectful to all and fun to be with. I will always remember this trip and the camaraderie we had fostered with three others. While we were on the trip Bill was always concerned about his girlfriend, now his wife.

Over the years as we all developed into our professional careers, we all got married and started our own families, I kept in touch with Bill through our annual Architectural classmates Christmas parties and picnics and camping events. I was also happy for him when I learned that he got baptized and was involved with his church.

In learning recently about the charges against him, I was shocked to hear this. I know Bill as an honest hard-working person and a dedicated family man. It just seems out of his character. I know Bill as an honest person and he will acknowledge his mistake.
During his sentencing, I pray that you will take into consideration this character letter and see the person that he really is.

Thank You,
Ronald Maeda

WW000510

June 10, 2021

Honorable Judge Derrick K. Watson
United States District Judge
███████████████
███████████

To the Honorable Judge Derrick K. Watson,

My name is Maydean Martin and I'm an architect with the US Army Corps of Engineers.
I've known William (Bill) Wong for about 30 years and believe I'm in a good position to speak on behalf
of Bill's moral character. It is my hope you will take my words into strong consideration in your decision-
making.

I met Bill Wong in 1991 while attending a 3-day training with the Navy. Over the 3 days we really got to
know one another both on a professional and personal level. Our lunch conversations, of course, were
primarily work-related but we also talked about what we did over the weekend, talked about sports,
books, and even movies. I found Bill's stories endearing. There was no doubt in my mind that he and
his wife were a "family first" couple; committed to their children and to one another. I was impressed
with Bill's energy and aloha for his work as an architect and as a husband and father. I could tell he was
raised well. At that time, I was a mother of a newborn and appreciated Bill's encouragement that
balancing family and work was possible. I couldn't wait to see my daughter grow up. Since then, I've
worked closely with Bill on numerous Army projects and have always admired his professionalism and
energy in support of our soldiers and civilians. Bill always made time to teach and explain things to me.

William Wong is a good person. He's kind, thoughtful, considerate, generous, honest, hardworking,
patient, and compassionate. Bill has a strong sense of duty which he applies in everything he does at
work, at home, and for his community. He deeply cares about others especially those less fortunate
than himself because he understands the struggles many families face nowadays. Bill is always willing to
help others and never worries about himself. He possesses a great deal of integrity and always strives to
do the right thing.

It is my hope you will take a good look at my letter and the countless others you'll receive in support of
William Wong and clearly see that Bill is an honest individual who would never intentionally do anything
wrong.

Sincerely yours,

*Maydean Martin*

Maydean Martin

**WW000679**

May 25, 2021

Honorable Judge Derrick K. Watson
United States District Judge

Your Honor:

We, Paul Matsuda and Vicki Nakahara, are writing this letter in support of Mr. William Wong. Paul is a civil engineer, and Vicki is an attorney. We have known Mr. Wong for almost eight years, and know him to be kind, considerate, generous, loyal and humble.

Our son, Aidan, and Mr. Wong's oldest grandson, Rylan, have been friends since the age of three when they attended preschool together. Our preschool class had a remarkably close-knit group of families due in large part to the efforts of Rylan's parents, Danny and Jenelle. Jenelle, Mr. Wong's daughter, was our room parent, and was instrumental in planning activities for all the families. We remain close even today.

In addition to attending the same preschool, Aidan and Rylan have been on the same baseball team since the age of four. Through baseball, we were fortunate to spend time with the Wong family at games, as well as on trips that our various teams have taken together. They are like family to us. With the pandemic, and the resulting shutdown of sporting events or travel, we have not spent as much time with the Wong family as we had been accustomed to, but the loss of time has not diminished our love and respect for Mr. Wong.

Mr. Wong is a kind man who is devoted to his family. Without fail, Mr. Wong would attend all of Rylan's baseball games. Not only would he be cheering on Rylan from the sidelines, he would also be there to care for Rylan's younger sister Camryn, particularly when she was still a baby. Since Jenelle has been the scorekeeper during our baseball games, and Danny would help to coach the team, Mr. Wong would be present at the games and arrived well before warm-ups. He would play with Camryn on the playground, take walks with her in the park, and even watch her as she napped in the car. Rylan and Camryn are both so fortunate to have such doting grandparents.

Mr. Wong is a generous man. On our baseball trips, he would not hesitate to pay for food when we or another family joined the Wong family during meals. We enjoyed spending time with them and certainly did not expect to be treated, but Mr. Wong would not hesitate to pay the bill. He took care of us and treated us like we are family.

Mr. Wong is the head of an incredibly cohesive family. What strikes us as extraordinary is how supportive the members of the Wong family are to each other. For example, when one family member is purchasing property or building a house, they would support each other through it all, monetarily or otherwise. They all proceed with the notion that if a family member needs assistance, they will contribute their time and efforts to provide the support needed. It has been quite awe-inspiring to witness.

And finally, Mr. Wong is a humble and genuine person. He has a quiet confidence about him, and yet he is not boastful. We have never heard or witnessed him to say a negative word about anyone. One of his best traits is that he sees the good in people. This is a rare quality. We truly wish that there were more people like Mr. Wong in our world.

Respectfully,

*Vicki Nakahara*

Paul Matsuda and Vicki Nakahara

**WW000665**

30 May 2021

Honorable Judge Derrick K. Watson
United States District Judge



Dear Judge Watson:

I have known William Wong and his family for over 50 years. We have shared our deep friendship with weddings, birthdays, and holiday celebrations for our children and grandchildren.

I write this letter to offer my support during this difficult time. He will always have my trust to make the right decisions and to move on with his life. Our families will always remain close and will continue to share all the wonderful experiences as in the past.

Please consider the hardships he has endured as an immigrant and his supreme efforts to provide for his family.

Sincerely,

Abe E. Mitsuda

JUN 0 3 2021 / (os PS)

**WW000622**

Nadine Miyahira



December 2, 2021

Re:  William Wong

To:  The Honorable Judge Derrick K. Watson, United States District Judge

My name Nadine Miyahira, I'm civil engineer with the Corps of Engineers, and I've worked with Mr. Wong's daughter Jenelle Kim for about 20 years.  Jenelle is a friend who I could always count on to support me in work and in life.  Having known her for so long, I got to know the family as well, and in particular Mr. Wong.

The Wong family would often ask me to watch their pets, Baily (bunny), Kiwi and Mango (love birds) whenever they traveled.  These pets were spoiled!  "Baily only eats romaine lettuce and cooked carrots (but not to the point where the carrots were too soft).  Kiwi and Mango are a little easier but they like to pick out the sunflower seeds so you have to make sure there's always enough seeds in the feeder," Mr. Wong would tell me.    When I think of how well Mr. Wong took care of his pets, a quote comes to mind "we can judge the heart of a man, by his treatment of animals" (Immanuel Kant) and Mr. Wong clearly exemplified this.

I noticed how close the family was.  It wasn't just Mr. and Mrs. Wong who brought their pets over, but the entire family including Jenelle, Danny, Kendall, and later the grandkids Rylan and Camryn.  It was so cute to see the grandkids come over holding Grandpa Wong's hand.  Rylan always got comfortable quickly and made himself at home, entertaining us playing the piano and making sure a song was dedicated to Grandpa Wong.  Camryn was shy and glued to Grandpa Wong the whole time.  You could tell that he was the favorite person in the room, and she felt love and comfort being with him.

Regardless of what has happened and what the media has reported, I stand firm in the kindness and honesty I've seen in Mr. Wong.


Sincerely,

*Nadine Miyahira*
Nadine Miyahira

WW000788

Miki Motozu



May 9, 2021

The Honorable Judge Derrick K. Watson,
United States District Judge

Re: Character Letter for William Wong

Dear the Honorable Judge Derrick K. Watson,

My name is Miki Motozu and I work as the pharmacist in Japan.
I am writing this letter to share my thoughts with you about William Wong (Uncle Bill).

I have known Uncle Bill since May 2018. He is my cousin's father-in-law.
The first time I visited my cousin, she was living at her in-law's house. Uncle Bill let me stay at his house, accepted me as one of his family member and gave me hospitality. After that, I believe he is one of my important family members.

I used to live in Colorado as an Au pair. This was the first time I had been out of Japan. Even in Japan, I had never lived without my family, but I decided to live in the US as an Au pair. The place I lived was in the middle of nowhere. It was sad to live without my family and friends. One day I got a box in the mail from my cousin. Inside the box there were many Japanese snacks and food from Hawaii. I found out later that Uncle Bill went shopping to make me feel comfortable. He told my cousin to send to me.

My cousin and her husband invited me to their Disney World trip. About one month before the trip, my cousin found out she was pregnant and could not join to the trip. I joined that trip without her and her husband because I remember how her family treated me on my last trip in Hawaii. It was my second time to spend time with the Wong family. I was still little bit nervous to join this trip without my cousin because I was unconfident and shy to talk to people in English. Even though I am not their real family member, the Wongs accepted me as their family member and took good care of me with generous hospitality. Uncle Bill made sure I was having fun with his family and no need to worry about anything. Uncle Bill and his family paid for my meals and did not take my money for the hotel. To save money, he would wake up early in the morning to make sandwiches for everyone to eat at Disney World. That made me feels special and I could have wonderful memories with them. I was so happy to see that Uncle Bill always takes good care of his grandkids with his big smile and enjoying their company. I was an Au Pair in Colorado when I joined this trip, so I know how sensitive and honest kids are. Kids can sense when someone is fake. I saw how easy it was for him to make the kids feel relaxed and happy. That tells people how nice personality he has. I felt that his compassion and affection to the people around him are so special and genuine.

After this trip, I visited my cousin and her husband's family in Hawaii twice.  I spent Christmas and New Years Day together with them. Uncle Bill always accepts me as his family member.
I cannot change his impression.

He is the person who loves family and friends from bottom of his heart.
He does not take advantage from the people, but he is the one to sacrifice for the people.
He is always to make sure everybody is happy and comfortable.
He does not have any selfishness.
I promise you it is really hard to find this nice person in this world.

I hope this letter helped you to know about Uncle Bill better.
Thank you for your time.

Sincerely,
Miki Motozu

*Miki Motozu*

June 14, 2021

Janyce Myrland
Dream House Drafting, Inc.
██████████████
██████████████
(808) 206-7107

The Honorable Judge Derrick K. Watson
United States District Judge
United States District Court
District of Hawaii
300 ala Moana Blvd. C-338
Honolulu, HI 96850

Re: Sentencing of William W. W. Wong Architect

Dear Judge Watson,

My name is Janyce Myrland, and I am the owner of a residential design and drafting service in Kapolei. I am writing on behalf of William W.W. Wong who I have known as a business associate for over ten years. I was introduced to him as an architectural engineer who stamps plans and still utilize his services. During these years, my numerous business interactions with Mr. Wong have been positive and encouraging despite the fact, that I am not a native born kamaaina and a woman business owner in a male dominated field. Pricing has always been reasonable, and he has provided excellent customer service both to my company and my clients. I know him to be diligent and hardworking because of the numerous times that email responses to my requests for quotes, actual stamped plans and structural calculations have shown up in my email after business hours and even weekends.

Mr. Wong has expressed to me his remorse for his decisions which have resulted in these proceedings and has been very stressed by the situation.  I was shocked to learn of the allegations due to a prior experience where one of my clients demanded that I falsify a section of his plans and that Mr. Wong certify it as accurate during the third-party permit review.  There was no hesitation on Mr. Wong's part in refusing to comply with the client's who threatened to sue both of our companies. Neither of caved to his threats. I fired the client in writing.

Mr. Wong is also willing to help and encourage anyone who wants to learn new skills. Personally, in 2017 when new Federal requirements went into effect that applied to most projects, he encouraged me to become certified to do storm water control plans and serve as a storm water control plan coordinator for projects despite the fact that doing so meant I would not be retaining his company for those services. On two occasions friend of mine have requested internships for their children interested in architecture and in both cases Mr. Wong readily agreed. In the past he offered classes in Excel and other disciplines.

Respectfully,
Janyce Myrland CGP, CAPS

*Joyce AMByl*

**WW000688**

**Shena Edrada**

| | |
|---|---|
| **From:** | Megan Kau |
| **Sent:** | Saturday, June 12, 2021 12:13 PM |
| **To:** | Shena Edrada |
| **Subject:** | Wong (all docs) FW: Letter for Bill Wong |

-----Original Message-----
From: Candace Nakamoto <candinakamoto@gmail.com>
Sent: Saturday, June 12, 2021 9:58 AM
To: Megan Kau <mk@megkaulaw.com>
Subject: Letter for Bill Wong

Dear Honorable Judge Derrick K. Watson,

My name is Candi, Bill Wong's niece. Not only is he my Uncle, he's my favorite one in fact. Why is he my favorite and loved by so many? It's because he's always been there for me, as well as many family and friends. Not only does he always put others' needs before his own, he does it without grumbling or any gripes. He'd give his own shirt off his back in a split second, and sacrifice his own needs for the happiness and benefit of others.

It saddens me to hear about his current situation. Prior to me finding out, I could tell something was different about his demeanor. He looked worn out, defeated, far from his usual happy, peppy, gregarious, animated self. I noticed this about him when all our families met at Kapiolani park for a family picnic, where he cooked for all of our families beef stew, mac salad and banana bread...delicious as all the many countless meals he's cooked for all of us over the years. Now knowing why he looked so down in spirits that night, it just goes to show that even if he was going through a scary, stressful, personal situation, that still didn't stop him from putting others first and cooking for all of us, just so we could all gather together as a family.

Uncle Bill is and always has been a family man. I have great childhood memories of meeting up with his family at Disneyland and Knotts Berry Farm, the fun holiday parties that he hosted annually to gather all of our families together, and not to forget the special Monday night dinners he cooked for my family every week after the kids all finished their Monday swimming lessons. Furthermore, I'm forever grateful that he helped draw up our house plans, never once expecting or asking for any money. We were a young growing family back then, and he helped guide us along the way. I just had surgery around that time and was on bed rest, and he was so kind to come over to discuss all his ideas of expertise with us, always wanting to make us happy with a beautiful home as an end result. Everything Uncle Bill does, stems straight from his generous heart. There's not many people that I've met that are as selfless and so giving of themselves as him. He is the kindest man, always making others' happiness a priority before his own.

Uncle Bill has always been a hard worker. Even as a young child, while sleeping over at his house to hang with Jenelle his daughter, I've seen him many times in his home office late at night with his lamp still on, sitting slumped in his chair, head on his desk, sleeping, so tired and worn out from the countless hours of work he put in. Such a hard working, genuine, special person in my life, as well as many others' lives he's touched!

Praying for Uncle Bill and his family during this difficult time. Thank you very much for taking the time to read my letter. From my letter, I hope you can get a good light of the wonderful, loving, giving person that Uncle Bill is.

With Love,
Candi Nakamoto

1

WW000685

May 19, 2021

William Wong Character Letter

Honorable Judge Derrick K. Watson,

Thank you for the opportunity to share my character view of William (Bill) Wong.  I would like to paint a picture of who he is to me and my family.  Unfortunately, due to circumstances of my job, I am not able to share my name and will need to remain anonymous, but I assure you that I was not coerced for this reference in any way and I do have a true relationship to Bill Wong.

Uncle Bill, as I called him is the most generous person I know.  He would always put all other family members and friends before himself.  I have known Uncle Bill for over 30+ years, with the last 20 in a more, close family relationship.  I have seen him in many different roles, as an uncle, father, grandfather, husband, brother in-law, friend, coach, and Santa.  In all of these roles he puts his own personal needs aside and tries to make everyone else the #1 priority.  And this has been the case for as long as I have known him.  Everything he did was to try and help his family, friends, neighbors and clients.

As an Uncle he helped me and my family in a number of different ways.  The largest of which was helping build our family home about 15 years ago.  We had just purchased a small lot with an old termite-eaten home and Uncle Bill helped us build a home from the ground up!  He was on site almost everyday to help with the planning, construction and coordination.  He would work with us evenings and weekends on the plan's preconstruction, and I remember a specific night where we were looking at the blueprints with him until midnight.  He would be so patient as we didn't understand what the blueprints meant and he walked us through it all, each and every switch and outlet...he was so tired but still didn't rush us.  Without his help we would never have been able to afford the home we had created.  Soon after completing our home, he helped my Sister-in-law do the same thing just 2 homes away.  He didn't think twice about going through the whole process all over again with her and her family.  He made sure to stay within budgets and give us ideas along the way.  Outside of this home projects he would provide dinners quite often for his and my family.  So not only was he working his day job, helping build our home, he also made dinner for all of us.  On at least a weekly basis he would invite our family of 4 to dinner with his family and provide food for all of us, and it was a feast every time.  Multiple dishes with enough food for an army.  He would also offer to cook at Christmas, Thanksgiving, and almost every other holiday.  Most of the family holiday gatherings were for over 20 people and he would prep most of the food for all of us.

It is hard to see Uncle Bill as anything but generous.  Always giving, never mad or upset and never ever asking for anything in return.  He was never the most talkative person, but he was truly what is exemplified in "actions speak louder than words".  Giving all he could at every possible moment and never saying anything negative, never complaining.  I can't think of a time when he was not working less than 2 jobs...with restaurants and printing companies and his day job, his work ethic was second to none.  All that he did was for his family and friends.  He never drove flashy cars or wore expensive clothes, but if he could he would take his family of trips to allow his children and grandchildren to experience cultures and places that would leave lasting impressions for the rest of their lives.

I truly hope you take these sincere words of Uncle Bill's character to heart as he is not the person who was doing wrong in the situations described. It looks to me as though he was simply doing what was required of him at the time and to help his family and friends and clients move projects forward. The kind of person he is would not allow him to knowingly do wrong. He is a fair person who will help those in need at the drop of a hat, and if that meant following the rules of others, he would do that, since those were the rules.

**WW000660**

Honorable Judge Derrick K. Watson



June 7, 2021

Dear Judge Derrick K. Watson,

My name is Shea Nakamura and I am writing a character letter on behalf of William Wong. I have known Mr. Wong and the Wong family for almost 30 years as their oldest daughter, Jenelle, is one of my closest high school friends. My knowledge of Mr. Wong's character comes through the past 30 years of interacting with a hard-working, earnest, and loving father to one of my closest friends.

From the very first time I met Mr. Wong, it was evident that he was dedicated to being a tireless and consistent provider for his family. Jenelle and I shared a commonality in that both our fathers were architects. It was impressive from the time I was a young high school student that Jenelle's dad worked two jobs – in addition to his day-job as a civil-servant architect, he then returned home to work longer hours in his own architectural firm. Though Mr. and Mrs. Wong never let it be known, Jenelle was always aware of the sacrifices her parents made to provide the best education and opportunities for her and her brother.

Hard work has been a common theme throughout most of my interactions with Mr. Wong. When I was a college student, Mr. Wong opened his dream restaurant – a revolving sushi restaurant in Aliamanu/Salt Lake. It had been his dream after visiting Japan to open up an affordable sushi restaurant for local families. Mr. Wong offered me a summer job as he knew college students could always use additional resources. Though I had no restaurant experience, he generously hired me to wipe down tables and serve green tea one summer between college semesters. That summer, I quietly watched Mr. Wong come in from his day-job to manage and work the sushi business in the evenings. He did whatever the restaurant needed – from prepping food for the next day to washing dishes to taking orders from customers.

The other aspect of Mr. Wong's character that needs to be told is his dedication to his family and children. This was never more evident to me than watching how he supported and encouraged Jenelle during our college years. Though money was tight, Mr. Wong always managed to fly to the mainland to help Jenelle move in and out of college dorms and apartments, encouraged her in architectural studies, and responded with care and nurturance when Jenelle needed knee surgery mid-semester. Jenelle could always count on her dad to support and provide for her. In my 30 years knowing Mr. Wong, he has been a dedicated, nurturing, and always-smiling man. It has been a real joy to watch Mr. Wong enjoy his time as a

JUN 17 2021 (USPS)

**WW000634**

grandfather to four grandchildren. He extends the same love and nurturance that he did 30 years ago and I know there is nothing he wouldn't do for his grandchildren.

Jenelle has informed me that her father has pled guilty for his actions and while I am grieving the impact of the consequences on the Wong family and grandchildren, it does not surprise me that Mr. Wong has chosen to take responsibility for his choices. My opinion of Mr. Wong as an earnest, loving, and hard-working man does not change in spite of his offense. I hope that my words and the words of Mr. Wong's community will move you, Honorable Judge, to take all of Mr. Wong's character into consideration as you preside. Please contact me if you have any additional questions. Thank you for your consideration.

Sincerely,

Shea Nakamura

Tel: (808) 782-1678

WW000635

Honorable Judge Derrick K. Watson



June 11, 2021

Dear Judge Watson,

My name is Warren T. Nakamura and this letter is written in support of William "Bill" Wong prior to his sentencing hearing in your court.  Like Bill, I am also a licensed architect practicing in the State of Hawaii for the past 30 years.  Bill and I attending the University of Hawaii School of Architecture in the early 70's and though in different classes, we were acquainted through common friends.  It was in 1992 when our children became good friends in high school that our paths crossed again and I really got to know Bill, both as a fellow dad shuffling our kids to a plethora of activities and as a fellow professional in the design and construction industry.

Bill, the dad, was always there for the kids.  His love and devotion to his family was obvious to everyone who knew him.  So, it was not surprising when he named his architectural firm after his son and daughter.  He was working 2 jobs for them!  Everyone and especially his children knew it.  Our daughters were best friends and Jenelle always spoke highly of her dad.  Her love and appreciation for her dad was obvious.  Our children are now adults with families of their own so I don't see Bill, the dad, as much, but know Bill, the granddad, continues to nuture his growing family through the grandkids.

Bill, the architect, was a dedicated and "hard worker".  We worked briefly together on a project when he worked as an architect for the US Army Garrison at Fort Shafter.  The local design industry is small, so it was more through his private practice that we would on occasion meet and compare notes with our work and our families.  Bill was always working.

So it was with a heavy heart that we learned of Bill's conviction.  The common response from others in the industry is that although Bill violated the law, it seems unfair to place sole blame on him.  Obtaining building permits in a timely manner is and was a problem that existed for years.  Every elected mayor promises to fix it but without success.  It was different in the 70's when we entered the field.  Everyone worked (and played) together to get the job of designing, permitting and construction done.  It was great for the local economy.  Now, we hire outside firms to route our plans to avoid the bureaucratic hassle of getting permits approved and in the process, lost the working relationships we once had with the Building Department.  The building permit process has to improve.  Many in the industry seeks ways to get the permit in different ways.  Bill erred in his approach to fix a problem and has admitted guilt.  The repercussion will impact many in our field, hopefully for the better.

Bill is a really "good person" as all who know him will attest and he is remorseful and learned from this mistake.  So, my hope and prayer is for the court to find leniency in sentencing Bill.  Perhaps, given a second chance, Bill's skills can be donated to give back to the community (i.e. homeless shelter design, etc,).  Thank you for your time and consideration.  Call me at (808) 221-6246 if there are any questions.

Respectfully,

Warren T. Nakamura

**WW000684**

Minami Natsusako



2022, July 8

The Honorable Judge Derrick K. Watson,
United States District Judge

Re: Character Letter for William Wong

Dear Honorable Judge Derrick K. Watson,

My name is Minami Natsusako and my sister is Mai Wong, the daughter-in-law of William Wong. I am from Japan and have lived most of my life in Japan. I currently work in the sales department of a computer company in Japan. I have known Uncle Bill for over 5 years now. We first met when he came with his family to visit my family in Japan. Right after my sister and his son, Kendall, got engaged, Uncle Bill thought it was important for both families to meet each other. While on vacation in Tokyo, his whole family took over a 3 hour train ride to my home in Osaka. For as long as I have known Uncle Bill, he has been kind, thoughtful, generous, and trustworthy.

In 2017, my parents, brother, and I flew to Hawaii to attend Mai and Kendall's wedding. Uncle Bill's family took really good care of me and my family during our stay. He invited us out to eat a couple times. He took us to restaurants that had foods from Hawaii that we had never tried before. It was a very good treat for all of us.

A couple years ago, I was stationed in Amsterdam, the Netherlands for work while my husband was still in Japan. My husband's father suddenly became ill and we were told he did not have much longer to live. My husband wanted to fly me home to say goodbye to his father, but flights from Amsterdam to Japan were really expensive. I asked my sister in Hawaii to check for cheap flights for me. When Uncle Bill heard about my situation, without hesitation, he volunteered to donate his airline flyer miles so that I may be able to fly home. I was completely shocked at his generosity.

When I heard the news that Uncle Bill was in legal troubles, I could not believe it. I understand what he did was wrong and against the law. Based on the Uncle Bill I know, I am almost certain that he did not do what he did for selfish reasons. I know that he is a hard worker who cares a lot about his family and customers.

If Uncle Bill has to go to jail, I worry about his business. I especially worry about my sister and her husband because I know that is the company they work for. My sister does not tell us a lot about what is happening in Hawaii because she does not want to cause us stress. I know their family is

have a rough time recently. My sister told me the company already lost a lot of customers and business is slow. I know her family has so much stress too not knowing what is going to happen to Uncle Bill. The whole family is getting so much mentally and financially damage. My sister has told me that Uncle Bill keeps telling his family how sorry he is for what he did and putting everyone through all this stress.

Thank you for your time to read my letter. Please consider Uncle Bill's total character and hard working attitude when deciding his sentence. Uncle Bill is an honest person who puts his family and others before himself. I am happy to support him and proud to call him family.

Respectfully,

Minami Natsusako



**MAUNAKAI & ASSOCIATES**
Designing-Planning-Preservation

Kahu Dr. Francine Park-Palama, AAIA, DArch
Ph. (808) 341-9881   EM: franpalama@gmail.com

May 4, 2021

The Honorable Judge Derrick K. Watson,
United States District Judge
300 Ala Moana Blvd. C-338
Honolulu, HI 96850

Dear Honorable Judge Watson,

Permit me by these means to introduce myself, Kahu Dr. Francine Park-Palama, a native Hawaiian woman, ordained minister of Kealiiokamalu Church in Haleiwa and owner of a small designing, planning and preservation business, Maunakai & Associates that I started while attending the University of Hawaii-School of Architecture. I have served communities statewide for over fifteen years. My company offer high school students to college on various disciplines to be part of the student-internship program and community engagement projects. After retirement, I had a higher calling to restore churches, sacred sites and communities. So, I returned to college and graduated at 62 years old with my PhD in Indigenous Architecture. Here, I was introduced to Mr. William "Bill" Wong of JENKEN Architecture where my classmates were interns at his company.

It is my honor and privilege, to write this letter of good character from my perspective on behalf of William "Bill" Wong who has been charged in federal court. Bill is my business associate, close friend and mentor for over ten years to this time. Through the years, we traveled and volunteered to help communities both locally and abroad with designing, restoring or renovating churches. As my mentor, I witnessed first-hand his love and passion to help our local communities as he pointed me in the right direction when recording the "as-built" drawings on specific church projects. These include but not limited to the physical assessment and nomination to the National Historic Building Registry of the 108-year-old Waianae Protestant Church. In addition, others are the Hauula Congregational Church, Kealiiokamalu Church and Ierusalema Pomaika`i Church in Halawa Valley, Molokai.

On a national project, we assisted Native American tribes: Choctaw, Biloxi and Chitimacha in the Bayous of Louisiana with designing their Tribal Housing Community Center. I saw Bill's leadership, skills, and his architect knowledge assist tribal members through the design process. At the end of the meeting, representatives from each group were able to explain their vision and drawings for their community center. His compassion, patience and shared knowledge led to their success as one of the recipients of the Housing Urban Development $1 Billion National Disaster Resilience Competition (NDRC). The tribes received the full requested amount.

In Oceania Pacifika-American Samoa and in the small village of Leone, I volunteered with Bill and participated in recording the architectural and structural assessment of the 189-year-old Siona Christian Congregational Church. During this four-day project, Bill created the architectural drawings and 3-Dimensional modeling of the structure that was non-existent at the time. Working with the team as an

**WW000649**

architect, Bill completed the assessment, and identified structural issues and recommended renovations.  By replacing the roof, the church can stand for another 100 years.

From volunteering his skills, talents, and architectural knowledge to mentoring high school students, Bill partnered with the Asia Pacific International School-Hawaii Campus.  He administered and monitored the high school college prep student program at his JENKEN Architecture office.  For six weeks, I volunteered in Bill's office and assisted with the Hawaiian education component: Place Names, Stories of Hawaii's people, food and site visits.  He oversaw the students' design and planning process that was presented every other week.  At the end of the six weeks, the student presented the final design to the office staff.  It was very rewarding to be part of this program and being mentored by Bill.

Working as a civil servant in designing, teaching drafting classes, and mentoring students like me that together with his wife, Myrna, Bill opened his own practice: JENKEN Architecture, named after their children, Kendall and Jenelle.  As a husband, father and grandfather, Bill looks forward to leaving his legacy to the family.  It is the gift of Aloha, unconditional giving without expecting anything in return. Bill is a good and decent human being who made a grave mistake and is very remorseful.

Mahalo for taking the time to read this letter of character reference for my friend, professional colleague, and mentor, William "uncle Bill" Wong.  I am encouraged that you will consider his case before you with a favorable decision.

Sincerely yours,

*KAHU DR. FRANCINE PARK-PALAMA, AAIA, DArch*

Kahu Dr. Francine Park Palama, AIAA, DArch
Maunakai & Associates, Owner
*Designing, Planning and Preservation*

June 11, 2021

To: The Honorable Judge Derrick K. Wilson,
    United States District Judge

Dear Honorable Judge Derrick K. Wilson,

I am writing this letter in support of my dear friend, Mr. William Wong to provide you a personal perspective of the kind of person that he is in hopes to provide you a balanced understanding of what kind of man he is despite the sad mistake in judgement you are sentencing him on.

I am Cathy Paresa, a retired federal employee of the U.S. Army Corps of Engineers and I have known Bill for over 20 years through work and mutual respect. I am also very close friends with Bill's daughter, Jenelle Kim who is still employed at the U.S. Army Corps of Engineers. All the years I've known Bill, he is a very hard working, reliable, trustworthy and kind man who is always willing to go above and beyond what is expected of him to help people less fortunate. Everyone that I know in the organization has much respect for him.

Having been immigrated from China and being the oldest sibling to help support his family at a young age since his father passed on, Bill learned the importance of responsibility, family and hard work. Bill was also the sole provider for his mom and younger siblings even after getting married and while raising a family of his own. His strong desire to give his family a great life was and is his first priority. Through my friendship with Jenelle, I would hear numerous stories of Bill's pro-bono services that he would do especially for the homeless and underprivileged.

After my father passed away, my father's home (which I inherited) was in desperate need for repairs or a makeover. Bill graciously offered to come over and gave his professional advice and recommendations, all on his own time and expense. Another incident was when the roof of this home was damaged during the heavy rain and wind, Bill came over and gave an estimate for the damages so I was able to submit it to my insurance company for reimbursement. I knew I could always count on him to lend a helping hand whenever needed.

My opinion of Bill has always been the same, even knowing his recent challenges. I know he's very regretful for his actions and is very worried for the future of his family. I really appreciate you consider this letter and my character assessment favorably while making your decision on Bill's future.

Thank you.

Sincerely,
Cathy Paresa

WW000681

April 22, 2021

Natasha Petersen

█████████████

███████████████

**Re: Mr. William Wong Character Letter**

To the Honorable Judge Derrick K. Watson,

My name is Natasha Petersen, and I currently work under Mr. William Wong as a Marketing Manager for the past ten years. It both saddens and troubles me to hear about his recent case as he has always been a hardworking, kind, and generous man. For this reason, I did not hesitate to write this letter of reference for Mr. William "Bill" Wong. Additionally, as a close family friend and employee of Bill, I can provide a level assessment of his character both professionally and personally. I understand the seriousness of this matter; however, I hope the court will show leniency.

I first met Bill through my work with his company, although my family has known him throughout the years through the same church they attend. He is not just my boss or superior but my family. He has countlessly included me as part of his family and has been a guiding light throughout my career. He has taught me patience and understanding and, most importantly, to treat every person with kindness, see past people's flaws, and accept a person for who they are.

Ten years ago, I had the opportunity to work for Bill. Through his company, Bill has cultivated a family-friendly, family-centric work culture by weaving a variety of policies and activities into the workplace culture by investing in the well-being of his employees in a variety of ways. One of these benefits of working for Bill is having flexible time options. Having a flexible schedule allows for when things come up in life that is out of my control. I am a single mother, and if I need to pick up my son from school or if I want to attend a school field trip, I can have flexible hours. Flexible hours allow me to be more involved in my son's life while still having a full-time job. If I cannot find a babysitter, my son can come to the office, hang out and watch movies all while I work. Bill has helped me grow tremendously as an individual and as a mother by challenging me to better myself and further my education by obtaining a college degree. I am forever grateful for the opportunity to work for Bill. He continues to support my career and family goals by encouraging me to apply the best of myself to whatever I do.

As a close friend of the family and an employee of Bill, I witnessed firsthand the dedication Bill shows to helping individuals in and out of the office. His commitment to providing for everyone around him shows in his hardworking character with his long work hours, including almost every

**WW000697**

weekend. You can always count on Bill to be in the office at 6:00 am and not leave until late in the day. He has always been a man that puts everyone's, including his family, employees, and client's needs above his own. Over the years, I have watched many people take advantage of Bill's kindness, but not once has he ever indicated an ounce of anger or aggression towards the individual when they had wronged him. He would brush off that they did him wrong and move on like it never happened. Even when people who have done him wrong comes back for his help, he has never turned them away. Instead, he shows compassion to them, which is evident on numerous occasions in the office, such as clients who have left but came back because they knew that Bill would help them out and even provide them discounts. On one occasion, Bill had lent out money to a young single mother who needed to put her first and last month's deposit down on her apartment, so without pause, Bill lent her the money. A few weeks later, she abandoned her job; she no called, no-showed to work, and never came back. A few weeks later, she contacted Bill to ask for a reference letter for another job; even after the many pleas from us not to help her as she never paid Bill back, he still helped her find new employment. He had even helped assist her in routing permit projects for her recent work. Not once did Bill get angry or turn her away.  Instead, without hesitation, he helped her even without an apology from her.

Bill's ability to look past people's faults and give everyone a chance is extraordinary. An example of this is with some of our current and former employees. One would say Bill hires the bottom of the barrel, giving every person an opportunity to be treated equally without judgment. One instance is when he hired a registered sex offender. Although anyone could look at this gentleman and turn him away because of his past, he extended his compassion for him and gave him employment. Even when this gentleman left to find work elsewhere but came back, Bill still took him back with open arms. Bill believed in this individual and his work. Bill saw that even though this man had a past, he could change, and with that, Bill wrote him a character reference to help expunge his record. We have had many "characters" in our office, but one thing is for sure, everyone respects and appreciates Bill for everything he does for them.

It is easy for anyone who does not work in this industry to judge something they know nothing about concerning the process of routing building permits. I have witnessed firsthand the struggle Bill would go through to make sure that we could make payroll. Bill would never take a dollar until his employees could get paid first, even if that meant his personal affairs are compromised in the process. Working in this industry for the past ten years, one could see how flawed the City & County system was. Understanding our industry is not something any outsider would know unless you work it. You see, we do not sell a tangible product. We sell a service that only takes a retainer fee upfront before being paid the rest upon completing the work when receiving the building permit from the Department of Permitting and Processing with the City. If the City & County took a year or more to process a building permit, we would not get paid during that entire year. Through the years, there were many times a plea was made to the City to help alleviate the building process so that building permits would go through faster. These pleas fell on deaf ears with the heads of the department and the Mayor. Desperately looking for a solution while taking

**WW000698**

the burden of worry for his staff. Bill did everything he could to ensure that the company could operate just enough to keep our doors open, staff to be paid, and clients not to lose money. Every person outside of the DPP, such as contractors, architects, and homeowners, has paid to play. I could sit and name a million people who have paid or received money, but I am not the judge and jury of their actions because of how the DPP operated; one would become desperate as one has employees to consider.

Johann Wolfgang von Goethe once said, "You can easily judge the character of a man by how he treats those who can do nothing for him," Bill is a man that gives with his whole heart, not expecting anything in return. Yes, he knows what he did was wrong and understands there is no excuse for his choices. Bill has confessed to me the severe lack of judgment he exhibited and expressed both remorse and a strong desire to address the personal issues at the heart of this matter. His only intentions were to provide for his family, employees and their families, and the countless clients who come to him for help because of a flawed City & County system, not out of selfishness or greed. The definition of selfishness is being concerned excessively or exclusively, for oneself or one's advantage, and that is not Bill. The only thing Bill should be guilty of is selflessness, as he was driven by purely altruistic reasons to carry the burden of worry for everyone's well-being on himself while not putting his needs above anyone else's. His hardworking and self-sacrificing character is the reason why I have and will always stand by Bill through everything.

My biggest fear is to see a good honest man go away for a mistake that was out of his control. Not knowing if the staff in our office or I will have future employment during this pandemic. I am scared for all of our futures, but mostly Bill and his family. If I could take this burden or consequence for him, I would do it in a heartbeat as he is a man that has carried the responsibility for others for far too long.  It is my sincere hope the court considers this letter at the time of sentencing. Despite the current case, I still believe Bill to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

Natasha Petersen

WW000699

Tad T. Saiki

<span style="background:black">               </span>

Email: tsblue1@gmail.com

May 5, 2021

Honorable Judge Derrick K. Watson
United States District Court

Re: Character letter for William Wong

Dear Judge Watson,

My name is Tad Saiki and I work as the Marketing Specialist at Leeward Community College. I am writing on behalf of my friend, William Wong ("Mr. Wong" to me), to share my thoughts about him as he faces his sentencing for federal crimes this fall.

I first met Mr. Wong almost twenty years ago because his daughter, Jenelle, began dating a good friend of mine, Danny Kim. Danny and Jennelle both come from deeply religious families where relationships with family and friends take priority over everything else. Naturally, as Danny's friend, I was drawn into the Wong family and I knew that they would be friends for life.

I spent quite a bit of time with Mr. Wong through the years because he was at every social gathering and milestone for his children, Jenelle and Kendall. As a member of Danny and Jenelle's wedding party, I got to observe Mr. Wong with his extended family and a larger circle of our friends. He always displayed such a genuine nature toward everyone. My impression then, which holds true to this day, was that he had such a kind and generous heart and all he wanted was for those he cared about to be happy.

When his first grandchild, Rylan, was born I just saw him light up with joy. Over the years, due to circumstances in my own life, I could not spend as much time as I used to with the Wong and Kim families but all I heard about was how happy Mr. Wong was and how he attended every sporting and school event for Rylan. A few years later, he now has two more grandchildren, Camryn and Mackenzie, with another on the way.

I had to speak of his family first because that's how he prioritizes things. However, his friends come in a very close second as I have experienced this firsthand. About a decade before I got my current position I was out of work and Mr. Wong eagerly offered me employment when he heard of my situation. Although I did not have the specific skillset he was looking for he was determined to give me a job until I could get back on my feet. Fortunately, I found another job quickly but his offer made me realize how much I meant to him. Several years later I was able to do some small freelance work for him and it was a great experience.

**WW000652**

Writing about Mr. Wong brings back a flood of memories and feelings. I've always had such respect for him as he is a tireless worker and an honest man who just loves his family. Although he takes on the financial responsibility of his family, I never hear him complain about it. It's like he enjoys being the one they can rely on. He always has a smile to greet me and my wife, and he's always putting others first. He'll give you the best seat at a gathering, give up his share of food so you can enjoy more and offer to do anything that will make you more comfortable.

The fact that he is facing punishment for a federal crime still has me in shock. Breaking the law is so far beyond his normal character that I still can't believe it. Mr. Wong has acknowledged his wrongdoing and is preparing for the consequences. He has expressed extreme remorse. But I know that his concern quickly shifted from himself to his family. Those that he provided for all these years, the heavy burden he carried, is all he can think about. I can only imagine that this man was so focused on providing for his growing family that it clouded his judgement for just a fragment of time and it resulted in actions that can't be undone.

Mr. Wong is not a criminal and he is not a danger to society. He is actually the opposite. He is an immigrant who came from humble beginnings, worked through his youth to support his family, worked hard to earn an education and build his own business. He used his business to serve his local church by donating his time and resources to plan and build a new gymnasium and a building that is now being used as a school. He also volunteered to participate in a baseline study that would help with repair and renovation plans for a 180-year old church in American Samoa, spending four days there to record measurements, create plan layouts and sectional developments. In 2016, he again volunteered his time and resources to help Isle de Jean Charles, Louisiana receive over $93 million in grants from the Department of Housing and Urban Development as part of a national disaster relief effort for states and communities that were impacted by natural disasters between 2011 and 2013. Mr. Wong and his team spent months putting together a funding proposal package that would enable this coastal tribal community to build a new sustainable, culturally appropriate community in a safe environment. Their efforts were rewarded, with the project receiving the full amount that the State of Louisiana requested on behalf of the tribe.

This whole ordeal has taken its toll on Mr. Wong physically and mentally. I hear from Danny and Jenelle that his health is worsening and he is extremely worried about his family, especially his young grandchildren. As a family friend my heart breaks for Mr. Wong and his family. Knowing him all these years, knowing who he is and how much his family means to him, I know how much this is affecting him.

I try to give his family words of comfort, saying "let me know if I can help" but I know there isn't much I can do. I can only hope that this letter will make a difference and prove that he is a good man and a good citizen. He's a loving and loyal husband, father, grandfather and friend. He's someone who makes a positive impact on those close to him and his goodwill spreads out into the community. I am not trying to downplay the severity of his offense, nor excuse him from any consequences for his actions, but I do know that his mistake was just that – a mistake. I ask that you consider my testimony regarding the quality of his character and the impact he makes in everyone's lives when determining his fate during his sentencing.

WW000653

Mahalo for your time.

Sincerely,

Tad Saiki

WW000654

June 15, 2021

Ryan Shimada


Dear Honorable Judge Derrick K. Watson.

My name is Ryan Shimada I was the marketing director at the Honolulu Club, I am also a client of Bills, I have come to know Bill over the past 6 years from his son Kendal (who I have assisted in helping find his wife Mai), I consider him a hanai uncle, He has helped me in building my ADU from the being to end.  He has always been a great and kind person, always willing to help if I needed a hand.


Sincerely yours,


Ryan Shimada

WW000691

The Honorable Judge Derrick K. Watson

United States District Judge


Dear Sir,

My name is Rev. Clarence Higa and I am a Hawai`i Department Of Education retired Special Needs Educator. I am also a certified and fully ordained Shingon Buddhist minister serving in Hawaii for over 45 years. William Wong has been a close friend since our days at McKinley High School. We both attended the University of Hawaii and although we took different paths as maturity and opportunities were made available, our nuclear circle of friends still remains intact.

As a Buddhist, one major tenet is Karma as in "what ones sow so does he reaps." Opinions are very one sided of course, but I have relied on cause and effect to understand Billy's current situation. His recent karma is catching up with him but still in my heart I know Billy to be a kind, compassionate, honest and gentle human being. I am hoping that this negativity will not last forever and that he is capable of understanding his situation and to re-adjust his purpose of being on this earth.

Billy does not deny his wrongdoing and deeply regrets his actions and difficult as it is, he has learned the terrible consequence of straying off his original path of being a positive contributor to his family, church, and community.

Although there are in the Buddhist canons many parables of an honest man who has gone astray, I find it difficult to intellectualize the

JUN 0 3 2021 ( USDJ )

**WW000625**

situation when it actually happens to someone close. However, I now realize why stories of morality are written and that is not for others to learn, but for individuals to grow.

Judge Watson, I thank you for your valuable time and for accepting my letter on the behalf of William Wong. I know that there is not much that I can do to convince you of his status one way or another but I am compelled to write on behalf of my friend to ask for leniency, for he is an upstanding husband, father, grandfather, and friend.

Gasshō,

Rev. Clarence Shinkō Higa

October 14, 2021

Honorable Judge Derrick K. Watson
United States District Judge



I am Stan Sokoloski, retired Senior Executive Service (SES equivalent rank -- 2 Star General),
from the Department of Defense, Army.

I have known Bill Wong since the very early 1990's when we were working together at the
Office of the Engineer, US Army, Pacific, Fort Shafter, Hawaii. I have found Bill to be an honest,
hard-working, generous, unassuming person, always caring for the other person, and taking the
time to contribute to our community to help improve the overall wellbeing for people living in
the State of Hawaii.

Bill assisted me and others in our office at Fort Shafer with some of our personal construction
projects. Bill did this on his own time, outside of the Fort Shafter offices. Whenever we tried to
reimburse Bill for his services, he refused to accept the payment. I noticed that Bill was very
generous with his time and advice that he provided to members of our office that needed
architectural and engineering advice. His advice was always to the point, and correct. Bill
provided his time and advice to the members of our office free of all charges.

Outside of our office, Bill was also generous with his time and resources. One instance that
comes to mind, occurred when a newcomer to the Hawaii political scene ran for office against
an established politician. Bill let the young candidate, who had very limited financial resources,
use his offices and conference room as the candidate's headquarters free of all charges. The
young candidate lost, by a huge margin, to the established candidate. The young candidate
came away from the experience of meeting new people, fund raising, attending political rallies
and functions, and television interviews, with a perspective of what it takes to run a campaign
in the American political system. Bill had helped the young candidate learn about our political
system. An interesting factoid, was that the candidates were running in a district that was
outside of Bill's residence and office. Bill stood to gain nothing no matter which candidate won
the election. This indicates part of Bill's character; helping others even when Bill had little or
nothing to the gain for his efforts.

In all of Bill's efforts that I had the opportunity to observe, the one I admire most was the help
that Bill provided to new Chinese immigrants. A number of times, Bill took me to newly
established Chinese restaurants. Bill had helped the people operating the restaurant with the
design and permits. Bill, on his own time, was making visits to these restaurants to ensure the

OCT 2 0 2021 (USPS)

WW000703

restaurant was following established procedures and protocols of the State of Hawaii for restaurant operations. Bill was quietly and unassumingly helping these Chinese immigrants become productive members of Hawaii's society.

Immagration, historically has been controversial, especially during former President Trump's term in office, and now under President Biden. No matter which side on the immigration issue a person stands, they should ask the question "What have I done to help resolve the immigration issue?"   Bill in his quiet, humble way, was helping new immigrants become useful members of our American Society, and not a burden to our social system.

I hope I have given the court some insight to Bill Wong's character. Bill is a generous, humble, caring individual working to serve others and his community.

Stan Sokoloski
SES (retired)

WW000704

2 June 2021

RE: William Wong

To:  The Honorable Judge Derrick K. Watson

I am an engineer with the U.S. Army Corps of Engineers.  I have known William (Bill) Wong's daughter, Jenelle Kim as a good friend and co-worker for over 22 years.  Throughout the years, this friendship has grown far beyond just the two of us and has extended to our immediate families as well as our parents and siblings through many social events between our families.  I have come to know Mr. Wong from both personal interactions and through the many stories Jenelle has shared with me about her dad.

I personally have known Mr. Wong since 2001 when he designed our house extension.  Having a 2 year old made it very difficult to meet with him outside of the home, so he graciously offered to meet with us after work at our home to discuss our design options.  Mr. Wong was very personable and attentive, easy to work with, offered valuable advice and provided us the design renovation that we were hoping for.

When I think of Mr. Wong, my first and foremost thought is of his dedication to his family.  His priority has always been his family; his wife, his children, and now, his grandchildren.  He is the stabilizing force, and the rock of the Wong family.  When both his children married, he wanted to keep their families near, so he helped acquire the properties to build houses for them near his home.  Mr. Wong is very close to his grandchildren, so much so that he often travels with their families to spend more time with them.  Through his hard work and sacrifices, he was able to provide a good life for his family.

I was both surprised and saddened to hear about Mr. Wong's recent case.  However, I can understand his motivation for wanting to do everything possible to help his clients because that's the kind of person he is.  Although he exercised poor judgment, his focus was always for the sake of his clients, especially the urgent cases where permits were taking months, even years to be processed and affecting his clients' livelihood.  While it is unfortunate that he has made some bad decisions, thus resulting in this case, it comes as no surprise that he is ready to accept responsibility for his actions.  I believe that as we move forward, he will emerge a better person.  I understand the seriousness of this matter; however, I hope the court will show some leniency.

It is my sincere hope the court takes this letter into consideration at the time of sentencing.  Despite the current case, I still believe Mr. Bill Wong to be an honorable individual, a valuable member of the community, and a good, decent human being.

Sincerely,

Lori Suzuki

**WW000671**

16 April 2021

Honorable Judge Derrick Watson:

My name is Mr. Chris Takashige, an engineering manager who's worked as a professional engineer for over 40 years with the US Government (retired), State of Hawaii, City and County of Honolulu (retired) and currently with a private engineering firm in Honolulu.  I am writing to provide testimonial, character support of William "Bill" Wong, having worked with him 30 years ago while working for the US Government, and later, after working with his daughter, also an architect, for the last 5 years of my federal service.  And while Bill and my relationship was professional, through our work endeavors, I remain both working and personal friends with his daughter.  I feel I know Bill well enough, from our years of working together and by my friendship with his daughter, to provide this testimonial letter.
In the 10-year period that Bill and I worked together, he provided honest, straightforward and professional advice and solutions to issues that arose.
 While I worked for a sub-tier organization in the US Army's DoD forces in Hawaii, Bill worked at our headquarters, or major command, as it's known in the military.  The issues that arose at our sub-tier level required guidance from headquarters, and Bill was my primary Point of Contact for issues.
 Through his guidance and recommendations we were able to resolve issues quickly and cost effectively which is sometimes a rarity in Government service.  I found working with Bill to be pleasant, productive and professional through all the years we worked together.
During the last 5 years of my federal service, 2007 to 2011, I had the pleasure of working with his daughter, Jenelle, a recent graduate of UH's architecture school.  She shared a lot of the same attributes as Bill, in the quality of work and the professionalism she displayed in working with her peers.  She would share stories of her father and pass along greetings as we had not seen each other in many years.  Its evident that she was raised in a positive and caring environment, that provided grounded roots for her to develop into the person she is today.
I hope this letter provides some "light" into the type of person I know Bill to be and thank you for your precious time in reading this.

Sincerely,

Mr. Chris T. Takashige

**WW000511**

**Shena Edrada**

| | |
|---|---|
| **From:** | Ryan Tanaka <ryan@stanakaconstruction.com> |
| **Sent:** | Monday, March 7, 2022 12:52 PM |
| **To:** | Megan Kau; Shena Edrada |
| **Subject:** | William Wong character letter |
| **Attachments:** | Bill Wong Character Letter.docx |

Hi Megan,

Attached is my character reference letter for Bill.  Let me know if I need to change anything.

*Thank you,*
*Ryan Tanaka*



Ryan Tanaka
*Owner*
c:  808.285.3306
o:  808.848.5010
f:  808.848.5030
a:  ███████████████
w:  stanakaconstruction.com
e:  ryan@stanakaconstruction.com
We are pleased to inform all our valued clients that our S. Tanaka team are all fully vaccinated.

*This message contains information which maybe confidential and privileged. Unless you are the intended recipient (or authorized to receive this message for the intended recipient), you may not use, copy, disseminate or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much!*

1

**WW000804**

March 7, 2022

Dear Honorable Judge Derrick K. Watson, United Stated District Judge,

I am a general contractor in Honolulu that specializes in residential building construction.  I have had a business relationship with William Wong (I know him as Bill) for the last 5 years.  I met Bill through a mutual acquaintance in the construction industry as I was in need of his permit processing services.  At that time the City was taking up to a year to release our building permits and disrupting our construction schedules and causing great frustration with our homeowners.

Even after Bill's indictment, I still continue to use his services as I trust him 100%.  He always provides great and personable services.  While he has a full staff capable of running the business, he readily answers many of our questions personally and is in the know of all transactions.  Many times, he offers to pick up documents from our office rather than waiting for us to drop them off or spending money to mail them.  It's little things like that which demonstrates his character.  He cared about providing quality services to his clients and wasn't too big of himself to make others do this for him.

I know Bill has expressed tremendous remorse for what he's done, but in my opinion, he did what he did for the benefit of his clients, thinking of their livelihood. Being in the industry, I know what the pressure feels like to have clients screaming at me, questioning why their permits were taking so long.  I made many calls to the City council, director of DPP and even the mayor's office only to get no help.  I felt helpless and could see the stress this was causing my clients.  Knowing Bill's character, he felt the same way and was putting himself at risk for the sake of his clients.  I believe if the C&C of Honolulu DPP did their job correctly there wouldn't be this type of situation to begin with.


Respectfully,

 Anonymous

**WW000805**

To the Honorable Judge Derrick K. Watson (United States District Judge),

My name is Ronald Tanijo.  I am a Vietnam veteran who is retired from Verizon.  I feel that I am a good judge of character and Bill is someone with exceptional character.  He is a great friend and family man. He has always been kind and honest to me and everyone we know.  He is honest and humble to everyone he meets.  I got to known Bill about 20 years ago through my son Scott.  They invested in a property together which turned out very profitable.  He is one of the hardest working men I know.  He has always been so generous to our family.  One example of this was when my wife of 50 years passed away.  Our family was going through the roughest time in our lives.  Bill took us out for dinner to help us get our mind off of things and to show how much he cared for us.  He didn't have to do this, but it shows what type of person he is.  This is the Bill I know.  He always thinks of others before himself.

I understand the charges against him and knowing Bill, I am sure he did it to help others and not for himself.  I know his true character and I will have the same love and support for him through all of this. Please treat this great man with mercy.  He has so much to give to his faith, family, and friends.


Respectfully,

Ronald Tanijo

**WW000667**

To the Honorable Judge Derrick K. Watson (United States District Judge),

My name is Scott Tanijo. I currently work for the United States Postal Service as a Mail Carrier. I have known Mr Wong for about 20 years. I met Mr Wong when my friend Danny Kim was dating his daughter. From the first time I met Mr Wong I knew he was a special man. He has all of the qualities in a person that you would want. He is a man of faith who supports his community. He is a strong family man who is always there for his kids and grandchildren. He is one of the hardest working people I know. It is hard to believe with all of these things going on in his life, he always has time for others.

Mr Wong and I really got to know each other when we invested in a duplex in Wahiawa. He was designing and building this duplex and he did not need me to be involved. He knew I wanted to invest in something and he gave me the opportunity to be a small part of it. I knew it would be successful because he was working on it. It turned out to be very profitable. He followed through on every promise that he made.

Our families became very close. I feel like we are more like family than just friends. He has been to my wedding. I have been to major life events with his family. He loves his family so much. At any party or gathering, he is always the one taking care of his grandchildren. To show what type of person Mr Wong is, when my mother passed away, he was there for my family. He took us out for dinner to see how we were doing and to see if he could do anything for us. Not many people in this world would do such a thing. This is the Mr Wong I know.

Mr Wong has done such a great job raising two wonderful children. He worked hard putting both of them through private school and college. Both Kendall and Jenelle have turned out to have the wonderful traits that Mr Wong has shown. I have tremendous respect for Mr Wong and his whole family. If you have any doubt that family is important to him, just look at the name of his business Jenken. Jen is for Jennelle and ken is for Kendall.

I know Mr Wong always puts others in front of himself. I am sure what got him in trouble was to help others and not himself. I will be behind Mr Wong 100% through all of this and beyond. I know he is still the person who I can trust. He is such a great man of faith, family and friends.

WW000668

Honorable Judge Derrick K. Watson, please show leniency on Mr Wong. He has done so much for my family and our community. He has so much more to do and give to make this world a better place. If there is any person who deserves forgiveness, it is Mr. Wong.

Scott Tanijo

WW000669

May 12, 2022

To the Honorable Judge Derrick K. Watson, United States District Judge:

I have known William "Bill" Wong for 7 years as a family friend. In the time that I have known him I have seen how much he loves his family, and how he cares for others like they are family.

In our interactions, I have seen how kind Bill is to his children and grandchildren, how giving he is of his time, and how focused he is on the needs of others.

I have also witnessed how Bill serves with both joy and selflessness. Knowing he is a man of God, I believe that William Wong is genuinely a good person with immense compassion in his heart.

Sincerely,

Jill Tengan

**WW001189**

JUN 0.8 2021

June 3, 2021

Honorable Judge Derrick K. Watson
United States District Judge

Dear Honorable Judge Watson,

I am writing on behalf of Mr. William Wong. I have known Bill for over 40 years, and he has always been a kind, generous, and thoughtful person. He unselfishly thinks of others and sacrifices his time and energy to help others. For gatherings, he spends countless hours of his time preparing and cooking lots of food for everyone, and always is the last one to take a plate for himself. He cooks weekly meals not only for his wife and himself, but also for his children and grandchildren. He loves his family very much, and it is evident in their in their interactions with one another. I humbly ask that you take his kind and generous nature in mind during your proceedings.

Thank you for taking the time to read my letter.

**WW000637**

April 18, 2021

To:  Honorable Judge Derrick K. Watson, United States District Judge

I trusted William (or Bill as our friends call him) Wong and invested a large sum of money opening up a restaurant downtown Honolulu with an ominous named "Sushi Tsunami". As the name implied, the restaurant was a disaster.  It sank less than two years.  From this, I lost a substantial sum of my hard-earned savings.  My family had to curtail all home improvements, vacations, and tighten our belts a few notches.  For this, I have all the reason to be resentful, angry, and direct derogatory remarks toward Bill.

Today, I am doing just the opposite.  I am supporting a person who is a model American in every aspect.  As good friend for 30 plus years, Bill has demonstrated a high level of honesty, hard work, and compassion to others.  Let me elaborate.

Bill is a first generation immigrant to the United States from China.  At a tender age of 12, Bill came to an unfamiliar land, language and customs.  Bill lived in low-income houses with below poverty family income.  Despite devastatingly poor, Bill's family struggled to make ends meet and propel him to become a useful member of society.  He fought hard to overcome his language difficulties and graduated as an architect.  Bill worked for the US Navy and US Army as project design architect.  With his "Secret" clearance, Bill worked with high security projects and contributed greatly for the US Navy and US Army.  Bill has been a man with high level of technical knowledge, well organized, and masterful in coordinating work between customers and his engineers.  On the outside, Bill's contribution to society is enormous.  His volunteer work for his church and community was commendable.  His effort to improve the lives of Native American of Coastal tribe brought significant benefit to the tribal community.  Bill developed esteem reputation and trust among private contractors.  When we were out for the social gatherings, Bill was first to pick up the taps.  His generosity was beyond compare.  Therefore, when Bill has an idea of opening a restaurant, there is no second thought of jointing him.

The failed business venture we had in 1998 requires some elaboration.  Our Government job required frequent traveling to Japan.  Bill was fascinated with the Japanese sushi delivery system in winding conveyor belts called "Rotary Sushi".  He thought it would be a great idea to bring it to Hawaii.  Bill was working full time with the US Army at that time.  He would get up 3 am in the morning looking for bargains on fresh fish before his full time Government work.  As the restaurant, business ran into financial trouble, his workers volunteered to reduce hours and work extra to help.  He tried every ways to improve the business, like new menu items, improve efficiencies, and innovative advertisements etc.  As we joined the 30% of failed startup business, we lost everything.

WW000606

However, I treasure my friendship far more than money.  I am not losing him as a friend.  I will support Bill every way possible.

Bill Wong chopped down a cherry tree and admitted it.

Our legal system should reward him more for his honesty and punish him less for the entrapment he cannot extricate.  Let him continue his work as a great architect and philanthropy to his community.  Let him replay the privilege to live in this country the best way he can.

Respectfully,

Dominic W. K. Wong, P.E.

WW000607

Kendall Wong


July 13, 2023

The Honorable Derrick K. Watson
Judge
United States District Court
300 Ala Moana Blvd.
Honolulu, HI  96850

Re: William Wong

Dear Honorable Judge Watson:

Aloha, my name is Kendall Wong.  I am a lifelong resident of Hawaii and have been the Chief Operating Officer for a number of William Wong's (Bill) businesses over the past 15 years.  Bill is my father.  I have lived in the same house as Bill and also next door to him for over 42 years.  After living with him and working very closely with him for so many years, I know his character very well.

My dad has always been the most reliable, unselfish, humble, self-sacrificing, generous, compassionate, hard working, and self-motivated person I have ever known.  My dad lost his father while he was still in high school.  Being the eldest child from immigrant parents, my dad went to work to support his mother and three younger siblings.  After graduating from high school, he put himself through college graduating with a degree in architecture.  He worked throughout high school, college, and after college.  Bill worked hard to provide for his mother, siblings, wife, and kids.  He managed to juggle all these responsibilities as well as studied and passed the Architectural license exam.  After getting his Architectural license, he didn't stop there.  He also studied and got his real estate license, General Contractor's license, became a notary public, received an MBA in business, acquired an Architectural license to be able to practice in Guam, was appointed Hawaii's first authorized Building Permit ePlans Pre-Screener, and also became Hawaii's very first Residential Third Party Reviewer.  Bill is currently a business owner of an Architecture firm as well as a Building Permit Routing company.

When it comes to reliability, I know that I can count on my dad.  He has always been there for me.  Whenever I needed someone to help me wake up in the morning, or if I needed to be picked up or dropped off somewhere, my go to person has always been my dad.  He showed up to everything from school events, to family activities, to all of my baseball games.  He would come to every single one of my baseball games.  Even for the games he knew I wouldn't see any playing time, he would always be in the stands alongside my mom.  Ever since I could remember, my dad worked more than one job.  He had his Federal job as an Architect during the day and also ran his Architectural company in the evenings.  My dad would somehow find the time to throw me batting practice, play catch with me, hit ground balls to me, and take me to UH baseball games.

My dad has always been a constant fixture for my sister and me growing up.  When it comes to his grandkids, there are no exceptions.  He has been to all of his grandkids' school performances, band performances, baseball and soccer games, and many of their practices.  He enjoys taking the grandkids to the park for playtime.  Often times he volunteers to pick up his grandkids from school because he misses them so much during the day.  He gets so sad when he doesn't get to see his grandkids even for a day.

Family and family time has always been a priority for my dad.  My sister and I have been fortunate to still be able to live in such close proximity to our parents.  My sister and her husband have 2 kids.  My wife and I have 2 kids.  Along with our parents, the 10 of us eat dinner together almost every night.  Most of these meals are either provided by or prepared by my dad.  No matter how rough a day my dad is having, he still finds the energy to go grocery shopping, cook dinner, and do most of the cleaning up.  No matter how hard we try to help him, he insists on doing the majority of the work.  We have to fight him just to be able to be part of the cooking or cleaning.

My wife and I have a 3 year old and a 2 year old.  They can be a handful at times.  Knowing this, my dad tries to help us as much as possible.  When he knows we are on our way home whether it is early morning or late at night, hot out or cold, rain or shine, my dad walks over to our house and is standing outside to greet us.  He usually takes at least one of our kids so that we can unload the car or tend to the other child.  He stays with them to give my wife and me some time to prepare the house.  We don't usually ask him to do it, he just shows up on his own.  My kids love this part of their day as they call it "Gung Gung time" (Gung Gung is the Chinese term for grandpa).

At almost every meal we eat together as a family, my dad is usually the last person to eat.  He likes to sit back and watch everyone enjoy the meal he has prepared.  He used to volunteer to give the young grandkids their milk bottles so that my sister or wife could eat first.  When it comes to my dad's turn to eat, he shovels down his food as fast as he can.  He does this so that he is able to take the restless kids walking and not disrupt everyone's meal.

In whatever free time my dad has, I never see him just lounging around.  He is constantly working on projects around the house.  He is always trying to improve all of our living conditions.  To protect my mom from the rain while she gets into her car, he constructed a tarp walkway for her.  In order to make my wife feel comfortable walking outside the house at night, my dad installed motion lights for her.  He mounted handrails a few inches below our existing handrails so that my 3 and 2 year olds could have something to reach while walking up and down the stairs.  He noticed that my car gets a lot of bird poop from where it is parked every day.  He took it upon himself to construct something to cover that portion of my car using materials he found around the house.  My sister once mentioned that there is a gap in her fence that is just big enough for her dog to slip out of.  Without anyone asking, my dad was out there the next day attaching lumber to fill that gap.  The list goes on and on.

My dad has a very caring spirit.  This past Father's Day as everyone was cleaning up after dinner, my dad was sitting and watching my son outside of the house.  When I opened the door to bring my son into the house, I saw that my dad didn't have a shirt on.  My son had an accident in his pants so my dad

got him out of his wet clothes.  Instead of having my 3 year old sit outside without any pants on, my dad took off his own shirt and wrapped it around my son.  I'm not sure how long my dad was shirtless, but he didn't hesitate to use his shirt to cover up my son so he wouldn't be sitting outside at night without any bottoms on.

His commitment of family doesn't end at our immediate family.  His compassion and generosity extends to everyone.  I will never forget one holiday weekend while I was on the mainland for college, my dad visited my cousin, Nicole Mew, and me.  He stopped by our school in Oregon on his way home from a long business trip.  He knew how homesick we were so he flew both of us home with him to surprise the family.  He willingly paid for both of our roundtrip airfares just so that we could spend a few days at home with our families.  Even though my Uncle Clyde did not offer to reimburse my dad for Nicole's airline ticket, my dad did not complain and was happy the whole family was together even if just for a weekend.

When it comes to his employees, he treats them all like family.  Bill has created such a family environment where people feel safe and enjoy coming to work.  The majority of our employees refer to him as "Uncle Bill".  We had an employee who lost her housing unexpectedly and needed to find someplace to stay.  Without telling anyone, my dad gave this employee cash to cover her first month's rent.  I only found out about it months later when that employee shared this story with me.  Bill also pays for everyone's lunch out of his own pocket when we celebrate each employee's birthday every year.  He never collects money in return from the rest of the employees.  In addition to everyone's birthday, Bill provides meals for the office for holidays such as Easter, Thanksgiving, Christmas, and New Years.  The employees as well as their spouses and families are always invited to share holiday meals with the whole office.  My family has built relationships with all of our employees, their significant others, and their children because of these parties.

We hired many employees to work with us who were unqualified or had zero experience in Architecture and building permit routing.  Bill took time to patiently train everyone to where they were confident enough to perform their jobs.  Some of them have gone on to start their own businesses from the knowledge and skills they learned while working with us.

Bill has hired so many people from so many different walks of life.  He has given college students looking for work experience jobs during the summer.  He gave a few friends of mine temporary employment while they transitioned between jobs.  Family members have worked with us.  My brother-in-law has worked with us.  My wife has worked with us for about 6 years now.  He provided retired people a way to help supplement their income.  Bill has created positions in the company for people to be able to work just so that they could receive medical insurance.  He has also hired many different convicted criminals.  He gave job opportunities to people convicted of ponzi schemes, former drug and alcohol addicts, people arrested for theft, a registered sex offender, and those with a DUI on their record.  Bill has always been one to give people the benefit of the doubt and offer them second and third chances in life.  Bill has taught me that we cannot judge someone based on their past but rather we need to support the person they are changing to become.

In my 15 years of working with him, he has employed 7 single mothers.  They all appreciate Bill's flexibility in their work schedules as well as the ability to bring their children to the office with them if needed.  Bill saves many of the employees' money on daycare or summer fun by allowing them to bring their kids to work with them during school vacations.  Bill encourages them to put family first...even above work.  In return, Bill has some of the most loyal, trustworthy, and respectable employees.

Unfortunately, there have been occasions where employees have taken advantage of Bill's trust and kindness.  Some employees leave us to work for our competitors for more pay.  Bill still fields phone calls, emails, text messages, and in-person meetings with former employees who have left the company and provides them all with advice on their projects.  They ask him about building codes, DPP procedures, and design ideas.  Bill has even hired several employees back after they left us for our competitors.

Bill has never had to advertise for his services.  Every client that comes to us is through word of mouth or referrals.  People recommend their friends, clients, and relatives to Bill because of how much he helps people.  Throughout the years, he has gained a wealth of knowledge of city building codes, procedures, and techniques.  Sometimes workers from the city will come to him for advice and clarification of building codes.  Bill has built a reputation for being knowledgeable as well as his willingness to offer help to everyone.

All of Bill's clients are treated fairly and honestly.  He will always give his clients 2 options on their projects.  He tells clients how their houses could be built or renovated if money were no object.  That option is quickly followed by the most economical and cost efficient way to get their projects done.  He does this to save them money; even if it lowers the opportunity for him to make a bigger profit.  On several occasions I have been in meetings where he discourages clients from hiring us because they could save money by doing certain things themselves.

Bill is a very personable person.  He takes the time to get to know everyone he comes into contact with.  His clients are no different.  Building relationships is very important to Bill.  To help him better understand his clients and their needs when designing their homes, he takes the time to learn about them.  Many times our clients share with my dad about their unfortunate financial situations.  Since my dad specializes in residential homes and renovations, we service many families who need emergency, unexpected work done on their homes.   Sometimes family members pass away and the homes needs to be sold, but the house does not have the proper building permits.  Sometimes an elder family member who now requires 24hr assistance needs to move in with a relative whose home is not ADA accessible and needs to renovate.  We have helped clients who have wasted a lot of time and money with other architects when just need to get their permits approved.  My dad tries to help everyone in need even if they struggle to pay.

Even before I started working with my dad over 15 years ago, he has been giving a lot of discounts to people struggling financially.  Since I handle his books and company financials, I see how much discounts he hands out.  I used to get into arguments with him regarding the amount of money we are giving away.  Many times I have seen my dad charge the clients less than what we have pay the employees to do the work.  I tell him that we are basically paying to get other people's projects done.

Every time my dad's response to me is that we need to help them out because they are having a hard time right now. My dad reminds me that God will always provide for us when we help others in need and He always has.

My family has never been wealthy or well off. My sister and I were raised to make do with what we have. We were also taught that when situations occur, we rally around each other and get through things together as a family. There has been many times where my dad didn't know how he was going to pay the bills, pay the rent, or make payroll. My dad always made sure every employee got their paychecks. Even if that meant my dad, myself, as well as and my brother-in-law (who was working with us at the time) were not able to cash our paychecks. The three of us have all taken out personal loans and used whatever savings we had to deposit right back into the company to keep it afloat. We are still doing that to this day.

My dad has been involved in a few charitable works over the years. For over 2 years, my dad allowed a small nonprofit organization who operated on a tight budget to share our office space rent free. He gave them free range of our office allowing them to use our conference room, kitchen area, snacks, coffee, and office supplies without asking for anything in return. Without charging, my dad worked on a project in Louisiana where they helped a Native American Tribe apply for grants to rebuild housing and infrastructure after a natural disaster. He paid to fly his team there and financed most of the trip. Bill never received any payments for his efforts in helping them obtain the full amount of grants requested by the Tribe. My dad also volunteered his time and resources to fly to American Samoa with a team to provide his Architectural expertise to draw plans for a church there. He donated his time and services to draw up plans for a church in Waipio so that they can build a multifunctional gymnasium used by their elementary school as well as for activities for the church. Bill has also provided his services free of charge so that another church in Waipio could get a roadside sign that desperately needed an upgrade. He drew the plans and helped that church get the proper permits. There have been many other occasions like these where he has graciously given of his time and efforts.

In 2013, the Department of Permitting and Planning (DPP) implemented a new online electronic permit submission process (ePlans) to help streamline the building permit process. Previously, only paper plans were accepted in order to obtain a building permit. With this new ePlans process, everything was submitted online. With the new technology, there was a big learning curve. Many architects, contractors, and homeowners were opposed to this because they only knew how to apply for a building permit using paper plans and physically routing their projects to each department for approval. Obviously there was a lot of resistance by the public to learn this new system. Bill was a big advocate for this new electronic system and he commended the DPP for trying new ways to shorten the wait time for building permit approvals. Bill organized seminars to teach other architects, contractors, realtors, bankers, mortgage companies, and homeowners how to use the new ePlans system for themselves. He also spoke about Third Party Residential Review and how to become one. He educated the public regarding Bill 64 which is the expedited process of getting a building permit approved for one and two family dwellings. Bill helped to shine a new light on the progress the DPP was making in a time where the City was getting criticized because of the slow permitting process. He worked directly with the department heads within the DPP to educate people and encourage them to use ePlans. Those

department heads would often seek out Bill's advice and input on how to improve the overall permitting process.

Since plans would be uploaded electronically online, the DPP needed to make sure all files were uploaded according to specifications set by the city. The DPP wanted all pages in the file to be the same size, no color or photos were included, correct addresses listed on the plans, all title blocks needed to be uniformed, the numbering of pages had to be a certain way, etc. The DPP created a new step in the permit routing process called Pre-screening. This new ePlans building permit application step requires all plans to be submitted to DPP for quality prescreening prior to routing to various departments for review and approval, and then to be reviewed by the city, to make sure that the plans meet certain criteria before the permitting process can even begin. That prescreening process with DPP can take weeks – or months – before plans are qualified to be reviewed and approved.

The city was completely backlogged after initiating this new phase in the permit routing process. In an attempt to speed up the process for DPP as well as the general public, Bill worked with the ePlans Project Manager and the then DPP Director to become the very first authorized as a "qualified prescreening" business by the City & County of Honolulu for ePlans in October of 2014. Instead of people going back and forth and waiting on DPP to approve the plans for prescreening, pre-screeners like Bill work directly with clients, make the necessary corrections, and submit the plans electronically to the city. As a city qualified ePlans pre-screener, Bill's plans were able to bypass the DPP's prescreening process and go directly into the plans review stage. Through Bill's qualification with the city, he was able to electronically upload the plans directly to DPP for various department reviews and approvals, saving homeowners time, money, and hassle in getting a building permit. Bill has never charged his clients for expediting the prescreening process.

Typically, the DPP Plans Reviewer/Clerk is responsible to facilitate all coordination of the various reviewing agencies whenever a task is identified. This process may take 1-2 weeks. In February of 2016, the then Deputy Director of the DPP authorized Bill's company (APAC) to be the first privatized Review Coordinator (RC) for residential permits. RC allowed APAC to electronically review ePlans and coordinate directly with the various review agencies. By bypassing the process with the DPP clerks, APAC was able to move the reviewing process along quicker.

Around six years ago, the Department of Planning and Permitting (DPP) was under great scrutiny and criticism by the public and media due to the extremely lengthy building permit process. The fallout from the delays was significant. In the construction industry, time is money. Long wait times and delays drive up prices for everyone. We get complaints from clients all the time when they are forced to make mortgage payments on unconstructed houses because they are waiting for their building permit application to get approved. Many clients have lost out on lower interest rates because of the long permitting process. Our friends have either lost out on selling their homes or got skipped over when trying to purchase a home because time expired while waiting for the proper building permits to be issued. Not only do homeowners suffer, but small businesses such as architects, drafters and engineers pay the price as well. They are not able to collect payment on projects until building permits have been obtained. If they cannot collect payment, how are they supposed to pay their bills, rent, payroll, etc.?

The City already had a Third Party Review program in place, but for commercial projects only. Bill pushed to have a Third Party Review partnership for Residential projects as well. It seemed to be the perfect solution to speed up the permitting process for everyone. The idea was to help alleviate the backlog at the DPP by establishing a system where private companies could review projects for building and zoning code compliance. Bill felt that this would help the DPP push out the building permits faster, and at the same time, it would provide other small businesses with an opportunity to get involved. The City would not have to spend more money hiring and training new employees.

Bill was told by the then Deputy Director of the DPP that there was not a test available in Hawaii to certify people to become a Third Party Residential Reviewer. Bill was told to take the certification test on the mainland since it was offered there. He flew to the mainland, took the test, and passed. When he returned home, he was told that Hawaii had created its own certification exam. He took that test and passed it as well. In addition to passing the test and meeting all the criteria to become Hawaii's first Third Party Residential Plans Reviewer, Bill had to pay an annual fee to the city. Our company not only reviewed the projects for building and zoning code compliance, but we also coordinated with the other agencies through the DPP clerks.

Third Party Residential Reviewers are DPP certified licensed engineers and/or architects who are qualified and authorized to review plans for building and zoning code compliance. They review plans, just as the city does; they make comments and work directly with building permit applicants until the plans meet all the required codes.

Once the plans are deemed code compliant by the Third Party Residential Reviewer and the other various agencies, they are sent to the Permit Issuance Branch at the DPP for a final sign off. All Third Party Residential Reviewers get first priority when submitting plans for a final sign off. This is because their plans are already checked and verified to be building code compliant. Third Party Residential Reviewers' projects are automatically sent to the front of the line because their plans do not need to be checked a second time by any of the City reviewers. Third Party Residential Review services significantly cut down the wait time at the DPP for a permit; instead of taking 8 to 24 months to get a permit, Third Party Residential Reviewers were able to obtain approved permits in as little as one month.

Third Party Residential Review became a win-win situation for everyone. Not only was the city able to save money by not having to hire additional staff, but they were also able to generate money by approving permits at a faster rate. Architects, drafters, engineers, and contractors were able to conduct business in a timely and efficient manner, and homeowners were spared the agony of additional stresses and expenses. My dad saw a need and tried his best to help provide solutions to make things better for everyone.

Bill did not work that hard in educating people about ePlans, working closely with the city to improve procedures, getting qualified as a pre-screener, obtaining Review Coordinator status, and becoming Hawaii first Third Party Residential Reviewer for his own selfish gains. He did all that to help everyone Statewide. He went through the proper channels and got the proper approvals by the City in an attempt to speed up the building process. His desire was to create programs for others to follow in

his lead.  Bill assisted a couple people in becoming and starting their own certified Third Party Residential Review businesses.  Having multiple qualified pre-screeners, Review Coordinators, and Third Party Residential Reviewers, everyone wins.  The wait times for permit processing decreases without any additional financial or manpower burden increases on the City.  None of this, however, can succeed with a system that is mismanaged, broken, and set up for failure.

As I sit back and observe my dad, I can see how much this situation has taken a toll on him.  He doesn't seem to have much of an appetite anymore these days.  He skips breakfast and as of recently he works straight through lunch.  At dinner he barely makes himself a plate.  His response of late has been that he eats while cooking.  Often I catch him zoning out at random times.  When I ask him what he's thinking about, he tells me that he is thinking about our family and his grandkids and how blessed we are because of everyone.  What used to be a man whose thoughts were mostly consumed by architecture, building permits, and meeting clients' needs has now shifted into contemplating what the future holds for our family without having any control over it.

My dad has been a provider his whole life.  That is all he knows.  From an early age his sole purpose for getting out of bed in the early morning was to provide of others.  He successfully provided for his mother, 3 siblings, a wife, 2 children, a son-in-law, a daughter-in-law, 4 grandkids, many employees, and countless clients.  Depending on others is very new territory for my dad.  The realization that there will soon be a day that he won't be able to provide for clients, employees, friends, and his family has weighed him down tremendously.  He has told us so often that if he could do it again, he would have done things very differently.  He regrets seeing how much his wrongdoings have affected so many people.

There is no question that what my dad did was wrong.  Knowing my dad's character, I know he did not commit this crime for selfish gains, but out of desperation.  After exhausting every avenue he could think of to improve the permitting process, he was caught between a rock and a hard place in the end.  My dad has told me multiple times that his poor lapse of judgment was driven by the pressure to help his clients close out permits, be able to cover payroll, pay the bills, and provide for his family.  I truly believe that my dad's wrongful actions represent an aberration that he has never and will never repeat again.

My dad shows us so much remorse for his actions every single day.  He is constantly apologizing for putting our family through all of this.  He shares with his employees how sorry he is that their lives are affected because of this too.  He lets everyone know how much he appreciates the love and support for standing behind him through all of this.

If the court should deem it appropriate, I feel my dad would make a good candidate for probation.  He has learned his lesson and feels tremendous remorse for his actions.  He is not a threat to society and he will never re-offend again.  As part of the consequences of his actions, my dad has suffered a lot in the past few years.  My dad has had to deal with the public shame, the loss of income, clients, employees, and trust from others.  His health has declined due to all of the stress of what an uncertain future holds.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.  I am prepared to offer further support for my dad, Bill, as he may require.

Respectfully,

Kendall Wong

**Shena Edrada**

| | |
|---|---|
| **From:** | Megan Kau |
| **Sent:** | Thursday, June 24, 2021 9:09 AM |
| **To:** | Shena Edrada |
| **Subject:** | Wong (all docs) - FW: 2021.04.01 Character Letter Request-William Wong |

**From:** Wong, Lori-Ann L CIV USARMY CEPOH (USA) <Lori.L.Wong@usace.army.mil>
**Sent:** Wednesday, June 23, 2021 4:52 PM
**To:** Megan Kau <mk@megkaulaw.com>
**Subject:** 2021.04.01 Character Letter Request-William Wong

Honorable Judge Derrick K. Watson,
United States District Judge



My name is Lori-Ann Wong. I'm a Civil Engineer, Supervisor for the U.S. Army Corps of Engineers, Honolulu District Office located at Fort Shafter, Hawaii. I have known Mr. William "Bill" Wong since 2001, as we were colleagues at the US Army Pacific Region Office at Fort Shafter, Hawaii. I'm writing a character letter based on our professional and personal association over the past twenty years. I've found Mr. Wong to be honest and straightforward in his approach to his work, business, and family. He has demonstrated a high degree of loyalty and trustworthiness to his work and to his associates and has carried out his obligations with vigor and resolve. Bill is a kind and generous person who

He is one of the most dedicated, hardworking, and innovative people I've had the pleasure of working with in any capacity. He is also compassionate, kind, and never misses the opportunity to help others.

Bill is the type of person you can count on to keep a cool head in a stressful situation, and his positive attitude is contagious.

I am very much interested in Bill's situation and will be happy to provide any further information.

Sincerely,

Lori Wong
(808) 469-7853
Lawong808@yahoo.com

1

**WW000695**



Mai Wong

July 15th, 2023

The Honorable Derrick K. Watson
Judge
United States District Court
300 Ala Moana Blvd.
Honolulu, HI  96850

Re: Character Letter for William Wong

Dear Honorable Judge Derrick K. Watson,

My name is Mai Wong, and I am William Wong's daughter-in-law.
I am having hard time to write this letter for few years because he is the one of the best, thoughtful, kind and gentle parson in my life and I still cannot believe this happened to him.  But it is time to write and tell you about him.  (Please forgive me about my broken English.)
Please let me talk about him as my father-in-law, the grandfather for my children, and my boss.

I met him in January 2017, few days after I started to date with his son Kendall.
At that time, I was living in Japan with my family and visiting my host family in Honolulu.
One day Kendall took me to a family dinner and it was my first time to meet Bill (dad).  He welcomed me with a big smile and made sure I was comfortable like how he always does for everybody.
The next time was in Japan in March 2017.  When I met his family in January, they had a family trip planned to go to Tokyo.  They invited me to join them.  Dad took care of me as a family and made sure I was comfortable all the time.  We went to visit the places around Tokyo, I felt like I was a part of the family and I was happy to translate for them.  My house is about 3 hours away by bullet train from Tokyo.  Dad decided to bring his whole family to my home town to meet my family for the first time.  It was so special for my family and both family spent great time together and could know each other.  My parents still talk about how happy they were that dad brought his whole family to meet with them for the first time.

After getting married, dad continues to make sure I am ok and have everything I need.
Most of the nights, dad cooks for the whole family of 10 of us, and the other nights I help out to cook.
Every day he goes to work early in the morning.  After he finishes his work or when he has time, he goes grocery shopping to cook for whole family.  After dinner, he always insists on washing the dishes and cleans up.  The rest of the family helps out too, but dad always wants to do most of the work.  He tells everyone to take care of the children and get them ready for bed.

When I cook, he always checks and makes sure I have everything I need.  If I forgot to buy a few ingredients to cook, he goes out to buy it for me.  Also he always takes away the dirty dishes after dinner, and then I don't need to wash them and make less work for me.

The family helps out as much as dad allows us to. That's the kind of person he is. He is a provider. I heard he has been that way ever since his father passed away when dad was young. He puts the needs of others first and always puts himself last. That is how he will be until he takes his last breath. His greatest joy is seeing everyone else happy.

When Kendall and I took the family to the buffet, I wanted to eat crab, but I didn't eat it. Dad asked me "how come you are not eating crab?" Even I didn't tell him the reason, he figured out I didn't want to make my hands dirty since I don't know when my children need help. And he went to get crab without asking and started to peel it for me. What kind of daughter-in-law makes father-in-law peel crab? Kendall and in-laws saw it and laughed since it reminds them about my father who also got the peeled crab from dad when we went buffet together!
Yes, that is Bill Wong, he always thinks about people first and tries to help out and make their lives better.

Kendall and I have 2 children. Older one is a boy and he will turn 4 this September. Younger one is a girl who just turned 2 this past June. They call Bill "Gung Gung". My son is Gung Gung's best buddy. They are always together and keep making each other happy. My son always wants Gung Gung to pick him up from his preschool, Gung Gung volunteers to pick him up every day. My daughter loves to go to Gung Gung's office with us. First thing she does at the office is to go into Gung Gung's room and say "Hi, Gung Gung", and sits down next to him. She thinks she is a part of our company.

Gung Gung brushes their teeth most nights and says good night to both of them before going back his house. When we go out, he always asks us what time we come back home, he waits outside of our house even if it is late or raining hard. Once we come back home, he comes inside our house and helps Kendall and me to take care of children and clean up the toys we didn't clean up before we left.
We always fill up with his love. No matter how tired he is, he is always with us to help. Before my son and daughter go to sleep, they say GungGung is their Takaramono (Treasure in Japanese) and my son sings Treasure by Bruno Mars "You are my treasure, you are my treasure, you are my treasure". Gung Gung is very very special and important person in these two young children.

Bill always treats everyone like family. For employees, he provides lunch for their birthdays and holidays such as Christmas, Thanksgiving, and Chinese New Year.
He gives people time off to take care of their kids, family needs, or whenever they need to do during the workday. Since I grew up in Japan and worked in Japanese companies, it was so surprising. We cannot take off like this so easily in Japan. I know Bill wants to make sure everybody is OK. That is the reason why he lets our employees to take off whenever they need for their personal reasons.

Bill was a Third Party Residential Reviewer. He took a test and paid the fee every year to the city. The process of the Third Party Residential Reviewer is to review the plans to make sure they meet all the building codes. After reviewing the plans, the projects are sent to the city for the final signature. Third Party Residential Reviewers do not wait in the same line as everybody else, because their plans are already checked for any mistakes. I feel sorry to dad that he works so hard to get that status all to have taken away because of some poor decisions.

Ever since I got my Green Card, dad has provided me a job in his company. I help with the company's invoicing and permit routing, so I know how the business is doing.
From as far as I can remember, he always gives people the "family and friends discount" even when they are not our family or friends. I am curious and I always ask him "how many family and friends do you

have?" Sometimes he wants to help people out so much because of their situations that it turns out we are the one who is paying to get the permits for customers. Many times the amount the customers pay us is less than what we paid our employees to get the job done. Even if people take advantage from him, he doesn't get mad, because he feels he is helping people in need. What goes around comes around. He always believes in doing good for others.

I remember he kept it hidden to himself so many months since FBI visited him. I know he didn't want to make us worry, so he kept it to himself. (We wanted to know earlier.)
After this situation started, he doesn't eat so much, he tells us he ate already and makes sure everybody eats. But everybody knows he is not eating, so we force him to eat. He lost so much weight.
He cannot sleep, so he goes to the office so early. Sometimes I hear his car driving out at 4 am.
This whole situation makes him so stressed. His health has become worse and worse due to the stress that he holds inside.

A lot of employees didn't know what is going to happen to dad in the future, so they thought they needed to find other jobs. We lost a lot of our employees because of this. They also left because they wanted to save us money by not having to pay them. They all knew how difficult it was for the company to pay the bills from before and worse now after this situation. Now dad has more work to do that he does all by himself without complaining.
Dad is always telling us how sorry he is for putting the whole family through this.

Every day I see how many people dad helps. From family members to clients to employees to construction friends. A lot of people come to him to ask for advice, assistance, or understanding of construction jobs. Dad is not a greedy person. He is always trying to help others before helping himself. He looks for the good in people and tends to trust others too easily. If dad got probation, he will still be able to help the community and give his professional expertise to everyone that depends on him on a daily basis.

In the past 6 years that I have known Bill, I see how selfless he is and how willing he is to help others. I have seen him cook food for friends, employees, neighbors, and family members. Even when he is short on money, he still makes sure everyone else eats first before he does. Many nights I see dad sitting back and not eating while everyone else takes food. He says he's not hungry or he ate already, but I know it's because he is worried there isn't enough food for everyone. No matter how much we all want to help out with food, he doesn't want to burden anyone with the cost. He does what he can to provide food for the family just so that we can all sit down and eat together. This is one of the ways to show his love to the family and we all appreciate what he is doing for us.

I know what he did was wrong. Bill knows what he did was wrong. He tells us so many times how bad he feels for what he did and how it affected the whole family. I feel sorry to him for being in that situation that forced him to choose what to do. Bill thought he was doing what he had to do to provide for his customers, and his family, but he made the wrong choice. I see how sorry Bill feels every day. We are all dealing with some of the consequences now with the loss of customers, loss of employees, loss of income, loss of trust with some people, stresses of not knowing what's going to happen in the future, and his health has gotten bad. As a family we will always stand by Bill because he has always been there for all of us. We will continue to support him and pray for the situation because this is what he taught us family should do.

Thank you for your time to reading my letter.  If you have any questions, please feel free to contact with me.

Sincerely,

Mai Wong



Myrna Wong

February 13, 2022

Honorable Derrick K. Watson
Judge
United States District Court
300 Ala Moana Blvd C-338
Honolulu, HI 96850

                Re: William Wong

Dear Honorable Judge Watson:

I have known William Wong, Bill, for approximately 55 years. We met in high school, during our senior year. After spending time with him, I learned of the passing of his father. Bill has three younger siblings. Mary,1 year younger, Marian 12 years younger, and Richard 10 years younger. He took on the responsibility of taking care of them and stepped into the role of the head of the household, after his father's passing. We took Marian and Richard wherever we went, including most of our dates, and provided them with all their meals. Bill was always a very caring and responsible teen, working at the gas station, pumping gas to bring home his whole paychecks to buy groceries for his mother and siblings.

Through the years, I saw how Bill was there for anybody who needed his help. He would go the extra mile to help anybody in need. Because Bill is fluent in the Chinese language, there were many immigrants who sought Bill out and asked that he tutor and help them prepare to take the contractor's examination for their license. He did all he could to work with them on many nights, explaining and interpreting the English language so they could understand. He never asked or received monies for his services. His heart just wanted to help these immigrants and their families.

In the 70's, my sister entered the Miss Chinatown USA Pageant. He bought all the materials and constructed the life-size puppets she used in her skit. He worked hard on constructing puppets that moved by her simply stepping on a pedal. When it was time for her to fly to San Francisco for this pageant, he bought materials to secure the puppets from breaking, bagged and boxed these puppets, and got it ready for their flight. She won the title of Miss Chinatown, USA that year.

When my Mom was bedridden from a severe stroke that left her paralyzed on one side of her body, he and my son, Kendall and son-in-law, Danny, carried her from the wheelchair to the car, every time we took her out from the care home facility, to all our family functions. Bill never

complained or felt my Mom was a burden.  He remembered her unselfishly giving so much of herself to the whole family.  This was just Bill's way of repaying her for all the kindnesses she shown our entire family throughout those many years.

Bill is a devoted family man.  He sincerely loves his family.  He does the grocery shopping and cooking of our daily meals. His reward is seeing his children and grandchildren daily, and knowing he's providing healthy home cooked meals for all.

When our daughter got married, Bill was very involved in the drawing of her home. He also supervised the construction of Jenelle's entire project.  Bill took out personal loans to help with the construction of her house.  He gave his savings, to furnish her home with furniture, appliances, and all the comforts of a home.  His heart wanted to help her get a good start in life, as we planned for her new home.

Bill is a generous giver of things and of his time, never expecting anything back in return.  His heart is always accommodating and is full of joy to see the happiness he brings his kids and grandkids.

Bill has made large donations to churches and kidney organizations, in support of their causes. Bill is a man with compassion.  On many occasions, I would see him drive up to the homeless carrying signs and asking for money.  Bill would dig into his wallet and pass them $5 or so, and tell them to go and buy themselves a meal.  Several occasions, he'd drop food off to those camping on the sidewalk with their children and many family members.

Bill is a man who believes in second chances.  Through the years, he has hired people who other employers would turn away.  If he could see their hearts in repentance and really wanting to learn and work hard, he would hire them.  He has hired some awaiting sentencing for crimes they've committed as well.  These employees have come to tell me with tears in their eyes, how much they respect Bill, for giving them the chances to redeem themselves and prove their repentant hearts.

It's not only for human beings that Bill has compassion for, but for the five dogs that we had. One of our shelties was diagnosed with Lupus.  He immediately went to measure the area, to create an enclosed and covered kennel, blocking out the harmful sun rays for Rusty.  He then hired a contractor to build this secured place for our dogs to live.

Bill also buys and feeds the cats that come to eat around our house.  They legally belong to a neighbor who has 50 plus cats.  He took care and fed one of the cats (Mimi) for the past 21 years.    Bill has never complained or neglected to have their food and water containers full.

Bill is a man of few words.  But his heart and mind is always thinking of ways to help others.  He is one who sacrificed his own pleasures, for the benefit of others.  Bill has and will always put others first, before his own needs even.

In Bill's business, he takes good care of his employees, showing much appreciation for their loyalty and dedication to the business. In return, much of his paycheck goes back into the business pot, to pay their payroll, rent, and necessary office supplies, as well as coffee and treats that they consume daily.

Bill's family is very important to him. He has given of himself, unconditionally. His reward comes from their smiles or hugs, telling him "Gung Gung, I love you". He spends his monies not only on groceries to cook meals for the family, but on tools and gadgets my son or son-in-law needs to complete their projects. He's always thinking of ways to make life easier for all.

Recently Bill constructed a tent with slanted roof tops. He did this because I would be outside sweeping all the many leaves that fell from my neighbor's huge trees along the border of the properties, several times per day. Our neighbor allowed his trees to get as tall as our second story house's gutter—plugging the gutters with his many leaves. Several times we had to hire a gutter cleaning person to climb way up there to clean out our gutters. His trees cause so many dead leaves to fall into our property daily. So Bill measured, designed, and built a tent with slanted roof tops, so as the debris fall from neighbor's trees daily, it'll simply slide back into the neighbor's yard, helping me save time and stress from cleaning up the messes daily.

I recognize Bill made a mistake by giving in to the demands of paying monies to the City worker. Bill himself regrets his actions tremendously. He has suffered physically and emotionally, from what has transpired. I have witnessed his restless nights, and have awaken him from screaming in his nightmares. Bill has lost over 30 lbs. since this whole ordeal started. He suffered a stroke in his right eyes, which he is currently being treated monthly, in a 4-hr long procedure at each appointment. Doctors have told us that he really needs this procedure done because he could very well lose the sight of his eye, and it could possibly also affect his left eye, causing him to go blind in the long run. Bill has drawn closer to Jesus Christ, our Lord and Savior. He listens and prays with me daily. He has asked for grace, mercies, and forgiveness from God. We are praying that the Judge will see that Bill Wong is a man with integrity, and a faithful and loyal friend to anybody who needs his help.

Bill would make a good candidate for probation because he is totally and sincerely remorseful regarding his role in this ordeal. He has suffered emotionally, physically, and financially. We all understand this is all part of the consequences of his actions. Bill acknowledges his wrong doings and will never repeat them again. Bill will like to continue to help the community as much as possible. I will continue to support Bill throughout all of this. Thank you for your time and consideration of my letter.

Sincerely,

Myrna Wong

February 19, 2022

The Honorable Judge Derrick K. Watson,
United States District Judge

RE: William "Bill" Wong

Dear Judge Watson,

My name is Richard Wong.  I am the youngest of four siblings.  Bill is the oldest and I have two other sisters named Mary and Marian.  I am an architect by profession.

Bill and Mary were born in China and immigrated over to Hawaii with my parents when my brother was 9 years old.  My parents worked as cooks for a small Chinese restaurant while Bill and Mary attended high school.  A few years later Marian and I were born.  When I was about 5 years old my father passed away due to cancer.  My mother was left to raise four children by herself while working part-time to make ends meet.  During the day my mother took care of us but would leave in the afternoon to work.  Bill and Mary were left to take care of the family.

Although Bill was still young, he assumed a much bigger role as head of the family when my father passed away.  Most of my memories centered around Bill and how he helped to develop my character.

Bill helped with the family finances as he worked part-time jobs after school.  I hardly saw him at home as he worked nights like my mother.  With our combined family income, we lived a simple life.  We lived in a small two-bedroom house and owned one car.  We did not travel.  We did not go out to eat.  We made do with what we had and enjoyed the times we spent together as a family.

On days Bill didn't work, I cherished every moment when he stayed home.  As an older brother, he was good to me.  Having to lose a father at an early age, I found myself clinging on to him and wanting to emulate who he was.  A person who was strong, responsible and caring when everything was falling apart.  A person who's character showed that simple hard work can and does lead to success in life.  As someone I looked up to, Bill inspired me to excel in everything I did.  As I was growing up, he took me to swimming lessons at the "Y" so I wouldn't be the only kid who couldn't swim.  He taught me how to play tennis and religiously practiced with me every Saturday morning so that I could be competitive on the tennis team at school.  And he supported me by driving me to weekly meetings or classes such as the Boy Scouts or Karate. The many things Bill did for me, whether he was fully engaged as a coach or just simply being a chauffeur, showed his commitment to me through hard work, lots of love, and never giving up.

1

**WW000797**

Today I see Bill as a hard worker who never asks for credit.  When times get tough, he puts his head down and makes the best of any situation, especially if it benefits everyone.  I'm so proud of my brother for his love, commitment to family, dedication to hard work, and helping others whenever he can.

Respectfully yours,

Richard Wong

**WW000798**

To the Honorable Judge Derrick K. Watson, United States District Judge,

My name is Iris Endo. I am a Civil Engineer working as a Project Manager for the U.S. Army Corps of Engineers, for which I've been employed with since I graduated from UH Manoa in December 2004. I've known Mr. Wong since I met his daughter, Jenelle, in 2008. We met through work and have become the best of friends since. We met just after both of us got married, so many of our life milestones have been shared experiences and included our extended families. I've always heard great things about Mr. Wong on a professional level- he's hard-working, intelligent, and most importantly to a lot of the workforce- kind and easy to work with. He's held in high regards as an accomplished architect. He doesn't berate others, he's patient, diligent, and selfless. My current relationship with Mr. Wong is through my friendship with Jenelle. In all the years I've known the Wong Family, I know that family takes precedence and they are all extremely close. Whether it's weeknight dinners, going to the Punahou Carnival, trips to Disneyland in California, or travelling to the Nation's Capital to give Rylan an in-person history lesson, the Wong Family are always together. Rylan, Camryn, and Mackie are the luckiest kids to have their Gung-Gung to make memories with, which, given his busy career, he clearly prioritized above everything.

In 2014, I moved to Japan with my family for a 5-year tour, working on a Naval Base as a DoD Federal Employee. Jenelle and her family came to visit twice, the second trip with Mr. and Mrs. Wong, Kendall and his wife, Mai. At the time of this second visit, I was in the process of separating from my then-husband and was going through a rough time in my life. Mr. Wong hadn't seen my kids, Riki and Emi, in a couple of years, but they instantly took to him and we all enjoyed travelling around Tokyo together. He has always treated my kids like his own grandkids and helped watch and take care of them so I could enjoy my time in Tokyo also. I would trust Mr. Wong with watching my kids like I trust my own parents.

When my parents moved back to Hawaii in 2016 after living overseas in Japan for the last 36 years, Mr. Wong helped them draft plans for renovation of my grandparents' former home for them. They were so appreciative to have someone who genuinely cared about their best interests. When he completed his plans, he surprised them by not charging for his efforts, but this seems typical of the way he takes care of his friends and family.

I've shared many meals with the Wong Family and attended family celebrations with them. Mr. Wong is extremely generous, kind, and honest. I don't know if he's a quick judge of character but I do know he gives everyone his trust upfront and treats people who come into his life by way of his family like his own family.  Despite being busy with his family business, he makes the time to help various charities, friends, and family. This is a testament to his generosity and commitment to using his knowledge and skills for the betterment of others. He could have retired years ago but I believe he continues to work because he's committed to so many different causes and can't stop for the sake of his own personal rest. That is clearly his ambition in life- to serve his community, while also supporting his family. Jenelle often tells me how her dad helps her take care of her kids- his grandkids. That may not be unusual for a grandparent to help, but he devotes the time to spend quality time with each grandchild, make dinner for his family, and is present at all of their extracurricular activities. He's undoubtedly a devoted family man.

Despite the charges that Mr. Wong is facing, I stand by my opinion that Mr. Wong is a good person with a big heart. His priority has always been and will continue to remain his family- his wife, Myrna, his children, Jenelle (Danny), Kendall (Mai), and his three grandchildren, Rylan, Camryn, and Mackenzie. He

**WW000603**

would never intentionally hurt anyone and his recent actions could easily be explained by the fact that he was trying to protect his employees from financial impacts and those he was working hard to help. He's regretful of his actions and is extremely worried about the negative impacts on his family. I fully believe that there are consequences of his actions, but I hope that you will consider the fact that he is a genuine and decent man with no ill intentions behind his actions. He recognizes the gravity of his choices and actions and is wholeheartedly regretful and apologetic.

Please consider the fact that he is a good person, an outstanding and charitable member of the community, and a loving family man. There are many who would benefit if he was given gracious second chance.

Very Respectfully,

Iris Endo

WW000604

June 7, 2021

Honorable Judge Derrick K. Watson
United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI. 96850

Marvin Yamasaki



Dear Judge Watson,

My name is Marvin Yamasaki. I retired as a bookkeeper in October, 2018 from Teruya Brothers, Ltd. Long time kamaaina know the Teruya family as the founders of Times Super Market.

I met William Wong in spring, 1967. We were juniors at McKinley High School in Honolulu, Hawaii. Back then he was addressed by his given name Wah Wai Wong. He was a member of the McKinley High School Key Club. The Key Club was a service organization affiliated with the Kiwanis Club. Throughout the school year the club performed various projects on campus and out in the community. I would have to wait until the next school year to join the club. I knew a few of the seniors and many of the juniors in the club. Wah Wai, however, was a new friend.

In fall, 1967, our senior year, I became a member of the Key Club. Wah Wai Wong was now William Wong. That 1967/1968 edition of the Key Club did service projects for Toys For Tots, Salvation Army red kettle bell ringing, cleaning common areas at the Hawaii State Hospital in Kaneohe and washing the William McKinley statue in preparation for the graduation ceremonies.

Doing service projects, even on the high school level, created a special bond among us. The Key Club senior class numbered thirteen. To this very day six plus two widows still regard ourselves as "the guys" or "the gang." We have known each other for more than fifty years. We may all have church friends, associate friends, special interest friends and families. Still, when any one of us mentions "the guys", there is no doubt who we are referencing (spouses included).

I have never had any reason to doubt William's integrity on a personal nor professional level. True, I never asked William to do any professional work for me. As a general rule I don't mix family, friends and business. These sometimes lead to strained relationships.

William Wong's father passed away when William was a junior in high school. Somewhere along the way I learned of his father's passing and that William was already working to

JUN WW0000630

help his mother keep a roof over their heads, put food on the table, clothes on their body and care for his three younger siblings. He shouldered so many responsibilities while still in high school. William continued to do projects with the Key Club in addition to providing for and support of his family. This was going to be the template of his life.

Some teens worked for extra cash, some worked toward paying for higher education, I worked in the summer of 1967 to avoid being sent to Lanai to pick pineapple, William worked to help provide for his mother and siblings.

In 1974 William married his high school sweetheart Myrna Mew. They have two children Jenelle and Kendall. In 1984 they moved into a house William designed. The only time I visited his new home William proudly, yet in almost a matter-of-fact manner said he, his step-father and a laborer built the house. Putting a roof over their heads. Providing shelter and safety for his family. This was William Wong following his template of life.

Over the years the gang has always kept in touch. Phone calls, Christmas card/letters, far too infrequent get-togethers and more recently email/text messaging. When William's children sent out a letter detailing some of his activities I was amazed. Very briefly is a summary of William's contributions to his community and beyond.

William donated his time and services to design and construct a gymnasium for his church.

He provided a service for his clients in routing and picking up building permits.

William has helped Hawaii's Chinese General Contractors by translating for them when the language barrier proved too difficult to navigate.

He donated his time and knowledge to help create architectural plans for an already existing church for Siona Church in Leone Village, American Samoa.

William even donated his skills to help Isle de Jean Charles, Louisiana with their relocation project. Isle de Jean Charles is an American Indian Ancestry community. Their land was being eroded due to higher water levels. I do not know how he managed to get involved with this project.

I was amazed with this summary of William's investment of time, energy, knowledge to better his community and communities elsewhere. As far as I know he never spoke of them to our group of friends. He learned from back in his high school days that giving was a path to a fulfilling, meaningful life.

Bill has been convicted for a violation of the law. He has admitted the violation. This has not changed my view and impression of Bill. He made an unfortunately bad decision to become involved in a little to win and everything to lose situation. Bill surely regrets this decision. Because of the stress he is under he has lost considerable weight. Conversely, Bill's remorse weighs heavy and deep. He is in a chasm, alone, burdened with regret. He

**WW000631**

feels he has let his family, associates and friends down because of his actions. Instead of enjoying time with his family, making post-COVID-19 travel plans, Bill is facing incarceration.

When I learned of Bill's situation my knee jerk reaction was everyone knows there's corruption somewhere in our government. I soon realized my knowledge of corruption was based on anecdotal occurrences. No first hand experience, no hard evidence. Now my friend William Wong has been convicted of a crime. Unfortunately, the City and County of Honolulu Department of Planning and Permitting (DPP) cannot be charged with a crime. Although five civil servants with DPP have been charged with a violation of the law. I am hopeful the DPP will take a very hard look at itself and change for the better to minimize the temptation to engage in the kind of activity that has destroyed William Wong's life. Some good must come out of this ruinous circumstance.

William is human. And humans are notoriously imperfect. We make mistakes. We admit as much. We try to make amends. We have compassion and the capacity for empathy.

I humbly ask you to have mercy on my friend William Wong so that some day he can once again do good deeds in his community, and provide for and support his family. This is the template of William Wong's life.

Respectfully,

Marvin Yamasaki

**WW000632**

Issei Yasuda



August 8, 2022

The Honorable Judge Derrick K. Watson,
United States District Judge

Re: Character Letter for William Wong

Dear Honorable Judge Derrick K. Watson,

My name is Issei Yasuda.
My oldest sister, Mai Wong, married with Kendall, William Wong's son in March 2017.
I call William Wong "Uncle Bill".
I live in Japan, please forgive my English.
I have a chiropractor business in Japan for almost 4 years.

In 2017, Uncle Bill visited my family with his whole family in Himeji.
My sister told me only Kendall is coming, but found out Uncle Bill wanted both families to
meet each other. They were on vacation in Tokyo, but they changed the schedule and came
to visit my town. My whole family was so impressed that he decided to take his whole family
to bring here because it is a 3.5 hours train ride.
It was a very nice surprise. I could see how important family is for him. They also needed to
take a train 3.5 hours back to Tokyo to fly back to Hawaii.
He was very polite and really nice to everybody, he always made sure everybody is ok and
treated everybody first.

The next time I met him was in Hawaii.
I visited Hawaii for my sister and Kendall's wedding. Uncle Bill welcomed my family with the
best hospitality.
They took us buffet twice. I remember Uncle Bill was peeling so many crabs for my dad
because he found out my dad loves crab. It was so funny to see how excited my dad got
every time Uncle Bill opened another crab for him.

In this trip, I stayed longer than my family. After my family went back to Japan, I stayed Uncle
Bill's house. He offered me to stay in his house to save my money, so I didn't need to get
hotel.
He took me to explore the island, taught me about Hawaiian culture and Hawaiian food. Lau
lau became my favorite food because of the flavor and the sound of the name! He asked his

friend to teach me surfing. My sister knows how busy he is, so she scolded me to keep hanging out with Uncle Bill. But I was really happy that he wanted me to have good experiences and good memories.

Also I went to Uncle Bill's office. I could spend time with my sister, brother-in-law and Uncle Bill. During that time, I saw how hard working Uncle Bill is. I saw how good he treats his workers and customers and how much his friends appreciate him.

Uncle Bill gets to the office at 6:30 in the morning and leaves late in the afternoon every day. Whole day, he meets with customers and his workers, and he has a lot of his own work to finish. He must be so tired every day, but I could tell he loves his job and he is happy to do it because he knows it is helping people.

All the workers at his office look so happy and everybody gets along. Everybody is a good team because Uncle Bill is such a good boss. One day, one worker needed to bring her kids to the office. In Japan, we cannot bring the kids to work no matter what, so it was really surprise for me. Everybody seems like same family.

So many customers were coming to meet Uncle Bill. I could hear how nice and soft he talks with them. He makes all his customers comfortable and explains everything about their projects. They asked so many questions, and Uncle Bill answered all of them.

Every day when I was at the office, different people came to visit Uncle Bill to drop off food and snacks. I asked one of the workers how come people keep bringing food. The worker told me because Uncle Bill helped their house problems even they couldn't afford to pay. That is why they are so thankful for him.

After seeing how Uncle Bill runs his business and how much he helps people, I wanted to help people in Japan. I quit my job and started my own chiropractor business in my town. I started to ask him advice about business, and he answered all my questions. I am so happy I can help so many people every day. I think about how he runs his company and I want to do the same.

After finding about my business, Uncle Bill said if I need a place to work in Hawaii, he will make a space for me. His office is not too big, but he offered me to space to use if I want to open the business in Hawaii.

Now I know as business owner, it is really hard to run a business. Uncle Bill showed me that with hard work and good attitude, it is possible to have a strong company. Customers can tell when we care about them. That is how people are coming back and how to make a company strong. This is what I learned while I watched Uncle Bill.

My sister explained me the situation about Uncle Bill and why he is in trouble. Even in Japan, it is wrong things to do. I don't know all details but I know he is not a selfish man.

My grandfather had a construction company in Japan. There were a lot of pressure from the inspectors and city workers to pay extra money to keep the jobs. My father was working with my grandfather and both of them had so much stress about it. My grandfather needed to close the business because he couldn't pay and city didn't give him any more jobs. So we had so hard time to live. I know what Uncle Bill did was wrong, but I know he didn't do it for his selfish reasons. I understand the pressures Uncle Bill must experienced and how difficult time city workers can make for a business.  Uncle Bill is a hard worker that tries hard to provide for his family and workers.

I respect Uncle Bill as a family man, a business man and a boss. It is because of him, I have my chiropractor business to help people. I hope Uncle Bill and I can continue to help people for many more years.


Sincerely,

Issei Yasuda

安田 一成

Kyoko Yasuda



July 23, 2022

The Honorable Judge Derrick K. Watson,
United States District Judge

Re: Character Letter for William Wong

Dear Honorable Judge Derrick K. Watson,

My name is Kyoko Yasuda.
Please allow me to share my thoughts with you about William Wong (Bill).

Bill is my daughter's, Mai Wong, father-in-law.
My daughter and Bill's son, Kendall Wong, got married in 2017.

I first met Bill in March 2017. When Kendall came to ask for an engagement with my
daughter, his whole family came to Himeji, Japan where my family and I live. I remember how
polite he was the first time I met him. He observed the people around him and treated
everyone warmly.

The next time we met was when I visited Hawaii for the wedding of his son and my daughter.
He welcomed my husband, second daughter, and son as members of his family with a big
smile. Even though he was very busy with work, he cared for our family and gave us the best
hospitality.

After the wedding, my son stayed for another week after my family and I went back to Japan.
Bill let my son stay at his house instead of renting a hotel. My son said Bill took very good
care of him and fed him good. Bill took off from work to take my son around the island to
teach about Hawaii food and Hawaii culture.  Bill had his friend take my son for his first
surfing lesson.  My son said this trip to Hawaii was a very good experience for him thanks to
Bill and his family.

I went to Hawaii to help my daughter after she gave birth.
In September 2019, my first grandson, Mackenzie, was born. Of course, he welcomed me
with his big smile and accepted me as his family. I was so happy to see his smile and made
me so warm feeling.

He found out what my favorite drink is. He went to the Japanese store in Hawaii and bought me my favorite drink to make me feel comfortable. I was surprised he found out what I like to drink and got it. On this trip, he cooked me traditional Chinese food, so I can taste for the first time. It was good and I could feel his personality and the love in that dish.

After work, he goes to grocery shopping, prepares dinner for the whole family, and divides them for Kendall's sister's family, Kendall's family and themselves. I was impressed by what he does and deeply grateful. I have never met anyone who can think about other people and take care like that.
He works early in the morning to late night, he must be so tired, but still he doesn't complain and does what makes people happy.

My daughter tells me he always treats her kindly and listens to her opinions.  I'm convinced that even if she's far away, this family can make her always happy and she has a good family.

Bill allows my daughter to work for his company. I do not have to worry about her having to find a good job. My daughter did not have any experience with architecture.  Bill took his time to teach my daughter about the business and how she can help the company. My daughter is so happy at work because she can help Bill in return.

During my visiting, I saw him teaching how to do carpentry work to his son Kendall. When I saw them working together around the house, I thought it was wonderful. He always gives his help no matter how busy he is. He puts other people first.

I have always admired him for being warm, generous and working without a profit or loss account for everyone. I think this family lives so happy because of Bill's personality and hard works.

I have seen how hard he works for the sake of the community and for the sake of others during these face-to-face meetings we have had.
Also, when my family members visit Hawaii, I hear from them that the Wongs are always willing to accept them and gave them hospitality so that they could have many good memories.

He is a wonderful person who is considerate of others and takes immediate actions. Bill also cares about his grandson Mackenzie every day and takes good care of him. Mackenzie also loves Bill and always calls him Gung Gung.
Now Mackenzie has a sister, Mikayla, who loves Bill as much as her brother does.
I have three kids, so I know how hard it is to raise kids.  I used to worry about my daughter and her husband. But they always tell me that Bill always helps them to watch Mackenzie and Mikayla. Even with Bill's busy schedule, he stops what he's doing and comes over to help watch the kids when they need help.
Bill comes to help so my daughter and her husband can focus for one kid or take care whatever they need to do.
My daughter tells me that even if it is a rainy day or late at night, when he finds out they are coming back home, he is waiting outside of their house to help them watch kids and spend time with grandkids.

For Mackenzie, he needs to have "Gung Gung time" at least once a day. He is always looking forward to spending time with Bill. He always calls for his Gung Gung. Same with Mikayla. When she finds Bill, she makes biggest smile and walk to Bill to gives him a hug. I always see this warm scene via FaceTime. It makes me smile.

For the sake of my grandchildren, please understand Bill's personality and reduce the sentence.


Sincerely,
Kyoko Yasuda

安田京子

**Shena Edrada**

| | |
|---|---|
| From: | Megan Kau |
| Sent: | Monday, February 7, 2022 7:08 AM |
| To: | Shena Edrada |
| Subject: | Wong (all docs)  FW: William W.W. Wong |

**From:** Luann Yoshida <sweetblessingscookies@gmail.com>
**Sent:** Sunday, February 6, 2022 1:03 PM
**To:** Megan Kau <mk@megkaulaw.com>
**Subject:** William W.W. Wong

Mrs. Luann M. Yoshida

██████████████

February 6, 2022

Re:  William W.W. Wong

To:  The Honorable Judge Derrick K. Watson
      United States District Judge

I have known Bill Wong for 40 years.  I worked with Bill's wife, Myrna, at the University of Hawaii in the 1980's and my husband and I have been friends with them ever since.

Throughout decades of friendship, I have witnessed Bill's unfailing commitment to his family.  He is selfless and extremely hardworking.  Time and again he puts the needs of his wife, children, and grandchildren before himself.  He is a devoted husband and a caring father and grandfather to their two children, Jenelle and Kendall and his four grandchildren, Rylan, Camryn, Mackenzie and Mikayla.  Bill's love and dedication to his family are undeniable.

I had the privilege of witnessing Bill's tireless work firsthand.  In 1998, Bill and Myrna opened a restaurant.  It was backbreaking work and they gave everything to bring this dream to fruition.  While running the restaurant full time, Bill continued to hold his job as an architect for the Federal government, as well as run his own architectural company, JENKEN.  It was inspiring to see just how hard he was willing to work for his family, but that's how Bill has always been, incredibly determined and steadfast.  It was heartbreaking when he was forced to close the restaurant after seeing how much he sacrificed.

1

**WW000794**

Over the years, when my husband and I needed help with home alterations, we could always trust Bill's expertise, advice and ideas. He would graciously and generously give us his time and knowledge. Despite his already very busy schedule, he would still make himself available to meet with us whenever we had questions about our home and needed guidance. Bill is that kind of friend, always displaying kindness and concern for others.

In closing, while it deeply saddened me to hear about Bill's conviction, I knew, despite his actions, his heart was always in the right place. As a child of immigrants, Bill has had to persevere through difficulties those of us who have been born as US citizens cannot begin to understand. He has had to fight for his success throughout his whole life and desperately wanted to give his children, grandchildren, and generations after, a far better life than he had. I fully understand that Bill has violated the law, however, this does not change my belief in his character. I know he will continue to be the man of integrity that I have always known him to be.

It is my sincere hope the court takes this letter into consideration at the time of sentencing.

Sincerely,

Luann M. Yoshida

2

WW000795

**Katie K Yoshioka**


May 6, 2022

To The Honorable Judge Derrick K Watson

My name is Katie Yoshioka.  I am a Vice President – Wealth Management at UBS Financial Services.  I have been a UBS employee for 37 years.

I have known Bill Wong for about one year.  He came to me highly recommended by my contractor at S Tanaka Construction.  Although I was made aware of the charges against bill, after meeting him, I still made the decision to retain him for my project.

In all my dealings with him I have found Bill to be honest, hardworking, and reliable.  We have had several issues arise, through no fault of bills,  and he has always been gracious with working with us.  Based on our dealings I have come to trust him completely.

I myself have been a victim of the logjam at DPP during the previous administration.  I had a separate project stalled at DPP for over 2 years.  I wrote to scores of politicians and influential people who beseeched DPP on my behalf to no avail.  I certainly can't condone what he did, but I can empathize with the actions Bill took from a place of frustration and desperation.  There is never an excuse for criminal activity, but under these  extenuating circumstances we plead with the court for leniency.

Sincerely yours,

Katie Yoshioka

Katie Yoshioka

**WW001195**

Ms. Carrie Ann Young



808-371-9527
Email: clai2002@hotmail.com

May 25, 2021

Honorable Judge Derrick K. Watson
United States District Judge

Re: Character Reference for William Wong

Dear Judge Watson:

My name is Carrie Ann Young, I was a former librarian at Pacific Rim Bible College in Honolulu and am currently a stay-at-home mother and wife of a United States Air Force dentist. I know Mr. Wong through his daughter, Jenelle Wong Kim, who I met while attending Punahou School. Ms. Kim and I have been friends for nearly 30 years; she was a bridesmaid in my wedding and her parents were also in attendance.

In our high school years, I spent time at the Wong residence and witnessed that Ms. Kim had loving, supportive parents and sensed that Mr. Wong worked hard to provide for his family. Ms. Kim and her brother Kendall, were polite, considerate, and conscientious teens who were encouraged to play sports, had music lessons, and traveled on school trips. They were a kind and generous family who also loved their pets. Ms. Kim and I spent Saturday mornings in our junior year of high school taking our puppies to obedience school together and spent time at her house playing with her dogs who were very well cared for.

As an adult, I would see Mr. Wong at family celebrations. He was actively involved in his children and grandchildren's lives, traveling with them, and living close by to their families. I expected to hear he was enjoying retirement, but he was still working to help his family and volunteering his time and services.

Mr. Wong has spent nearly his entire life working to provide for his family, his community and beyond by volunteering his skills as an architect to help design and construct a gymnasium for his church, volunteering time and resources to identify structural issues and propose repair solutions for a 180 year old church in Leone Village in America Samoa, and notably helping the Isle de Jean Charles in Louisiana receive nearly $93 million dollars in grants from the Department of Housing and Urban Development to assist this coastal tribal community

WW000662

experiencing climate change challenges and erosion, build sustainable housing and infrastructure projects to mitigate risk in the face of natural disaster.

Mr. Wong overcame adversity as a Chinese immigrant, supporting his mother and siblings after his father died while he was in high school, and persevered despite language barriers to become an industrious member of society. Hearing that Mr. Wong has been convicted for violating the law has been a shock. My impression of him has been and remains to be as a conscientious individual, dedicated father, husband, and devoted grandparent.

Respectfully,


Carrie Ann Young

FRANKLIN S.H. YOUNG, M.D., INC.
PEDIATRICS
▬▬▬▬▬▬▬
Telephone: (808) 955-7808
Fax: (808) 945-2011
Email: drfyoung@hawaiiantel.net

The Honorable Judge Derrick K. Watson,
United States District Court, District of Hawaii,
300 Ala Moana Blvd C-338 Honolulu, HI. 96850

This letter is regarding William W. Wong, whom I have known for the past 42 years as his children
and grandchildren pediatrician, his architectural client, and his family friend.
The news media mentioned that he pleaded guilty to bribing a Honolulu City and County Building
Planning and Permit official. The bribe was to approve his architectural building work-permit plans
so that his clients could start construction in a more timely manner rather than wait for many
months or even years. Bribing is unacceptable and it saddens me to know he did this. But it was
also nice to know that William W. Wong gave a truthful replied when questioned by federal agents.
Honesty exemplifies the William W. Wong that I know and it is for this very reason that I am
writing this letter. I believe William W. Wong is a good person who is a victim of a corrupt City
and County of Honolulu Building Department system.

Bill Wong, as he is affectingly known to all of us, is a devoted husband, a caring father and a loving
grandfather. He is a polite, well-mannered, pleasant, matured person. He relates well with
everybody who knows him and is very considerate of others.

As an architect, he is dependable, industrious, organized, trustworthy, and honest. To give just one
example that Bill Wong follows the letter of the law, three years ago, Bill designed and arranged for
my family the construction of an "Additional Dwelling Unit", a second home in my home backyard
space. I made several request to build beyond what an ADU was allowed such as small patio and
an extension of the roofline to prevent the mauka rain water from pouring on the side walls, but as a
strict interpreter of the original intent of the law, Bill declined my request because it did not comply
with the ADU Building Code.

Although himself a certified-City and County Approved Third-Party Certified Planner, a position
created by the City and County to expedite building plans, his project plans were delayed…delayed
until he paid the bribe. He did not instigate the "Pay for Play" scheme but was required to pay to
have his clients work approved by the Department of Planning and Permit. If the City and County
Building Department had capable engineers, architects, and an efficient supportive staff, there
would not be any backlog of work-permits and no need for architects and builders to "Pay for Play"
to get their work-permits approve.

The Bill Wong that I know is a morally sound person; he does not lie, cheat or steal. And it is for
this reason that I truly believe that he is a victim of a crooked City and County Department of
Planning and Permit system. Bill Wong priorities has always been his clients and not for self-gains,
and although many in today's world accept the Machiavellian concept that the "end justifies the
means", I am sure Bill Wong recognizes his error and is sorry for what was done and all the harm
that it has caused, especially to his wife, family, associates, and friends. Although my knowledge
of the justice system is limited, it is my sincere hope that Bill Wong is recognized as a victim and
not as a perpetrator, and that Bill Wong is judged as a good-person.

Mahalo,

~~JSH Young M.D.~~
Franklin S.H. Young, M.D.

JUN 1 8 2021 (USPS)        WW000639

Maynard Young



May 18, 2021

The Honorable Judge Derrick K. Watson
United States District Judge

RE: William Wong

Dear Judge Watson,

My name is Maynard Young, a retired architect, and was last employed by the University of Hawaii.

William Wong (William) is a friend whom I have known over sixty years. We have attended the same schools from elementary school to the University of Hawaii.  Also, we have been close family friends celebrating birthdays and Christmas together.

During my relationship with William, I have experienced an individual who was a hard worker as he was known to be at his office every morning at 5:30 am.  Daily after work he went home to cook dinner for his family which included his children and grandchildren. In my opinion, I believe these qualities show his good character as a strong and loving family man who works hard to provide for his family.

It is my understanding that William has been convicted for bribery, a violation of the law. William has expressed remorse and sorrow for his mistake in violating the law.  Since William's conviction he has had trouble sleeping at night and has lost significant weight. I understand the gravity of the case and ask for your consideration of leniency toward William's charges.

Sincerely,

Maynard Young

MAY 2 8 2021 (USPS)

**WW000616**

Andrew Zimmerman


May 11, 2021

Honorable Judge Derrick K. Watson
United States District Attorney
c/o
████████████████████
████████████████████

Subject:  Bill Wong; Character and Professionalism Statement

Dear Honorable Judge Derrick K. Watson,


My name is Andrew Zimmerman and I have been active in the Hawaii construction industry for over 30 years and have built a wide range of projects from single family homes to $100,000,000+ military complexes for the Department of Defense.

I met Bill about 7 years ago, and have just completed my third project with him.  I have always admired Bill's professional nature, as well as the respect offered from his employees.  Bill has always done what he said he was going to do, and my experience with him has always indicate honesty and  a desire to serve.

Bill's entrepreneurial gift and leadership in starting and operating Jenken Pacific has not only provided great jobs for a decent number of people, but provides a great service to the construction industry.

My sincere hope is that Bill can continue to serve our community with humility, grace, and generosity as he has done for over 60 years.


Sincerely,

Andrew Zimmerman

**WW000656**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses on July 20, 2023:

CRAIG S. NOLAN, ESQ.                craig.nolan@usdoj.gov
MICHAEL NAMMAR, ESQ.            Michael.Nammar@usdoj.gov
Assistant U.S. Attorneys
300 Ala Moana Boulevard, Room 6-100
Honolulu, HI  96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DEREK KIM                            derek_kim@hip.uscourts.gov
Senior U.S. Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room 2-300
Honolulu, HI  96850

DATED:  Honolulu, Hawaii, July 20, 2023.

Law Offices Of:
HARRISON & MATSUOKA            _/s/ William A. Harrison_____
                                     WILLIAM A. HARRISON
                                     Attorney for Defendant
                                     WILLIAM WONG

4