UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: __USA v. Wong__   Case No. __1:21-cr-00041-DKW__

Presiding District or Magistrate Judge: __CHIEF JUDGE DERRICK K. WATSON__

Media Outlet: __HONOLULU CIVIL BEAT__

Representative(s): __CHRISTINA JEDRA__

Email Address To Send Completed Request Form: __CJEDRA@CIVILBEAT.ORG__

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 7/27/23 | 10:30 | SENTENCING |
| | | |
| | | |
| | | |
| | | |

DATED: __7/20/23__   SIGNATURE: *Christina Jedra*

PRINTED NAME: __CHRISTINA JEDRA__

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: __7/21/23__