Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON   #2948
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:  (808) 523-7041
Facsimile Number:  (808) 538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
WILLIAM WONG

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 21-00041 DKW |
| | ) |
| Plaintiff, | ) DEFENDANT WILLIAM WONG'S |
| | ) SUBMISSION OF HIS STATEMENT |
| vs. | ) TO THE COURT; CERTIFICATE OF |
| | ) SERVICE |
| CHARLES KIMO BROWN, | ) |
| | ) **SENTENCING DATE:** |
| Defendant. | ) DATE:       July 27, 2023 |
| | ) TIME:       10:30 a.m. |
| | ) JUDGE:     Hon. Derrick K. Watson |
| | ) |

## DEFENDANT WILLIAM WONG'S
## SUBMISSION OF HIS STATEMENT TO THE COURT

Defendant WILLIAM WONG, by and through his Attorney, William A. Harrison, Esq., hereby submits his attached statement to the court:

DATED:  Honolulu, Hawaii, July 24, 2023.

Law Offices Of:
HARRISON & MATSUOKA                      /s/ William A. Harrison
                                          WILLIAM A. HARRISON
                                          Attorney for Defendant
                                          WILLIAM WONG

July 23, 2023

To the Honorable Judge Watson,

As I prepare to face the court this week, I would like to take the time to formally apologize for my actions and for my part in the corruption at the Department of Planning and Permits.  Having come from very humble beginnings as an immigrant to the United States, I have spent my entire life campaigning for the underdog and teaching my children and my grandchildren the importance of honesty and hard work.  I was never the best student or the most successful person, but I prided myself on my work ethic and my commitment to helping others struggling to get by, as I know all too well how difficult it can be to make it in this world.  I was never a dishonest person; to the contrary, I always taught my children growing up that it didn't matter if they weren't the best at what they did, or if they failed ten times before succeeding.  What mattered was their integrity and their commitment to persevere.  Hard work, persistence, and the grace of God is what got me to where I was, and that was the legacy I intended to leave them with.

To stand back now and look at my life accomplishments and realize that everything I stood for-everything I worked so hard to achieve, and everything I tried to overcome-has been marred by the foolishness of my poor judgment in this case devastates me to no end.  I am haunted by the fact that despite my intentions of sincerely trying to help people get through a corrupt system, I became part of the problem myself, and for that I am deeply remorseful.  There is not a day that goes by that I do not regret my choices or my actions.  I have not only let the community down, but I've disappointed my friends, my family, and most importantly my God.  Personally, I have lost my business and the trust of the community, and the stress has taken a significant toll on my health.  I recognize that these are all consequences of my own doing, and as such I have spent the last three plus years trying to atone for my sins and failures by apologizing to everyone who would listen, and seeking their forgiveness.  I have made it a point to talk to others in similar situations and warned them of the consequences of dishonesty no matter what the reasons may be, or how valid they may feel their actions are.  These have undoubtedly been the darkest years of my life, yet I can say that through it all, I have come to realize how blessed I am to have found so much support and forgiveness in the same family, friends, and even to some extent the community that I let down so terribly.  However, I believe that everything we do in this life has consequences, and as such, I am prepared to accept responsibility for my sins.  I humbly ask for your mercy and grace in whatever decision you feel is fit for my transgressions.


Very Respectfully,

William Wong

## CERTIFICATE OF SERVICE

The undersigned hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses on July 24, 2023:

CRAIG S. NOLAN, ESQ.              craig.nolan@usdoj.gov
MICHAEL NAMMAR, ESQ.             Michael.Nammar@usdoj.gov
Assistant U.S. Attorneys
300 Ala Moana Boulevard, Room 6-100
Honolulu, HI  96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DEREK KIM                        derek_kim@hip.uscourts.gov
Senior U.S. Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room 2-300
Honolulu, HI  96850

DATED:  Honolulu, Hawaii, July 24, 2023.

Law Offices Of:
HARRISON & MATSUOKA                  /s/ William A. Harrison
                                     WILLIAM A. HARRISON
                                     Attorney for Defendant
                                     WILLIAM WONG

2