Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
American Savings Bank Tower
1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone Number:  (808) 523-7041
Facsimile Number: (808) 538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 21-00041 DKW |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANT WILLIAM WONG'S SUBMISSION OF ADDITIONAL SUPPORT LETTER FOR SENTENCING; CERTIFICATE OF SERVICE |
| WILLIAM WONG, | ) |
| Defendant. | ) **SENTENCING DATE:** <br> DATE:    July 27, 2023 <br> TIME:    10:30 a.m. <br> JUDGE:  Hon. Derrick K. Watson |

### DEFENDANT WILLIAM WONG'S SUBMISSION OF ADDITIONAL SUPPORT LETTER FOR SENTENCING

Defendant WILLIAM WONG, by and through his Attorney, William A. Harrison, Esq., hereby submits an additional support letter from Maribeth George regarding the sentencing in his case:

DATED:  Honolulu, Hawaii, July 24, 2023.

Law Offices Of:
HARRISON & MATSUOKA          /s/ William A. Harrison
                             WILLIAM A. HARRISON
                             Attorney for Defendant
                             WILLIAM WONG

Honorable Derrick K. Watson
Judge
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96850

To the Honorable Judge Derrick K. Watson,

My family has known William Wong (Bill) since 2015. We invest in real estate by buying properties, building new homes, renovating, and selling the houses. To be successful in renovating and building new homes, expert knowledge and understanding of the real estate market, construction methods, building plans, and obtaining building permit in a timely manner are critical. Knowledge of the City Building Codes and current City Ordinance rules are also important.

We are very fortunate to know Bill as we have completed many projects together successfully. Bill, as an Architect, is exceptionally knowledgeable about the Department of Planning and Permitting (DPP) process in obtaining a building permit. He is technically versed with the local building codes and the City's current Ordinance rules. He was a Third-Party reviewer, certified by DPP, that saved us many months in obtaining a building permit. Bill really helped us in maintaining our budget and completing the projects on time.

Due to Bill's knowledge and understanding of construction methods and building codes, he has the respect of many contractors and the DPP permit plan reviewers. It resulted in few problems during the construction of our projects and DPP's few comments from reviewing of the plans for permit approvals.

Bill is a professional and is a very good person. He is caring and always works hard to make sure we are happy with the project. He has given us discounts on our projects over the years and we are very thankful for his generosity and helping the community. He only cares about providing a good service to his clients and never overcharges to take advantage of anyone. His faith in Jesus is very strong and I trust Bill and will continue to work with him as he have performed and we are very happy with his service.

I understand the situation that he is in right now is troubling him, but he still works so hard and does not increase his rates and continues to help us and the community. Bill is a good and honest man who admits his mistakes and deserves a chance as he continues to help people. We believe he is a good candidate for probation as he continues to work hard for his family, clients and the community. Please have mercy on him as he deserves a chance to redeem himself.

Sincerely,

Maribeth George
808-489-5227
Maribet8@aol.com

# CERTIFICATE OF SERVICE

The undersigned hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses on July 24, 2023:

| | |
|---|---|
| CRAIG S. NOLAN, ESQ. | craig.nolan@usdoj.gov |
| MICHAEL NAMMAR, ESQ. | Michael.Nammar@usdoj.gov |
| Assistant U.S. Attorneys | |
| 300 Ala Moana Boulevard, Room 6-100 | |
| Honolulu, HI 96850 | |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| | |
|---|---|
| DEREK KIM | derek_kim@hip.uscourts.gov |
| Senior U.S. Probation Officer | |
| United States Probation Office | |
| 300 Ala Moana Boulevard, Room 2-300 | |
| Honolulu, HI 96850 | |

DATED: Honolulu, Hawaii, July 24, 2023.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
WILLIAM WONG