Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
1001 Bishop Street, Suite 1180
American Savings Bank Tower
Honolulu, Hawaii 96813
Telephone Number:  523-7041
Facsimile Number:  538-7579
E-Mail:  wharrison@hamlaw.net

Attorney for Defendant
WILLIAM WONG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 21-00041DKW-01 |
| ) | |
| Plaintiff, ) | **SUPPLEMENT TO** |
| ) | **DEFENDANT'S SENTENCING** |
| vs. ) | **MEMORANDUM** |
| ) | **[REDACTED]** |
| WILLIAM WONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**

Comes now Defendant WILLIAM WONG, by and through his counsel, William A. Harrison, and hereby submits the attached additional supplement to Defendant's Sentencing Memorandum.

2

    DATED: at Honolulu, Hawaii, July 25, 2023.

| | |
|---|---|
| Law Offices of:<br>HARRISON & MATSUOKA | /s/ William A. Harrison<br>WILLIAM A. HARRISON<br>Attorney for Defendant<br>WILLIAM WONG |

**SHARON S. LAWLER, M.D.**



July 24, 2023

TO WHOM IT MAY CONCERN:

Re:   William Wong

This letter is to inform you that Mr. Wong has been under my medical care for over 20 years. He suffers from the following problems that need continual monitoring and treatment:



Attached please see a copy of his current medications and problem list. Please feel free to contact me if there are any further questions.

Sincerely,

Sharon S. Lawler, MD
SSL:ju

**SHARON S LAWLER MD**

*July 25, 2023*
Page 1
Chart Summary

**WILLIAM W WONG**

Ins: MEDICARE (PART A & B)

## Patient Information

| | |
|---|---|
| Name: | WILLIAM W WONG |
| Patient ID: | |
| Birth Date: | |
| Gender: | Male |
| Contact By: | Letter |
| Soc Sec No: | |
| Resp Prov: | Sharon S. Lawler MD |
| Referred by: | |
| Email: | jenkenaia@gamil.com |
| Home LOC: | SHARON S LAWLER MD |

| | |
|---|---|
| Fax: | |
| Status: | Active |
| Marital Status: | Married |
| Race: | Asian |
| Language: | English |
| MRN: | |
| Emp. Status: | Full-time |
| Sens Chart: | No |
| External ID: | 2193-2478001 |

## Problems

[redacted]

## Procedures

## Medications

[redacted]

Report run by Ayla Y. Nguyen RN

**SHARON S LAWLER MD**

July 25, 2023
Page 2
Chart Summary

**WILLIAM W WONG** Home:

Ins: MEDICARE (PART A & B)



**Immunizations**

**Directives**

**Allergies and Adverse Reactions**

**Services Due**

Report run by Ayla Y. Nguyen RN